| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Loretta McClain* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) Loretta McCain  C. Date of Delivery 12/22/06 |
| 1. Article Addressed to:<br><br>Sheriff David Warren<br>Macon County Sheriff's Dept.<br>246 County Road 10<br>Tuskegee, AL 36083<br><br>06CV113 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>  (Transfer from service label) | 7005 1160 0002 9172 7572 |

PS Form 3811, August 2001            Domestic Return Receipt                           102595-02-M-1540