IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DAVID WARREN, )<br>)<br>Defendant. ) | CASE NO. 3:06-cv-1113-WKW |

### ORDER

It is ORDERED that a scheduling conference in this matter is set on **February 15, 2007, at 2:00 p.m.**, in Courtroom 2E, Frank M. Johnson United States Courthouse Annex, One Church Street, Montgomery, Alabama.

DONE this 9th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE