IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICE, INC.; BEULAH MISSIONARY BAPTIST CHURCH; E. D. NIXON APARTMENTS, INC.; MCRAE PROSTATE CANCER AWARENESS FOUNDATION; MILSTEAD COMMUNITY CENTER, INC.; NCO NILE CLUB; NEW ELAM MISSIONARY BAPTIST CHURCH, NOTASULGA HIGH SCHOOL PTSA; SHORTER COMMUNITY DEVELOPMENT, INC.; SHORTER LODGE #533; SHORTER VOLUNTEER FIRE DEPARTMENT; SOJOURNER TRUTH CHAPTER #265 OES, SWEET GUM AME ZION CHURCH; TABERNACLE BAPTIST CHURCH; TUBMAN GARDENS, INC.; TUSKEGEE MACON COUNTY COMMUNITY FOUNDATION, INC.; TUSKEGEE NATIONAL ALUMNI ASSOCIATION,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO. 3:06-cv-1113-WKW |
| **DAVID WARREN, in his official capacity as the SHERIFF OF MACON COUNTY,** | ) ) ) |
| Defendant. | ) |

**MOTION TO STRIKE JURY DEMAND**
_____

COMES NOW Sheriff David Warren, Defendant in the above-styled cause, by and through his counsel of record, and hereby moves to strike the Plaintiffs' jury demand and states as follows:

1.    The Plaintiffs have not asserted any claim for which a jury trial is available because the Plaintiffs have not brought any cause of action providing for a jury trial and because the Plaintiffs seek merely equitable relief.  See Compl. at 12.

2.    First, the Plaintiffs have asserted a cause of action under 42 U.S.C. § 1983, but section 1983 does not provide for a right to a jury trial.  See 42 U.S.C. § 1983 (2000); *Kennedy v. Alabama State Bd. of Educ.*, 78 F. Supp. 2d 1246 1250 (M.D. Ala. 2000) (noting that section 1983 does not provide for a jury trial).

3.    Second, a jury trial is not available when the relief sought is equitable in nature rather than legal.  See, e.g., *Sullivan v. School Bd. of Pinellas County*, 773 F.2d 1182, 1187 (11th Cir. 1985) (holding that district court correctly denied jury demand because relief sought was entirely equitable).

4.    The Plaintiffs seek an injunction, a form of equitable relief, for which no right to a jury trial exists.  See *CBS Broad., Inc. v. EchoStar Communications Corp.*, 450 F.3d 505, 518 n.25 (11th Cir. 2006) ("There is no right to a jury trial, however, when the plaintiffs seek purely equitable relief such as an injunction.") (citing *Ford v. Citizens & S. Nat'l Bank*, 928 F.2d 1118, 121-22 (11th Cir. 1991)).

5.    **In fact, the Eleventh Circuit has specifically held that no right to a jury trial exists for injunctive relief sought under section 1983**.  See *Wilson v. Bailey*, 934 F.2d 301, 305 n.4 (11th Cir. 1991) ("Also, section 1983 injunctive and declaratory relief is not triable by jury.").

6.    That the Plaintiffs also request an award of costs, including attorney's fees, does not convert the relief requested from equitable to legal or entitle the Plaintiffs to a jury

trial. *See CBS Broad., 450 F.3d at 518 n.25* (citing *Whiting v. Jackson State Univ.*, 616 F.2d 116, 122 n.3 (5th Cir. 1980)).

7. Consequently, the Plaintiffs do not have a right to a jury trial and the Plaintiffs' demand for a jury trial should be stricken.

WHEREFORE, premises considered, Sheriff Warren prays that this Court grant this Motion and strike the Plaintiffs' jury demand.

Respectfully submitted,

s/ Fred D. Gray, Jr.
Fred D. Gray    (GRA022)
Fred D. Gray, Jr.  (GRA044)
Attorneys for Defendant, David Warren,
Sheriff of Macon County, Alabama

**OF COUNSEL:**

GRAY, LANGFORD, SAPP, MCGOWAN,
    GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083-0239
334-727-4830 Telephone
334-727-5877 Facsimile
fgray@glsmgn.com
fgrayjr@glsmgn.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
Spotswood, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203-3329

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None.

                                            s/ Fred D. Gray, Jr.
                                            **OF COUNSEL**