```
                   IN THE UNITED STATES DISTRICT COURT FOR THE
                   MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. KEITH WATKINS JUDGE              AT MONTGOMERY, ALABAMA

DATE COMMENCED   FEBRUARY 15, 2007                            AT 2:15 A.M./P.M.

DATE COMPLETED   FEBRUARY 15, 2007                            AT 2:25 A.M./P.M.

HOPE FOR FAMILIES                     )
& COMMUNITY SERVICE, ET AL.           )
         Plaintiffs                   )             CIVIL CASE NO.
                                      )
vs.                                   )             3:06cv1113-WKW
                                      )
DAVID WARREN                          )
         Defendant                    )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Atty. Michael Sansbury | X | Atty. Fred Gray, Jr. |
|  | X | Atty. Fred Gray, Sr. |
|  | X |  |

COURT OFFICIALS PRESENT:

| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SCHEDULING CONFERENCE**

2:00 PM   Scheduling Conference commenced.
          Status of discovery stated for the record. Court to take
          under advisement the issue of non-party subpoenas and the number
          of depositions allowed each side.
          Scheduling Order to issue setting trial date.
2:25 PM   Conference concluded.