IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Strike Jury Demand (Doc. # 13), it is ORDERED that the plaintiffs shall show cause in writing **on or before March 2, 2007**, why the motion should not be granted.

DONE this 27th day of February, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE