IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., ) ) ) ) Plaintiffs, ) ) v. ) ) DAVID WARREN, in his Official ) Capacity as the SHERIFF OF MACON ) COUNTY, et al., ) ) Defendants. ) ) | Case No.: 3:06-cv-01113-WKW-WC |

**PLAINTIFFS' RESPONSE TO DEFENDANT WARREN'S
MOTION TO STRIKE JURY DEMAND**

The Plaintiff Charities hereby respond to Defendant Warren's Motion to Strike Jury Demand as follows:

1. The Charities' original complaint included only equitable claims. On February 15, 2007, Defendant Warren moved to strike the Charities' demand for a jury trial based on the Charities' pursuit of only equitable claims.[1] This Court, on February 27, 2006, ordered the Charities to show cause why Defendant Warren's motion should not be granted.

2. On March 2, 2007—immediately prior to filing this response—the Charities moved for leave to file an Amended Complaint adding two defendants and a claim pursuant to 42 U.S.C. § 1985(3). Pursuant to the claims in the Amended Complaint, the Charities seek

---

[1] To the extent that Defendant Warren also argued that the Charities could never be entitled to a jury trial under 42 U.S.C. § 1983, that argument is incorrect. A plaintiff has the right to a jury trial for a claim pursuant to § 1983 when the claim constitutes a legal action. *See Caban-Wheeler v. Elsea*, 71 F.3d 837, 844 (11th Cir. 1996) ("A legal action under § 1983 entails the right to a jury trial . . . .") (citing *Lincoln v. Board of Regents of the University System of Georgia*, 697 F.2d 928, 934 (11th Cir. 1983).

equitable relief from Defendant Warren and damages against Defendants McGregor and Macon County Greyhound Park, Inc.

2.	Because the Charities seek damages against two defendants, they have the right to a jury trial.  *See Great American Federal Sav. & Loan Ass'n v. Novotny*, 442 U.S. 366, 375-376, 99 S. Ct. 2345, 2351 (1979) ("Section 1985(3) expressly authorizes compensatory damages; punitive damages might well follow.  The plaintiff or defendant might demand a jury trial."); *see, e.g., Dickerson v. Alachua County Com'n*, 200 F.3d 761, 763 (11th Cir. 2000) ("A jury awarded Dickerson $50,000 on his § 1985(3) claim against the defendant County for conspiracy to interfere with his civil rights.").

3.	"When legal and equitable actions are tried together, the right to a jury in the legal action encompasses the issues common to both."  *Lincoln v. Board of Regents of University System of Georgia*, 697 F.2d 928, 934 (11th Cir. 1983) (citing *Curtis v. Loether*, 415 U.S. 189, 196 n.11, 94 S. Ct. 1005, 1009 n.11 (1974); *Dairy Queen, Inc. v. Wood*, 369 U.S. 469, 470-73, 82 S. Ct. 894, 896-97 (1962)).  Accordingly, if this Court grants the Charities' leave to file the Amended Complaint, all of the claims in this matter should be tried to a jury.  This Court will then be bound by the jury's determination of any issues that affect this Court's determination of the Charities' equitable claims.  *See Lincoln*, 697 F.2d at 934 ("When a party has the right to a jury trial on an issue involved in a legal claim, the judge is of course bound by the jury's determination of that issue as it affects his disposition of an accompanying equitable claim.").

WHEREFORE, the Charities request that this Court, upon granting the Charities leave to file the Amended Complaint, deny as moot Defendant Warren's Motion to Strike Jury Demand.

DATED: March 2, 2007.

Respectfully submitted,

s/ Michael T. Sansbury
Robert K. Spotswood (SPO 001)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama  35213
Telephone: (205) 986-3620
Fax: (205) 986-3639
E-mail:	rks@spotswoodllc.com
	msansbury@spotswoodllc.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred David Gray, Esq.
Fred David Gray Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL  36083-0239
E-mail: fgray@glsmgn.com
jbibb@glsmgn.com
fgrayjr@glsmgn.com
thalia@glsmgn.com

                                        s/ Michael T. Sansbury
                                        OF COUNSEL