IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) Plaintiffs, ) v. ) DAVID WARREN, ) ) Defendant. ) | CASE NO. 3:06-CV-1113-WKW |

### **ORDER**

Upon consideration of the plaintiffs' Motion for Leave to File Amended Complaint (Doc. # 20), it is ORDERED that the motion is GRANTED. The plaintiffs shall file electronically **on or before March 12, 2007**, an exact duplicate of the amended complaint that is attached to their motion in accordance with the *Middle District of Alabama's Local Rules and Civil Administrative Procedures*.

It is further ORDERED that the defendant's Motion to Strike Jury Demand (Doc. # 13) is DENIED.

DONE this 8th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE