## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., et al.,** )<br>　　　　　　**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DAVID WARREN, in his official capacity** )<br>**as the SHERIFF OF MACON COUNTY,** )<br>)<br>　　　　　　**Defendant.** ) | **CASE NO. 3:06-cv-1113-WKW** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE RESPOND TO AMENDED COMPLAINT

**COME NOW** the Defendants, Milton McGregor and Macon County Greyhound Park, Inc., by and through their respective counsel, and move this Court for an extension of time of twenty-one days, until April 25, 2007, in which to answer or otherwise respond to the amended complaint filed in this matter. As grounds therefore, Defendants state as follows:

　　1.　　Counsel for Defendant, Macon County Greyhound Park, Inc, has recently been retained in this matter.

　　2.　　Counsel for Defendants need additional time to investigate the claims alleged in this complaint.

　　3.　　Counsel for Plaintiffs does not oppose a twenty-one day extension.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that this Court enter an Order granting an extension of time to Defendants of twenty-one days, to April 25, 2007, in which to answer or otherwise respond to the complaint filed in this matter.

Respectfully submitted,


s/John M. Bolton, III
s/Charlanna W. Spencer
Attorneys for Defendant,
Milton McGregor

John M. Bolton, III (ASB-0999-N68J)
Charlanna W. Spencer (ASB-6860-R62C)
Sasser, Bolton, Stidham & Sefton, P.C.
100 Colonial Bank Boulevard
Suite B201
Montgomery, AL 36117
(334) 532-3400 Phone
(334) 532-3434 Fax
jbolton@sasserlawfirm.com
cspencer@sasserlawfirm.com


s/Augusta S. Dowd
s/J. Mark White
Attorneys for Defendant,
Macon County Greyhound Park, Inc.

Augusta S. Dowd (ASB-5274-D58A)
J. Mark White (ASB-5029-H66J)
White Arnold Andrews & Dowd P.C.
2025 Third Avenue North
Suite 600
Birmingham, Alabama 35203
(205) 323-1888 Phone
(205) 323-8907 Fax
jmarkwhite@waadlaw.com
adowd@waadlaw.com

        s/William M. Slaughter
        s/Peter J. Tepley
        Attorneys for Defendant,
        Macon County Greyhound Park, Inc.

        Haskell Slaughter Young & Rediker, LLC
        1400 Park Place Tower
        2001 Park Place North
        Birmingham, AL 35203
        (205) 251-1000 Phone
        (205) 324-1133 Fax
        wms@hsy.com
        pt@hsy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Robert K. Spotswood, Esq.
        Michael T. Sansbury, Esq.
        Fred D. Gray, Esq.
        Fred D. Gray, Jr., Esq.

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

        s/John M. Bolton, III
        John M. Bolton, III (ASB-0999-N68J)
        Sasser, Bolton, Stidham & Sefton, P.C.
        100 Colonial Bank Boulevard
        Suite B201
        Montgomery, AL 36117
        (334) 532-3400 Phone
        (334) 532-3434 Fax
        jbolton@sasserlawfirm.com