IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-CV-1113-WKW |
| | ) |
| DAVID WARREN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' unopposed Motion for Extension of Time to Answer or Otherwise Respond to Amended Complaint (Doc. # 28), it is ORDERED that the motion is GRANTED. The defendants shall file an answer or otherwise respond **on or before April 25, 2007.**

DONE this 4th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE