IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 3:06-cv-01113-WKW-WC |
| DAVID WARREN, et al., | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and General Order No. 3047 of the United States District Court for the Middle District of Alabama, the Plaintiff Charities hereby make the following disclosure concerning their parent companies, subsidiaries, affiliates, partnerships, or other reportable entities:

1. Plaintiffs E.D. Nixon Apartments, Inc., and Tubman Gardens, Inc., are each affiliated with the Southeast Alabama Self Help Association (SEASHA), which is a multi-purpose community development corporation.

2. There are no other entities to be reported.

DATED: April 10, 2007.

Respectfully submitted,

s/ Michael T. Sansbury
Robert K. Spotswood (SPO 001)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama  35213
TEL:   (205) 986-3620
FAX:   (205) 986-3639
E-mail:       rks@spotswoodllc.com
              msansbury@spotswoodllc.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred David Gray, Esq.
Fred David Gray Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239
E-mail:    fgray@glsmgn.com
            jbibb@glsmgn.com
            fgrayjr@glsmgn.com
            thalia@glsmgn.com

John Mark White, Esq.
Augusta S. Dowd, Esq.
White, Arnold, Andrews & Dowd
2025 Third Avenue, North
Suite 600
Birmingham, AL 35203
E-mail:    mwhite@waadlaw.com
            adowd@waadlaw.com

William M. Slaughter, Esq.
Peter John Tepley, Esq.
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
E-mail:    wms@hsy.com
            pt@hsy.com

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
Sasser, Bolton, Stidham & Sefton PC
100 Colonial Bank Boulevard, Suite B 201
PO Box 242127
Montgomery, AL 36124-2127
E-mail:    jbolton@sasserlawfirm.com
            cspencer@sasserlawfirm.com

                                          s/ Michael T. Sansbury
                                          OF COUNSEL