IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY ) <br> SERVICE, INC., *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID WARREN, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 3:06-CV-1113-WKW |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Macon County Greyhound Park, Inc. states that:

There are no reportable entities that it is required to disclose under General Order No. 3047.

                                          Respectfully submitted,

                                          /s/ J. Mark White
                                          J. Mark White (ASB-5029-H66J)
                                          Augusta S. Dowd (ASB-5274-D58A)
                                          Attorneys for Defendant
                                          Macon County Greyhound Park, Inc.

**OF COUNSEL:**
**White Arnold Andrews & Dowd P.C.**
2025 Third Avenue North
Suite 600
Birmingham, Alabama 35203
Tel:   (205) 323-1888
Fax:  (205) 323-8907
E-mail:  jmarkwhite@waadlaw.com
E-mail:  adowd@waadlaw.com

                                                 _/s/ Peter J. Tepley_____
                                                 William M. Slaughter
                                                 Peter J. Tepley, Esq.
                                                 Attorneys for Defendant
                                                 Macon County Greyhound Park, Inc.

**OF COUNSEL:**
**Haskell Slaughter Young & Rediker, LLC**
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Tel.:  (205) 251-1000
Fax:  (205) 324-1133
E-mail:     wms@hsy.com
E-mail:     pt@hsy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the __12th__ day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF-participant counsel of record:

Michael Todd Sansbury
**Spotswood LLC**
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

Robert Keeling Spotswood
**Spotswood LLC**
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

Fred Jr. David Gray
**Gray Langford Sapp McGowan Gray & Nathanson**
PO Box 830239
Tuskegee, AL 36083-0239

John M. Bolton, III, Esq.
**Sasser, Bolton, Stidham & Sefton P.C.**
100 Colonial Bank Boulevard
Suite B 201
Montgomery, AL 36117

Charlanna White Spencer, Esq.
**Sasser, Bolton, Stidham & Sefton P.C.**
100 Colonial Bank Boulevard
Suite B 201
Montgomery, AL 36117

                                        /s/ J. Mark White
                                        OF COUNSEL