IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| HOPE for FAMILIES & COMMUNITY SERVICE, INC. *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  3:06cv1113-WKW |
| DAVID WARREN, *et al*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the plaintiffs' motion to compel production of documents and things (doc. # 42), it is

ORDERED that on or before June 8, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 24th day of May, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE