IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al.,** | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) Case No.: 3:06-cv-01113-WKW-csc<br>) |
| **DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al.,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## NOTICE OF APPEARANCE

COMES NOW Rebecca G. DePalma, of the law firm of White Arnold Andrews & Dowd P.C., and hereby enters her appearance on behalf of Defendant, Macon County Greyhound Park, Inc. d/b/a Victoryland, in the above-styled cause.

/s/ Rebecca G. DePalma
Rebecca G. DePalma (ASB-4105-D57R)

Attorney for Defendant,
Macon County Greyhound Park, Inc. d/b/a
Victoryland

**OF COUNSEL:**
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North
Suite 600
Birmingham, Alabama 35203
Phone: 205-323-1888
Fax:    205-323-8907
E-Mail: rdepalma@waadlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this  5th  day of, June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF-participant counsel of record:

John M. Bolton, III
Charlanna W. Spencer
**SASSER, BOLTON & SEFTON, P.C.**
100 Colonial Bank Boulevard
Suite B201
Montgomery, AL 36117
jbolton@sasserlawfirm.com
cspencer@sasserlawfirm.com


Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
**Spotswood, Sansom & Sansbury, LLC**
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213
rks@spotswoodllc.com
msansbury@spotswoodllc.com

Fred Gray
Fred Gray, Jr.
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
Tuskegee, AL 36083-0239
fgray@glsmgn.com
fgrayjr@glsmgn.com

William M. Slaughter, Esq.
Peter J. Tepley, Esq.
**Haskell Slaughter Young & Rediker, LLC**
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
wms@hsy.com
pt@hsy.com


                                                s/ Rebecca G. DePalma
                                                OF COUNSEL