IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court are the Motion to Dismiss of defendant Milton McGregor (Doc. # 34); the Motion to Dismiss of defendant Macon County Greyhound Park, Inc. (Doc. # 36); and the plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. # 40).  The motions to dismiss challenge the conspiracy claim of the Amended Complaint (Doc. # 24) brought against these defendants under 42 U.S.C. § 1985(3).  Plaintiffs offer to correct the allegations of the amended complaint by bringing their claim under 42 U.S.C. § 1983 in a proposed second amended complaint, attached as an exhibit to their motion for leave.  Defendants oppose the proposed second amended complaint but, if the court grants the plaintiffs' motion for leave, request costs incurred in moving to dismiss the meritless § 1985(3) claim.  The parties have fully briefed the motions at issue.

Upon due consideration of the pleadings, motions, and briefs, it is ORDERED that:

1. The motion for leave (Doc. # 40) is GRANTED.  The plaintiffs shall file electronically **on or before June 11, 2007**, an exact duplicate of the second amended complaint that is attached to their motion in accordance with the *Middle District of Alabama's Local Rules and Civil Administrative Procedures*.

2. The motions to dismiss (Docs. # 34 & # 36) are DENIED as MOOT;

3. The defendants shall file **on or before June 11, 2007**, verified documents supporting fees, costs, and expenses incurred in preparing and filing their motions to dismiss. Attorney's fees shall designate relevant hourly rates. The plaintiffs shall show cause in writing **on or before June 21, 2007**, why those fees, costs, and expenses should not be awarded.

The court is informed that a proposed third amended complaint is likely. Should the plaintiffs seek leave to file a third amended complaint, the court will schedule a status conference after the court and the defendants have an opportunity to review the proposed third amended complaint. Until such time, the case will proceed under the second amended complaint; therefore, it is ORDERED that the Joint Motion for Relief from Scheduling Order and for Status Conference (Doc. # 47) is DENIED.

DONE this 6th day of June, 2007.

                                    /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE