IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, *et al.*, ) ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiffs' Motion for Leave to File Third Amended Complaint (Doc.# 49), it is ORDERED that the defendants shall show cause **on or before June 15, 2007**, why the motion should not be granted. The defendants' response shall address only the question of whether the motion should be granted, *i.e.*, issues related to Rules 15 and 21 of the Federal Rules of Civil Procedure; the response should not be akin to a motion to dismiss and should not be briefed as such.

DONE this 8th day of June, 2007.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE