IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.*, )<br>)<br>Plaintiffs,                    )<br>v.                                                )<br>)<br>DAVID WARREN, *et al.*,              )<br>)<br>Defendants.                  ) | CASE NO. 3:06-CV-1113-WKW |

## **ORDER**

Upon consideration of the plaintiffs' Motion to Modify Scheduling Order (Doc. # 52), it is ORDERED that the motion is GRANTED. The deadlines for expert disclosures as set forth in Section 8 of the scheduling order are CONTINUED generally until such time the court has conducted a scheduling conference and/or ruled on the plaintiffs' motion for leave to file the third amended complaint.

DONE this 11th day of June, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE