**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**


HOPE FOR FAMILIES & COMMUNITY   )
SERVICES, INC., et al.,   )
   )
       PLAINTIFFS,   )
   )
v.   )   CASE  NO.: 3:06-cv-01113-WKW-WC
   )
DAVID WARREN, in his Official Capacity )
as the SHERIFF OF MACON COUNTY,   )
et al.,   )
   )
       DEFENDANTS. )


### EVIDENTIARY SUBMISSION IN SUPPORT OF APPLICATION FOR FEES

Defendant Milton McGregor makes the following evidentiary submission in response

to this Court's Order dated June 6, 2007 (Doc. #48) directing the Defendants to file verified

documents supporting fees, costs and expenses incurred in preparing and filing their

Motions to Dismiss:

1.      Exhibit 1 - Declaration of John M. Bolton, III.

            Respectfully submitted,

            s/John M. Bolton, III

            Attorney for Defendant,
            Milton McGregor

            John M. Bolton, III (ASB-0999-N68J)
            Sasser, Bolton & Sefton, P.C.
            100 Colonial Bank Boulevard, Suite B201
            Montgomery, AL 36117
            (334) 532-3400 Phone
            (334) 532-3434 Fax
            jbolton@sasserlawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
J. Mark White, Esq.
Augusta S. Dowd, Esq.
William M. Slaughter, Esq.
Peter J. Tepley, Esq.
Khristi Doss Driver, Esq.

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     None.

s/John M. Bolton, III
John M. Bolton, III (ASB-0999-N68J)
Sasser, Bolton & Sefton, P.C.
100 Colonial Bank Boulevard
Suite B201
Montgomery, AL 36117
(334) 532-3400 Phone
(334) 532-3434 Fax
jbolton@sasserlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA


HOPE FOR FAMILIES & COMMUNITY )
SERVICES, INC., et al., )
)
PLAINTIFFS, )
)
v. )    CASE  NO.: 3:06-cv-01113-WKW-WC
)
DAVID WARREN, in his Official Capacity )
as the SHERIFF OF MACON COUNTY, )
et al., )
)
DEFENDANTS. )


## DECLARATION OF JOHN M. BOLTON, III

STATE OF ALABAMA            )

COUNTY OF MONTGOMERY    )

Before me, the undersigned Notary Public in and for said County and State, personally appeared John M. Bolton, III who, being duly sworn, deposes and says as follows:

1.    I am a shareholder in the law firm of Sasser, Bolton & Sefton, P.C. and counsel to Milton McGregor in the above-styled action. I submit this declaration in support of the application for an award of attorneys' fees and reimbursement of expenses and costs in connection with the filing of a Motion to Dismiss the Plaintiffs' Complaint (Doc. #34) and Memorandum Brief (Doc. #35) in the above-referenced action. This declaration is submitted in conformity with this Court's Order of June 6, 2007 (Doc. #48).

2.    I was admitted to practice by the Alabama Supreme Court in 1977 and the United States Supreme Court in 1980. I am also admitted to practice before the United



EXHIBIT " 1 "

States Courts of Appeal for the Fifth, Sixth and Eleventh Circuits and the Middle, Northern and Southern Districts in Alabama as well as Federal District Courts in Mississippi, Louisiana and Oklahoma.

3.      Charlanna Spencer was admitted to practice by the Alabama Supreme Court in 1999.  She is admitted to practice before the Eleventh Circuit Court of Appeals and the Middle, Northern and Southern Districts in Alabama.

4.      Brian Tipton was admitted to practice by the Alabama Supreme Court in 1999 and the United States Supreme Court in 2005.  Mr. Tipton is also licensed in Georgia.  He is admitted to practice before the Eleventh Circuit Court of Appeals and Middle and Northern Districts of Alabama.

5.      This declaration summarizes the time that was required in order to file the Motion to Dismiss and accompanying Memorandum Brief on behalf of Mr. McGregor.

6.      Attached hereto as Exhibit A is a chart that reflects the time spent by the attorneys on this litigation from March 2, 2007 through April 23, 2007 and the charges for such time based on firm's current billing rates for that period of time.  The chart includes the name of each attorney who has worked on this litigation, the hours spent and the current hourly billing rate for each individual.  This chart was created from the daily time records that are regularly prepared and maintained by my firm.  Time spent preparing this declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart.

7.      From March 2, 2007 through April 23, 2007, my firm has incurred a total of 60 hours on behalf of Mr. McGregor in this litigation.  The charges for this time based on

2

my firm's current hourly billing rates for this time period is $14,385.00. The hourly rates set forth in Exhibit A are the same rates my firm charges for services in comparable litigation.

8.    The firm did not incur any taxable expenses in connection with the Motion to Dismiss and Brief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
JOHN M. BOLTON, III

Sworn to and subscribed before me this _11th_ day of June, 2007.

_____
Notary Public
My Commission Expires: _7-23-2010_

3

## "EXHIBIT A"

### SASSER • BOLTON
### & SEFTON

100 Colonial Bank Boulevard, Suite B201
Post Office Box 242127
Montgomery, AL 36124-2127
Telephone: (334) 532-3400 Facsimile (334) 532-3434
Federal Tax ID# 63-1260792

### BILLING SUMMARY

Re:   *Hope for Families, et al. v. Sheriff David Warren, et al.*
      *U.S. District Court, Middle District of Alabama*
      *Civil Action No.: 3:06-cv-1113-WKW*

| Date | Attorney | Rate | Hours | Total |
|------|----------|------|-------|-------|
| 03/02/07 | John Bolton | $280.00 | 1.75 | $490.00 |
| 03/12/07 | Brian Tipton | $220.00 | 1.00 | $220.00 |
| 03/14/07 | Brian Tipton | $220.00 | 2.50 | $550.00 |
| 03/15/07 | John Bolton | $280.00 | 2.25 | $630.00 |
| 03/15/07 | Brian Tipton | $220.00 | 1.50 | $330.00 |
| 03/16/07 | John Bolton | $280.00 | 2.50 | $700.00 |
| 03/16/07 | Brian Tipton | $220.00 | 5.00 | $1,100.00 |
| 03/16/07 | Charlanna Spencer | $220.00 | 1.00 | $220.00 |
| 03/17/07 | Brian Tipton | $220.00 | 1.25 | $275.00 |
| 03/18/07 | John Bolton | $280.00 | 2.25 | $630.00 |
| 03/20/07 | Brian Tipton | $220.00 | 1.50 | $330.00 |
| 03/22/07 | John Bolton | $280.00 | 2.50 | $700.00 |
| 03/22/07 | Charlanna Spencer | $220.00 | 1.75 | $385.00 |
| 03/26/07 | John Bolton | $280.00 | 2.00 | $560.00 |
| 03/29/07 | John Bolton | $280.00 | 0.75 | $210.00 |

| 04/17/07 | Brian Tipton | $220.00 | 3.25 | $715.00 |
|---|---|---|---|---|
| 04/18/07 | Brian Tipton | $220.00 | 4.00 | $880.00 |
| 04/19/07 | Brian Tipton | $220.00 | 4.25 | $935.00 |
| 04/19/07 | John Bolton | $280.00 | 2.25 | $630.00 |
| 04/20/07 | Brian Tipton | $220.00 | 7.50 | $1,650.00 |
| 04/22/07 | John Bolton | $280.00 | 0.75 | $210.00 |
| 04/23/07 | John Bolton | $280.00 | 2.75 | $770.00 |
| 04/23/07 | Charlanna Spencer | $220.00 | 5.75 | $1,265.00 |
| | | | | |
| | | | | |
| | **TIMEKEEPER RECAP** | **HOURS** | **RATE** | **TOTAL** |
| | John M. Bolton, III | 19.75 | $280.00 | $5,530.00 |
| | Charlanna W. Spencer | 8.50 | $220.00 | $1,870.00 |
| | R. Brian Tipton | 31.75 | $220.00 | $6,985.00 |
| | **TOTAL FEES:** | | | **$14,385.00** |
| | | | | |
| | | | | |