IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) 3:06-cv-01113-WKW |
| DAVID WARREN, in his Official Capacity As the SHERIFF OF MACON COUNTY; MILTON MCGREGOR; MACON COUNTY GREYHOUND PARK, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

**EVIDENTIARY SUBMISSION IN SUPPORT OF APPLICATION FOR FEES**

Defendant Macon County Greyhound Park, Inc. d/b/a Victoryland ("Victoryland") makes the following evidentiary submissions in response to this Court's Order dated June 6, 2007 (Doc. #48) directing the defendants to file verified documents supporting fees, costs and expenses incurred in preparing and filing their Motions to Dismiss.

1. **Exhibit 1: Sworn affidavit of Peter J. Tepley**

2. **Exhibit 2: Sworn affidavit of Augusta S. Dowd**

Respectfully submitted this 11th day of June, 2007.

s/Peter J. Tepley
Peter J. Tepley (ASB-1112-T46P)
Attorney for Defendant,
Macon County Greyhound Park, Inc. d/b/a Victoryland

OF COUNSEL:
William M. Slaughter (ASB-8283-R67W)
Patricia C. Diak (ASB-9243-K64P)
Khristi Doss Driver (ASB-2719-I71F)
**Haskell Slaughter Young & Rediker, LLC**
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
Tel.: (205) 251-1000
Fax: (205) 324-1133
E-mail: pt@hsy.com
E-mail: wms@hsy.com
E-mail: pcd@hsy.com
E-mail: kdd@hsy.com

OF COUNSEL:
Augusta S. Dowd (ASB-5274-D58A)
J. Mark White (ASB-5029-H66J)
Rebecca G. DePalma (ASB-4105-D57R)
**White Arnold Andrews & Dowd P.C.**
2025 Third Avenue North
Suite 600
Birmingham, Alabama  35203
Tel: (205) 323-1888
Fax: (205) 323-8907
E-mail: adowd@waadlaw.com
E-mail: mwhite@waadlaw.com
E-mail: rdepalma@waadlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Robert K. Spotswood, Esq.
Michael T, Sansbury, Esq.
**Spotswood LLC**
2100 Third Avenue North
Concord Center, Suite 940
Birmingham, AL 35203

Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
**Gray Langford Sapp McGowan Gray & Nathanson**
P.O. Box 830239
Tuskegee, AL 36083-0239

John M. Bolton, Esq.
Charlanna W. Spencer, Esq.
**Sasser, Bolton, Stidham & Sefton, P.C.**
100 Colonial Bank Boulevard
Suite B201
Montgomery, AL 36117

                                                s/Peter J. Tepley
                                                Of counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.* )<br><br>Plaintiffs, )<br><br>vs. )<br><br>DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, *et al.* )<br><br>Defendants. ) | CIVIL ACTION NO.:<br>3:06-CV-1113-WKW |

**AFFIDAVIT OF PETER J. TEPLEY IN SUPPORT OF
<u>VICTORYLAND'S APPLICATION FOR ATTORNEY'S FEES AND EXPENSES</u>**

**STATE OF ALABAMA**     )

**JEFFERSON COUNTY**    )

Before me, the undersigned Notary Public in and for said County and State, personally appeared Peter J. Tepley who, being duly sworn, deposes and says as follows:

1. I am a member of the law firm of Haskell Slaughter Young & Rediker, LLC ("HSY&R") and am responsible for the day-to-day management of and prosecution of this case by HYS&R on behalf of Defendant Macon County Greyhound Park, Inc. d/b/a/ Victoryland ("Victoryland"). I am over the age of 19 and competent to make this declaration, and I am fully familiar with the facts set forth in this affidavit.

2. Victoryland is represented by two law firms in this case -- HSY&R and White Arnold Andrews & Dowd, P.C.

3. I have actively participated in all material aspects of HSY&R's representation of Victoryland in this case to date. I am familiar with the amounts that HSY&R has billed to and been paid by Victoryland for its work on this matter.

4.   I submit this affidavit pursuant to the Court's Order (6/6/07) (Doc. #48) in support of the attorneys fees, costs, and expenses that Victoryland incurred in filing its motion to dismiss the Plaintiffs' § 1985(3) conspiracy claim against it (Doc. # 36) and supporting brief (Doc. #37) ( collectively "Motion to Dismiss").

5.   HSY&R had the lead role for researching, drafting, and preparing Victoryland's Motion to Dismiss. Three HSY&R lawyers, Patricia C. Diak, Khristi Doss Driver, and I, worked on the Motion to Dismiss, with the bulk of the work being done by Ms. Driver.

6.   Ms. Diak, who is also a member of HSY&R, has been practicing law for over twelve years. She is a 1994 graduate of Yale Law School. She is admitted to the State Bar of Alabama. She is also admitted to practice before the United States Court of Appeals for the Eleventh Circuit and the United States District Courts for the Middle, Northern and Southern Districts of Alabama. Her current billing rate for this matter is $275.00 per hour.

7.   Ms. Driver has been practicing law for almost seven years. She is a 2000 graduate of the Cumberland School of Law. She is admitted to the State Bar of Alabama and is also admitted to practice before the United States District Courts for the Middle and Northern Districts of Alabama. Her current billing rate for this matter is $175.00 per hour.

8.   I have been practicing law for over 13 years. I am a 1993 graduate of the University of South Carolina School of Law. I was admitted to the South Carolina Bar in November 1993 and the Alabama State Bar in September 1999. I am also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Fourth, Seventh, Ninth and Eleventh Circuits, and the United States District Courts for the District of South Carolina and the Middle, Northern and Southern Districts of Alabama. My current billing rate on this matter is $250.00 per hour.

9.   I compiled the following summary of the time spent and amounts billed by HSY&R attorneys for the preparation and filing of Victoryland's Motion to Dismiss from billing records that are maintained in the ordinary course of business by HSY&R. The sums indicated have been billed to and paid by Victoryland. As noted below, Victoryland paid HSY&R attorney's fees in the amount of $7,138.75 for HSY&R's work on the Motion to Dismiss.

    A.    Patricia C. Diak    1.25 hours ($275/hr) $ 343.75

    B.    Khristi Doss Driver    30.4 hours ($175/hr) $5,320.00

    C.    Peter Tepley    5.9 hours ($250/hr) $1,475.00

10.   Because it cannot be determined with reasonable certainty which taxable expenses or costs, such as copying costs, were associated with the preparation and filing of the Motion to Dismiss, Victoryland is not seeking to recover any taxable costs associated with the preparation and filing of the Motion to Dismiss.

11.   The summary above does not include any of the time HSY&R spent preparing the Joint Reply Brief in Support of the Motions to Dismiss (Doc. # 44) or the time spent preparing this affidavit.

_____
Peter Tepley

Sworn to and subscribed to before me this 11 day of June, 2007.

_____
Notary Public
My Commission Expires: 11/5/07

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 3:06-cv-01113-WKW-csc ) |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | ) ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF AUGUSTA S. DOWD IN SUPPORT OF VICTORYLAND'S APPLICATION FOR ATTORNEYS' FEES AND EXPENSES

STATE OF ALABAMA    )

JEFFERSON COUNTY   )

Before me, the undersigned Notary Public in and for said County and State, personally appeared AUGUSTA S. DOWD who, being duly sworn, over the age of 19, and of competent mind, deposes and says as follows:

1. I am a shareholder with the law firm of White Arnold Andrews & Dowd P.C. I am submitting this Affidavit in support of the application of White Arnold Andrews & Dowd P.C. ("WAAD") for an award of attorneys' fees and reimbursement of expenses incurred in preparing and filing the Motion to Dismiss (Doc. #36) and supporting brief (Doc. #37) (collectively "Motion to Dismiss") of Macon County Greyhound Park d/b/a/ Victoryland ("Victoryland"). This affidavit is submitted in conformity with this Court's order of June 6, 2007, (Doc. #48).

1

2. Victoryland is represented by two law firms in this case – WAAD and Haskell Slaughter Young & Rediker, LLC ("HSY").

3. I have actively participated in all material aspects of WAAD's representation of Victoryland in this case to date. I am familiar with the amounts that WAAD has billed to and been paid by Victoryland for its work on this matter.

4. Two WAAD lawyers, J. Mark White and I, worked on the Motion to Dismiss, although HSY had lead responsibility for researching, drafting and preparing the Motion to Dismiss.

5. J. Mark White has been practicing law since 1974. He is a graduate of the Cumberland School of Law. He is admitted to practice before the State Bar of Alabama; the United States District Courts for the Northern, Southern and Middle Districts of Alabama; the Alabama Supreme Court; the United States Courts of Appeals for the Eleventh and Fifth Circuits; and the United States Supreme Court. His relevant billing rate is $450 per hour.

6. I have been licensed to practice since 1982 and have been practicing law since 1983. I am a graduate of Vanderbilt University School of Law. I am admitted to the State Bar of Alabama; the United States District Courts for the Northern and Middle Districts of Alabama; the Eleventh Circuit Court of Appeals; and the United States Supreme Court. My relevant hourly rate is $400 per hour.

7. The chart attached hereto as Exhibit "A" contains a summary of the time spent by the attorneys of the firm in preparation of the Motion to Dismiss. The chart includes the name of the two attorneys who worked on the Motion to Dismiss, the hours expended by that attorney,

and that attorney's relevant hourly billing rate. The chart was prepared from contemporaneous, daily records regularly prepared and maintained by my firm.

8. Time spent in preparing this Affidavit in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in Exhibit "A."

9. Time spent preparing this Affidavit has not been included in Exhibit "A."

10. The firm did not incur any expenses in connection with the Motion to Dismiss.

_____
Augusta S. Dowd

Sworn to and Subscribed Before Me
This 11th day of June, 2007.

_____
Notary Public
My Commission Expires: 6/24/08

3

# EXHIBIT A

## WHITE ARNOLD ANDREWS & DOWD P.C.

## SUMMARY OF TIME EXPENDED ON MOTION TO DISMISS IN BEHALF OF VICTORYLAND

| Attorney | Rate | Hours | Total |
|---|---|---|---|
| J. Mark White | $450.00 | 1.5 | $675.00 |
| Augusta S. Dowd | $400.00 | 2.1 | $840.00 |

**Total Firm Time:** 3.6 hours

**Total Amount:** $1,515.00