IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, *et al.*, ) ) | |
| Defendants. ) | |

## **ORDER**

The case is before the court on the defendants' requests (Doc. # 45) for costs incurred in moving to dismiss the conspiracy claim in the amended complaint. The court ordered the defendants to file verified documents supporting fees, costs, and expenses incurred in preparing and filing the motions to dismiss. The defendants filed evidentiary submissions (Docs. # 56 & # 57), to which the plaintiffs filed a response (Doc. # 58).

After careful review of the materials submitted by the parties, the court concludes that the request for costs is due to be denied. The plaintiffs are correct in stating that, under Rule 15(a) of the Federal Rules of Civil Procedure, they had a right to amend the (amended) complaint once as a matter of course as to McGregor and Victoryland, as those defendants had not yet filed responsive pleadings. The cases cited by the defendants in support of their request for fees are inapposite to the case at bar. Sanctions under Rule 11 are also inapplicable. The court notes that, even if an award of costs and fees were appropriate here, the evidentiary submissions of the defendants are wholly inadequate as they do not allow the court to reasonably determine the hours billed for the specific tasks of preparing and filing the motions to dismiss.

Accordingly, it is ORDERED that the requests for costs (Doc. # 45) is DENIED.

DONE this 14th day of June, 2007.

                                              /s/  W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE