IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 3:06-cv-01113-WKW-WC |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that JAMES H. ANDERSON and RYAN WESLEY SHAW of *Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.*, do hereby file a notice of appearance in the above-referenced cause.  Please add these attorneys as additional counsel for Defendant David Warren.

/s/James H. Anderson_____
JAMES H. ANDERSON [AND021]

/s/Ryan Wesley Shaw_____
RYAN WESLEY SHAW [SHA071]

OF COUNSEL:
Beers, Anderson, Jackson, Patty,
 Van Heest & Fawal, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334)834-5311

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
Spotswood Sansom & Sansbury LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213

Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P. O. Box 830239
Tuskegee, AL 36083-0239

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Kristi Doss Driver, Esq.
Haskell, Slaughter, Young, Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca DePalma, Esq.
White, Arnold, Andrews & Dowd
2025 Third Avenue North
Suite 600
Birmingham, AL 35203

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
Sasser, Bolton, Stidham & Sefton PC
P. O. Box 242127
Montgomery, AL 36124

                /s/ James H. Anderson
                OF COUNSEL