**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 3:06-cv-01113-WKW-WC |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSES TO ORDER TO SHOW
CAUSE WHY PLAINTIFFS' MOTION FOR LEAVE SHOULD NOT BE GRANTED**

In support of their Motion for Leave to File Third Amended Complaint (DE 49) and in reply to the arguments of the Defendants in their responses (DE 61 & 62) to this Court's Order to show cause why Plaintiffs' Motion for leave should not be granted (DE 50), the Plaintiffs state as follows:

1.      "[U]nless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 598 (5th Cir. 1981).

2.      In their Joint Response, Defendants McGregor and VictoryLand offer no substantial reason to deny the Plaintiffs' Motion for Leave. (DE 61.) Instead, they argue that this Court should condition the grant of leave on an extension of the scheduling order, including the trial date. This Court has already stated that, once it has had an opportunity to review the Third Amended Complaint, it will schedule a status conference to consider scheduling issues.

(DE 48 at 2.) That statement should adequately address any concerns that Defendants McGregor and VictoryLand may have about granting the Plaintiffs' Motion for Leave.

3.     Defendant Warren, on the other hand, has offered several arguments for denying Plaintiffs' Motion for Leave. First, he argues that allowing the Third Amended Complaint would be unduly prejudicial. Second, he argues that the Third Amended Complaint is unduly delayed. Third, he argues that the Third Amended Complaint is futile. None of these arguments provide a substantial reason for denying the Plaintiffs' Motion for Leave.

4.     It is Defendant Warren's burden to demonstrate undue prejudice. *See Hageman v. Signal L. P. Gas, Inc.*, 486 F.2d 479, 484-485 (6th Cir. 1973). In arguing that the Third Amended Complaint would be unduly prejudicial, Defendant Warren does not identify any prejudice that would result from the Third Amended Complaint.

5.     In the first through fifth paragraphs of his undue prejudice argument, Defendant Warren (1) accuses the Plaintiffs of making "baseless" and "spurious" allegations, (2) discusses the number of times his attorneys are mentioned in the Third Amended Complaint, (3) states that the Gray Law Firm does not represent Defendant VictoryLand in this litigation, (4) states that Fred Gray Jr. has represented Defendant Warren for a long time, and (5) asserts that some of the allegations in the Third Amended Complaint are "laughable." (DE 62 at 2-4.) None of these paragraphs have anything to do with any prejudice that might result from granting the Motion for Leave. Instead, those paragraphs go—if anywhere—to the merits of the Third Amended Complaint.

6.     In the final paragraph of his undue prejudice argument, Defendant Warren make three assertions: (1) that Plaintiffs have been unable to draft a complaint that would "withstand statutory and constitutional scrutiny;" (2) that Plaintiffs have made personal attacks against

attorneys; (3) that Defendant Warren suffered irreparable harm from the filing of the Motion for Leave; and (4) that Defendant Warren has employed additional counsel. (DE 62 at 4.) Again, none of these assertions demonstrates that Defendant Warren would suffer undue prejudice from the filing of the Third Amended Complaint. Taken together, they demonstrate—at most—that Defendant Warren had to hire additional counsel *due to the filing of the Motion for Leave*. That demonstration does not provide a basis for denying the Motion for Leave.

7.      In arguing that the Third Amended Complaint is unduly delayed, Defendant Warren misapprehends the nature of this Court's inquiry.

8.      Defendant Warren asserts that the Motion for Leave must be denied is it is "untimely." (DE 62 at 5.) That is incorrect. "[M]ere passage of time need not result in refusal of leave to amend; on the contrary, it is only *undue delay* that forecloses amendment." *Dussouy*, 660 F.2d at 598 (emphasis added). The Eleventh Circuit has found delay to be undue (1) where "both the parties and the court were fully prepared for trial and the addition of a new claim would have re-opened the pretrial process and delayed the trial and [where the plaintiff's] attorney had sufficient opportunity to request a timely amendment before the pretrial order had been submitted," *Nolin v. Douglas County*, 903 F.2d 1546, 1551 (11th Cir. 1990); (2) "where the motion for leave to amend was filed thirty months after the original complaint and three weeks before trial, where the only apparent reason for the delay was the plaintiff's retention of a new attorney," *Burger King Corp. v. Weaver*, 169 F.3d 1310, 1319 (11th Cir. 1999) (citing *Rhodes v. Amarillo Hosp. Dist.*, 654 F.2d 1148, 1154 (5th Cir. 1981)); (3) where "forty months had passed since the filing of the original counterclaim, the new counts would require proof of different facts, and the only apparent reason for the new claims was Weaver's retention of new counsel," *Burger King Corp.*, 169 F.3d at 1319; and (4) twice where the plaintiffs sought to revive claims

at least two years after they were dismissed, *see Smith v. Duff and Phelps, Inc.*, 5 F.3d 488, 494 (11th Cir. 1993) (three years); *Hester v. International Union of Operating Engineers, AFL-CIO*, 941 F.2d 1574, 1578 (11th Cir. 1991) (two years). The Eleventh Circuit has never found undue delay where less than six months had passed since the filing of the lawsuit and where the motion for leave to amend was filed by the deadline for such motions.

9.     Defendant Warren nevertheless offers two bases (and no case citations) for his claim of undue delay. First, he asserts that Lucky Palace should have should have sued him in November 2003, after Amendment 744 was approved. Second, he asserts that the Plaintiffs' other complaints have failed to state a claim. Neither of these bases indicates undue delay.

10.     First, the timeliness of Lucky Palace's claims against Defendant Warren is governed by statutes of limitations. Defendant Warren does not state why Lucky Palace's claims against him accrued in November 2003. After all, Defendant Warren had not even issued the Original Rules in November 2003.

11.     Second, the Plaintiffs' asserted failure to state a claim does not show undue delay. Indeed, such a failure would only further justify granting leave to amend here. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230 (1962) ("If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits.").

12.     Defendant Warren also states that the Third Amended Complaint "smacks of bad faith." (DE 62 at 6.) That unsupported statement should be ignored by this Court.

13.     Defendant Warren finally asserts that the Third Amended Complaint is futile. An amended complaint is futile if it "is still subject to dismissal," *Hall v. United Ins. Co. of America*, 367 F.3d 1255, 1263 (11th Cir. 2004), or "[i]f the proposed change clearly is frivolous or

advances a claim or defense that is legally insufficient on its face . . . ."  6 Charles Alan Wright,

Arthur R. Miller, & Mary Kay Kane, *Federal Practice and Procedure: Civil 2d* § 1487, at 637-

42 (2d ed. 1990 & Supp. 2005) (footnote omitted).  "When a district court denies the plaintiff

leave to amend a complaint due to futility, the court is making the legal conclusion that the

complaint, as amended, would necessarily fail." *St. Charles Foods, Inc. v. America's Favorite

Chicken Co.*, 198 F.3d 815, 822-23 (11th Cir. 1999).  Defendant Warren has not demonstrated

futility.

14.     In support of his futility argument, Defendant Warren makes only the conclusory

assertion that "Plaintiffs' proposed third amended complaint lacks the factual basis to survive a

summary judgment argument," directing the Court to the affidavit of Fred D. Gray.  (DE 62 at 6-

7.)  That assertion fails to show futility for a number of reasons.

15.     First, the assertion is based on a false premise.  Defendant Warren cites *Hall* for

the proposition that, "[t]o survive a claim of futility, Plaintiff must allege facts that would

withstand a motion for summary judgment."  (DE 62 at 6.)  But *Hall* says no such thing.  Indeed,

*Hall* does not even cite to *Miller v. Rykoff-Sexton, Inc.*, 845 F.2d 209, 214 (9th Cir. 1988), as

indicated by Defendant Warren.  That misleading citation should be ignored, and this Court

should instead follow the well-established futility standards described above.

16.     Second, Defendant Warren fails to support his assertion with any analysis of the

Plaintiffs' claims.  Even if futility were determined by reference to the summary-judgment

standard, "it is not enough to move for summary judgment . . . with a conclusory assertion that

the [non-moving party] has no evidence to prove his case." *Celotex Corp. v. Catrett*, 477 U.S.

317, 328 (1986) (White, J., concurring).  Defendant Warren has offered nothing more than a

conclusory assertion.

17.     Third, the Affidavit of Fred D. Gray does not demonstrate that summary judgment would be appropriate in this case—even if that were the appropriate inquiry. When affidavits are contradicted by other evidence, there is a dispute of fact that precludes summary judgment. *See, e.g., Perry v. Thompson*, 786 F.2d 1093, 1095 (11th Cir. 1986) (holding that where defendants' affidavits directly contradicted prison officers' version of events, there was a "square, head-on dispute of material facts" precluding summary judgment). The Affidavit of Fred D. Gray is, in fact, contradicted by other evidence.

18.     For instance, Mr. Gray asserts that "I have not assigned Fred D. Gray, Jr., to any case involving Macon County Greyhound Park during the last seven years." (DE 62 Ex. A. at 3.) In fact, as shown in the attached Exhibit A, Fred Gray Jr. is currently listed as counsel for Macon County Greyhound Park, Inc., in a case pending in Macon County. (Ex. A at 1.)

19.     Furthermore, Mr. Gray asserts that "[i]t is my understanding that Fred Gray, Jr., has never performed any legal work for Milton McGregor." (DE 62 Ex. A. at 3.) In fact, as shown in the attached Exhibits B and C, Fred Gray Jr. has represented Milton McGregor at least twice in this very court. (Ex. B at 2; Ex. C. at 7.)

WHEREFORE, because the Defendants have failed to show a substantial reason for denying the Plaintiffs' Motion for Leave to File Third Amended Complaint, this Court should grant the Motion.

DATED: June 18, 2007.

Respectfully submitted,

s/ Robert K. Spotswood
s/ Michael T. Sansbury
Robert K. Spotswood (SPO 001)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama  35213
Telephone: (205) 986-3620
Fax: (205) 986-3639
E-mail:      rks@spotswoodllc.com
             msansbury@spotswoodllc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred David Gray, Esq.
Fred David Gray Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL  36083-0239
E-mail:    fgray@glsmgn.com
           jbibb@glsmgn.com
           fgrayjr@glsmgn.com
           thalia@glsmgn.com

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Khristi Doss Driver, Esq.
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
E-mail:    wms@hsy.com
           pcd@hsy.com
           pt@hsy.com
           kdd@hsy.com

John Mark White, Esq.
Augusta S. Dowd, Esq.
White, Arnold, Andrews & Dowd
2025 Third Avenue, North
Suite 600
Birmingham, AL  35203
E-mail:    mwhite@waadlaw.com
           adowd@waadlaw.com

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
Sasser, Bolton, Stidham & Sefton PC
PO Box 242127
Montgomery, AL 36124-2127
E-mail:    jbolton@sasserlawfirm.com
           cspencer@sasserlawfirm.com

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
Beers, Anderson, Jackson, Patty, Van Heest & Fawal PC
P.O. Box 1988
Montgomery, AL  36102
E-mail:    janderson@beersanderson.com
           wshaw@beersanderson.com

s/ Michael T. Sansbury
OF COUNSEL



## alacourt.com's

## Alabama SJIS Case Detail

| Settings | Parties | Case Action Summary | Witness List | Financial | Consolidated CAS |
|---|---|---|---|---|---|

### Case

| County | 46 | Case Number | ⦿CV 2006 000099 00 | JID | XXX | Trial | J |
|---|---|---|---|---|---|---|---|
| Style | **SHERRY KNOWLES VS MACON COUNTY GREYHOUND PARK, INC. ET AL** | | | | | | |
| Code | TOXX | Type | OTHER TORT | Filed | 05162006 | Track | |
| Amount | | Status | **ACTIVE** | Plaintiffs | 001 | Defendants | 004 |
| DJID | | Court Action | **00000000** | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

### Settings

| Date 1 | 06262007 | Que 1 | 001 | Time 1 | 0900 A | Description | CALJ DOCKET CALL JURY |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

### Party 1

| Party | C 001 | Name | KNOWLES SHERRY | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | D MAOCN COUNTY | ANAM | | | | JID | XXX |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | MANN TEDDY LEE | Atty 2 | THOMAS RICHARD KEITH | Atty 3 | COWAN DAVID MORRISON | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 2

| Party | D 001 | Name | MACON COUNTY GREYHOUND PARK, INC. | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | C KNOWLES SHER | ANAM | | | | JID | XXX |
| SSN | | Address 1 | C/O MILTON E. MCGREGOR | | | Sex | |
| DOB | | Address 2 | P.O. BOX 128 | | | Race | |
| Country | US | City | MOUNT MEIGS AL 36057 0000 | | | Phone | 334 000 0000 |
| Atty 1 | GRAY FRED D JR | Atty 2 | GRAY STANLEY FITZGER | Atty 3 | BOLTON JOHN M III | Atty 4 | SPENCER CHARLANNA WH |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05162006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05172006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 11132006 | Type | U UNKNOWN | NS Not | | NA Not | |

| Warrant | | Type | | Arrest | | | |
|---|---|---|---|---|---|---|---|
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 3**

| Party | D 002 | Name | MACON COUNTY GREYHOUND PARK, INC. | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | C KNOWLES SHER | ANAM | | | | JID | XXX |
| SSN | | Address 1 | D/B/A VICTORYLAND | | | Sex | |
| DOB | | Address 2 | P.O. BOX 128 | | | Race | |
| Country | US | City | SHORTER AL 36075 0000 | | | Phone | 334 000 0000 |
| Atty 1 | BOLTON JOHN M III | Atty 2 | SPENCER CHARLANNA WH | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05162006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05172006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 4**

| Party | D 003 | Name | MULTIMEDIA GAMES, INC. | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | C KNOWLES SHER | ANAM | | | | JID | XXX |
| SSN | | Address 1 | C/O CRAIG NOUIS BLDG. B, | | | Sex | |
| DOB | | Address 2 | 206 WILD BASIN RD S. | | | Race | |
| Country | US | City | AUSTIN TX 78746 0000 | | | Phone | 334 000 0000 |
| Atty 1 | MORROW ROGER S | Atty 2 | ROGERS ALAN T | Atty 3 | HOLMES RICHARD WILLI | Atty 4 | JORDAN TYRELL FLEMIN |
| Atty 5 | BOLTON JOHN M III | Atty 6 | BOYD DAVID R | | | | |
| Issued | 05162006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05192006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 03202007 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 5**

| Party | D 004 | Name | SHERIFF DAVID WARREN | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | C | ANAM | | | | JID | XXX |
| SSN | | Address 1 | 246 CO RD 10 | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | TUSKEGEE AL 36083 0000 | | | Phone | 334 000 0000 |
| Atty 1 | GRAY FRED D JR | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 05162006 | 1510 | ASSJ | ASSIGNED TO JUDGE: ASSIGNED JUDGE (AV01) | MAC |
| 05162006 | 1510 | TDMJ | JURY TRIAL REQUESTED (AV01) | MAC |

| | | | | |
|---|---|---|---|---|
| 05162006 | 1510 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | MAC |
| 05162006 | 1510 | ORIG | ORIGIN: INITIAL FILING (AV01) | MAC |
| 05162006 | 1510 | PART | KNOWLES SHERRY ADDED AS C001 (AV02) | MAC |
| 05162006 | 1510 | ATTY | LISTED AS ATTORNEY FOR C001: MANN TEDDY LEE (AV02) | MAC |
| 05162006 | 1512 | PART | MACON COUNTY GREYHOUND PARK, INC. ADDED AS D001 | MAC |
| 05162006 | 1512 | SUMM | CERTIFIED MAI ISSUED: 05/16/2006 TO D001 (AV02) | MAC |
| 05162006 | 1515 | PART | MACON COUNTY GREYHOUND PARK, INC. ADDED AS D002 | MAC |
| 05162006 | 1515 | SUMM | CERTIFIED MAI ISSUED: 05/16/2006 TO D002 (AV02) | MAC |
| 05162006 | 1517 | PART | MULTIMEDIA GAMES, INC. ADDED AS D003 (AV02) | MAC |
| 05162006 | 1517 | SUMM | CERTIFIED MAI ISSUED: 05/16/2006 TO D003 (AV02) | MAC |
| 05162006 | 1521 | TEXT | NOTICE OF TAKING DEPOSITION | MAC |
| 05162006 | 1526 | TEXT | NOTICE OF TAKING DEPOSITION | MAC |
| 05162006 | 1526 | TEXT | NOTICE OF TAKING DEPOSITION | MAC |
| 05162006 | 1526 | TEXT | PLAINTIFF'S CONSOLIDATED INTERROGATORIES AND | MAC |
| 05162006 | 1526 | TEXT | REQUEST FOR PRODUCTION OF DOCUMENTS | MAC |
| 05162006 | 1526 | TEXT | SUMMONS AND COMPLAINT | MAC |
| 05162006 | 1526 | TEXT | MOTION FOR PRODUCTION OF ELECTRONIC BINGO MACHINE | MAC |
| 05162006 | 1526 | TEXT | AND ENTRY UPON PREMISES FOR INSPECTION | MAC |
| 05222006 | 0816 | SERC | SERVICE OF CERTIFIED MAI ON 05/17/2006 FOR D001 | MAC |
| 05222006 | 0821 | SERC | SERVICE OF CERTIFIED MAI ON 05/17/2006 FOR D002 | MAC |
| 05252006 | 1424 | SERC | SERVICE OF CERTIFIED MAI ON 05/19/2006 FOR D003 | MAC |
| 05312006 | 1108 | TEXT | MULTIMEDIA'S NOTICE OF SERVICE OF DISCOVERY | MAC |
| 06022006 | 1229 | TEXT | DEFENDANTS' JOINT MOTION TO COMPEL DEPOSITION OF | MAC |
| 06022006 | 1229 | TEXT | THE PARTIES | MAC |
| 06022006 | 1230 | TEXT | MULTIMEDIA'S NOTICE OF SERVICE OF DISCOVERY | MAC |
| 06152006 | 1545 | TEXT | PLAINTIFF'S OBJECTION TO DEFENDANTS' JOINT MOTION | SHM |
| 06152006 | 1545 | TEXT | TO COMPEL DESPOSITION OF PLAINTIFF | SHM |
| 06162006 | 1534 | TEXT | MOTION TO DISMISS | SHM |
| 06202006 | 1525 | TEXT | MOTION TO DISMISS OF DEFENDANT MULTIMEDIA GAMES | SHM |
| 06202006 | 1525 | TEXT | INC. | SHM |
| 06222006 | 1624 | TEXT | ORDER | MAC |
| 06222006 | 1625 | DAT1 | SET FOR: MOTION DOCKET ON 07/11/2006 AT 0900A | MAC |
| 06262006 | 0911 | TEXT | PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTIONS TO | MAC |
| 06262006 | 0911 | TEXT | DISMISS | MAC |
| 06302006 | 0820 | TEXT | NOTICE OF SERVICE OF DISCOVERY | MAC |
| 06302006 | 1018 | TEXT | ORDER | MAC |
| 07052006 | 1018 | DAT1 | SET FOR: MOTION DOCKET ON 08/07/2006 AT 0900A | MAC |
| 07052006 | 1022 | ATTY | LISTED AS ATTORNEY FOR D003: MORROW ROGER S (AV02) | MAC |
| 07052006 | 1022 | ATTY | LISTED AS ATTORNEY FOR D003: ROGERS ALAN T (AV02) | MAC |
| 07052006 | 1024 | ATTY | LISTED AS ATTORNEY FOR D002: BOLTON JOHN M III | MAC |
| 07052006 | 1024 | ATTY | LISTED AS ATTORNEY FOR D002: SPENCER CHARLANNA WH | MAC |
| 07052006 | 1026 | ATTY | LISTED AS ATTORNEY FOR D001: GRAY FRED D JR (AV02) | MAC |
| 07052006 | 1026 | ATTY | LISTED AS ATTORNEY FOR D001: GRAY STANLEY FITZGER | MAC |
| 07052006 | 1026 | ATTY | LISTED AS ATTORNEY FOR C001: THOMAS RICHARD KEITH | MAC |
| 07052006 | 1027 | ATTY | LISTED AS ATTORNEY FOR C001: COWAN DAVID MORRISON | MAC |
| 07052006 | 1159 | TEXT | MACON COUNTY GREYHOUND PARK, INC.'S NOTICE OF | MAC |
| 07052006 | 1159 | TEXT | SERVICE OF DISCOVERY | MAC |
| 07242006 | 1157 | TEXT | PLAINTIFF'S MOTION FOR LEAVE OF COURT TO EXCEED | MAC |
| 07242006 | 1157 | TEXT | FORTY INTERROGATORIES | MAC |
| 07242006 | 1157 | TEXT | PLAINTIFF'S MOTION TO COMPEL ANSWERS TO | MAC |
| 07242006 | 1157 | TEXT | INTERROGATORIES AND RESPONSES TO REQUEST FOR | MAC |
| 07242006 | 1157 | TEXT | PRODUCTION AGAINST DEFENDANTS MACON COUNTY | MAC |
| 07242006 | 1157 | TEXT | GREYHOUND PARK INC. AND MULTIMEDIA GAMES, INC. | MAC |
| 07242006 | 1158 | TEXT | PLAINTIFF'S MOTION FOR SANCTIONS | MAC |

| | | | | |
|---|---|---|---|---|
| 08022006 | 0847 | TEXT | MOTION TO COMPEL RESPONSES TO DEFENDANT'S | MAC |
| 08022006 | 0847 | TEXT | INTERROGATORIES AND REQUESTS TO PLAINTIFF FOR | MAC |
| 08022006 | 0847 | TEXT | PRODUCTION | MAC |
| 08042006 | 1015 | TEXT | SUPPLEMENT AND AMENDMENT TO MOTION TO DISMISS | MAC |
| 08042006 | 1015 | TEXT | OF DEFENDANT MULTIMEDIA GAMES INC | MAC |
| 08072006 | 0942 | TEXT | DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO | MAC |
| 08072006 | 0942 | TEXT | TO DEFENDANTS' JOINT MOTION TO COMPEL DEPOSITION | MAC |
| 08072006 | 0942 | TEXT | OF PLAINTIFF | MAC |
| 08082006 | 0821 | TEXT | ORDER | MAC |
| 08182006 | 1451 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | MAC |
| 08232006 | 0832 | TEXT | NOTICE OF SERVICE OF DISCOVERY | MAC |
| 08282006 | 0857 | TEXT | PLAINTIFF'S MOTION TO COMPEL | MAC |
| 08282006 | 1052 | TEXT | ORDER | MAC |
| 08312006 | 0858 | DAT1 | SET FOR: MOTION DOCKET ON 09/25/2006 AT 1200P | MAC |
| 08312006 | 0947 | TEXT | PLAINTIFF'S SUPPLEMENTAL DISCOVERY MOTION | MAC |
| 08312006 | 0947 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | MAC |
| 09052006 | 0843 | TEXT | NOTICE OF SERVICE OF DISCOVERY | MAC |
| 09252006 | 1058 | TEXT | ORDER | MAC |
| 09292006 | 1127 | TEXT | SUBPOENA REQUEST FORM | MAC |
| 09292006 | 1127 | TEXT | CIVIL SUBPOENA FOR DOCUMENTS ONLY TO: COMMUNITY | MAC |
| 09292006 | 1127 | TEXT | HOSPITAL, LEROY C. RUSSELL, DC., DR. JANICE HOOK | MAC |
| 09292006 | 1127 | TEXT | CVS PHARMACY, INC., BC/BS AND MEDICAID AGENCY | MAC |
| 10102006 | 1222 | TEXT | NOTICE OF SERVICE OF DISCOVERY | MAC |
| 10102006 | 1225 | TEXT | NOTICE OF SERVICE OF DISCOVERY | MAC |
| 10162006 | 1439 | TEXT | ORDER | MAC |
| 10192006 | 1154 | ANSW | ANSWER OF OTHER ON 10/06/2006 FOR D003 (AV02) | MAC |
| 10192006 | 1223 | ATTY | LISTED AS ATTORNEY FOR D001: BOLTON JOHN M III | MAC |
| 10192006 | 1223 | ATTY | LISTED AS ATTORNEY FOR D001: SPENCER CHARLANNA WH | MAC |
| 10192006 | 1223 | ANSW | ANSWER OF OTHER ON 10/10/2006 FOR D001 (AV02) | MAC |
| 10202006 | 0847 | TEXT | PLAINTIFF'S MOTION TO COMPEL | MAC |
| 10262006 | 1439 | DAT1 | SET FOR: DOCKET CALL JURY ON 11/28/2006 AT 0900A | MAC |
| 11012006 | 1031 | TEXT | PLAINTIFF'S FIRST AMENDED AND RESTATED COMPLAINT | MAC |
| 11032006 | 2400 | DOCK | NOTICE SENT: 11/03/2006 GRAY STANLEY FITZGERALD | MAC |
| 11032006 | 2400 | DOCK | NOTICE SENT: 11/03/2006 GRAY FRED D JR | MAC |
| 11032006 | 2403 | DOCK | NOTICE SENT: 11/03/2006 MORROW ROGER S | MAC |
| 11032006 | 2406 | DOCK | NOTICE SENT: 11/03/2006 MANN TEDDY LEE | MAC |
| 11032006 | 2406 | DOCK | NOTICE SENT: 11/03/2006 THOMAS RICHARD KEITH | MAC |
| 11032006 | 2409 | DOCK | NOTICE SENT: 11/03/2006 COWAN DAVID MORRISON | MAC |
| 11032006 | 2409 | DOCK | NOTICE SENT: 11/03/2006 BOLTON JOHN M III | MAC |
| 11032006 | 2409 | DOCK | NOTICE SENT: 11/03/2006 SPENCER CHARLANNA WHITE | MAC |
| 11032006 | 2409 | DOCK | NOTICE SENT: 11/03/2006 ROGERS ALAN T | MAC |
| 11072006 | 1101 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | MAC |
| 11132006 | 1002 | ANSW | ANSWER OF UNKNOWN ON 11/13/2006 FOR D001 (AV02) | AJA |
| 11132006 | 1012 | ATTY | LISTED AS ATTORNEY FOR D003: HOLMES RICHARD WILLI | AJA |
| 11132006 | 1012 | ANSW | ANSWER OF COMP DENIED ON 11/13/2006 FOR D003(AV02) | AJA |
| 12112006 | 1217 | TEXT | NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY | MAC |
| 12222006 | 1420 | TEXT | PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT | MAC |
| 01092007 | 0810 | TEXT | ORDER CONTINUING TO NEXT TERM | MAC |
| 01312007 | 0821 | TEXT | ORDER | MAC |
| 02012007 | 0821 | TEXT | PLAINTIFF'S MOTION TO COMPEL ISSUANCE OF SUBPOENA | MAC |
| 02022007 | 0822 | DAT1 | SET FOR: HEARING ON 02/22/2007 AT 0900A (AV01) | MAC |
| 02152007 | 1635 | TEXT | NOTICE OF APPEARANCE E-FILED. | AJA |
| 02152007 | 1653 | ATTY | LISTED AS ATTORNEY FOR D003: JORDAN TYRELL FLEMIN | AJA |
| 02152007 | 2235 | ETXT | MISCELLANEOUS - TRANSMITTAL | AJA |

| | | | |
|---|---|---|---|
| 02192007 1617 | ETXT | D001-OTHER - DEFENDANT'S RESPONSE TO PLAINTIFF'S M | AJA |
| 02192007 1636 | ETXT | D001-D003-COMPEL FILED. | AJA |
| 02192007 1710 | ETXT | MOTION - TRANSMITTAL | AJA |
| 02192007 1735 | ETXT | MOTION - TRANSMITTAL | AJA |
| 02202007 0925 | TEXT | DEFENDANT MULTIMEDIA GAMES' EVIDENTIARY SUBMISSION | MAC |
| 02202007 0925 | TEXT | IN SUPPORT OF ITS RESPONSE TO PLAINITFF'S PARTIA | MAC |
| 02202007 0925 | TEXT | MOTION FOR SUMMARY JUDGMENT | MAC |
| 02202007 0925 | TEXT | DEFENDANT MULTIMEDIA GAMES' MOTION TO SEAL CONFIDE | MAC |
| 02202007 0929 | TEXT | CONFIDENTIAL AND PROPRIETY MULTIMEDIA GAMES | MAC |
| 02202007 0929 | TEXT | DOCUMENTS | MAC |
| 02202007 0929 | TEXT | DEFENDANT MULTIMEDIA GAMES INC'S MOTION TO STRIKE | MAC |
| 02202007 0929 | TEXT | AND OBJECTION TO PLAINTIFF'S NARRATIVE STATEMETN | MAC |
| 02202007 0929 | TEXT | OF UNDISPUTED FACT IN HER MOTION FOR PARTIAL SUM | MAC |
| 02202007 0931 | TEXT | FACT IN HER MOTION FOR PARTIAL SUMMARY JUDGMETN | MAC |
| 02202007 0931 | TEXT | AND EXHIBITS IN SUPPORT THEREOF | MAC |
| 02202007 0931 | TEXT | DEFENDANT MULTIMEDIA GAMES' RESPONSE AND | MAC |
| 02202007 0931 | TEXT | OPPOSITION TO PLAINITFF'S MOTION FOR PARTIAL | MAC |
| 02202007 0931 | TEXT | SUMMARY JUDGMENT | MAC |
| 02212007 0925 | TEXT | PLAINTIFF'S MOTION TO STRIKE THE AFFIDAVITIS OF | MAC |
| 02212007 0925 | TEXT | JAMES W. GRAHAM AND HERMAN DIXON | MAC |
| 02212007 0929 | TEXT | MCGP'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL | MAC |
| 02212007 0929 | TEXT | SUMMARY JUDGMENT | MAC |
| 02212007 1741 | ETXT | C001-SUPPLEMENT TO PENDING MOTION FILED. | AJA |
| 02222007 0228 | ETXT | MOTION - TRANSMITTAL | AJA |
| 02222007 1035 | ETXT | C001-SUPPLEMENT TO PENDING MOTION /DOCKETED | AJA |
| 02222007 1036 | ATTY | LISTED AS ATTORNEY FOR D003: BOLTON JOHN M III | MAC |
| 02222007 1037 | ETXT | D001-D003-COMPEL /DOCKETED | AJA |
| 02222007 1037 | ETXT | D001-OTHER /DOCKETED | AJA |
| 02222007 1359 | TEXT | STIPULATION AND PROTECTIVE ORDER | MAC |
| 03022007 1305 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | MAC |
| 03132007 1336 | TEXT | CIVIL SUBPOENA FOR THE PRODUCTION OF DOCUMENTS | MAC |
| 03132007 1336 | TEXT | TO: DAVID WARREN | MAC |
| 03132007 1336 | TEXT | SUBPOENA SERVED ON DAVID WARREN | MAC |
| 03132007 1336 | TEXT | PLAINTIFF'S SECOND AMENDED AND RESTATED COMPLAINT | MAC |
| 03202007 1505 | ETXT | D003 - COMPLAINT DENIED E-FILED. | AJA |
| 03202007 1508 | ANSW | ANSWER OF COMP DENIED ON 03/20/2007 FOR D003(AV02) | AJA |
| 03202007 1959 | ETXT | ANSWER - TRANSMITTAL | AJA |
| 03262007 1500 | ETXT | D001-MOTN TO DIS. PURS. TO RULE 12(B) FILED. | AJA |
| 03262007 1647 | ETXT | MOTION - TRANSMITTAL | AJA |
| 04032007 1015 | TEXT | NOTICE OF SERVICE OF DISCOVERY | MAC |
| 04042007 1006 | TEXT | NOTICE OF SERVICE OF DISCOVERY | MAC |
| 04052007 1000 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | MAC |
| 04052007 1000 | TEXT | NOTICE OF SERVICE OF CISCOVERY DOCUMENTS | MAC |
| 04052007 1100 | ETXT | C001-RESPONSE IN OPPOSITION OF MOTION FILED. | AJA |
| 04052007 1953 | ETXT | MOTION - TRANSMITTAL | AJA |
| 04092007 1549 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 04092007 1835 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 04102007 1353 | ETXT | D001-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | AJA |
| 04172007 0941 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 04172007 0957 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 04172007 1657 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 04172007 1952 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 04192007 1230 | ETXT | C001-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | AJA |
| 04192007 1729 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |

| | | | | |
|---|---|---|---|---|
| 04192007 | 1841 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 04242007 | 1708 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 04242007 | 1806 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 04272007 | 0831 | TEXT | PLAINITFF'S OBJECTION TO VIDEO DEPOSITION | MAC |
| 05082007 | 1127 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | MAC |
| 05082007 | 1127 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | MAC |
| 05102007 | 0833 | ETXT | NOTICE OF APPEARANCE E-FILED | AJA |
| 05102007 | 0833 | ETXT | MISCELLANEOUS - TRANSMITTAL | AJA |
| 05102007 | 1250 | ATTY | LISTED AS ATTORNEY FOR D003: BOYD DAVID R (AV02) | AJA |
| 05102007 | 1519 | ETXT | C001-COMPEL FILED. | AJA |
| 05102007 | 1910 | ETXT | MOTION - TRANSMITTAL | AJA |
| 05112007 | 1613 | ETXT | C001-COMPEL /DOCKETED | AJA |
| 05142007 | 1736 | ETXT | ZO-QUASH FILED. | AJA |
| 05142007 | 1749 | ETXT | ZO-OTHER - OBJECTIONS TO SUBPOENA FILED. | AJA |
| 05142007 | 1932 | ETXT | MOTION - TRANSMITTAL | AJA |
| 05142007 | 1936 | ETXT | MOTION - TRANSMITTAL | AJA |
| 05152007 | 1040 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 05152007 | 1231 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 05222007 | 1603 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 05222007 | 2122 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 05232007 | 1000 | TEXT | ORDER | COH |
| 05232007 | 1333 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 05232007 | 1439 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 05252007 | 0805 | TEXT | PLAINTIFF'S OBJECTION TO VIDEO DEPOSITION | MAC |
| 05292007 | 1538 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 05292007 | 1830 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 05302007 | 0906 | DAT1 | SET FOR: DOCKET CALL JURY ON 06/26/2007 AT 0900A | COH |
| 06012007 | 1418 | TEXT | SUBPOENA REQUEST FORM | MAC |
| 06012007 | 1418 | TEXT | ORDER TO APPEAR (SUBPOENA)TO: KAYLON SCOTT | MAC |
| 06012007 | 1418 | TEXT | ORDER TO APPEAR (SUBPOENA)TO: GAMING LABS INT'L | MAC |
| 06012007 | 1418 | TEXT | CIVIL SUBPOENA TO A NON-PARTY TO: GAMING LABORATOR | MAC |
| 06012007 | 1418 | TEXT | INTERNATIONAL, INC. | MAC |
| 06012007 | 1426 | TEXT | NOTICE OF TAKING DEPOSITION | MAC |
| 06012007 | 1426 | TEXT | REQUEST OF THE SUPERIOR COURT OF OCEAN COUNTY, NEW | MAC |
| 06012007 | 1426 | TEXT | JERSERY, TO ISSUE A DEPOSITION SUBPOENA TO | MAC |
| 06012007 | 1426 | TEXT | PRODUCE DOCUMENTS OR THINGS | MAC |
| 06012007 | 2256 | DOCK | NOTICE SENT: 06/01/2007 GRAY STANLEY FITZGERALD | MAC |
| 06012007 | 2256 | DOCK | NOTICE SENT: 06/01/2007 GRAY FRED D JR | MAC |
| 06012007 | 2300 | DOCK | NOTICE SENT: 06/01/2007 MANN TEDDY LEE | MAC |
| 06012007 | 2301 | DOCK | NOTICE SENT: 06/01/2007 COWAN DAVID MORRISON | MAC |
| 06012007 | 2302 | DOCK | NOTICE SENT: 06/01/2007 THOMAS RICHARD KEITH | MAC |
| 06012007 | 2302 | DOCK | NOTICE SENT: 06/01/2007 BOLTON JOHN M III | MAC |
| 06012007 | 2302 | DOCK | NOTICE SENT: 06/01/2007 SPENCER CHARLANNA WHITE | MAC |
| 06012007 | 2302 | DOCK | NOTICE SENT: 06/01/2007 MORROW ROGER S | MAC |
| 06012007 | 2302 | DOCK | NOTICE SENT: 06/01/2007 ROGERS ALAN T | MAC |
| 06012007 | 2302 | DOCK | NOTICE SENT: 06/01/2007 HOLMES RICHARD WILLIS | MAC |
| 06012007 | 2302 | DOCK | NOTICE SENT: 06/01/2007 JORDAN TYRELL FLEMING | MAC |
| 06012007 | 2302 | DOCK | NOTICE SENT: 06/01/2007 BOYD DAVID R | MAC |
| 06082007 | 1511 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 06082007 | 1656 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 06122007 | 0909 | TEXT | NOTICE OF INTENT TO SERVE SUBPOENA ON NON PARTY | COH |
| 06122007 | 1511 | ETXT | D003-QUASH FILED. | AJA |
| 06122007 | 1630 | ETXT | MOTION - TRANSMITTAL | AJA |
| 06142007 | 1325 | PART | SHERIFF DAVID WARREN ADDED AS D004 (AV02) | MAC |

| | | | | |
|---|---|---|---|---|
| 06142007 | 1325 | ATTY | LISTED AS ATTORNEY FOR D004: GRAY FRED D JR (AV02) | MAC |
| 06142007 | 1418 | ETXT | D003-QUASH /DOCKETED | AJA |
| 06142007 | 1420 | ETXT | OD00-OTHER /DOCKETED | AJA |
| 06142007 | 1434 | ETXT | OD00-QUASH /DOCKETED | AJA |
| 06142007 | 1747 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 06142007 | 1853 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 06152007 | 1410 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 06152007 | 1600 | ETXT | DISCOVERY - TRANSMITTAL | AJA |

CLOSED

# U.S. District Court
# Alabama Middle District (Opelika)
## CIVIL DOCKET FOR CASE #: 3:94-cv-00361-TMH

Lemaistre v. Greyhound Park, et al                       Date Filed: 03/24/1994
Assigned to: Judge Truman M. Hobbs                       Jury Demand: Plaintiff
Demand: $0                                               Nature of Suit: 442 Civil Rights: Jobs
Cause: 42:2000 Job Discrimination (Sex)                  Jurisdiction: Federal Question

**Plaintiff**

**Debra Harrison Lemaistre**          represented by  **Harry A. Lyles**
                                                       Alabama Department of Transportation
                                                       Legal Division
                                                       1409 Coliseum Boulevard
                                                       Montgomery, AL 36110
                                                       (334) 242-6350
                                                       Fax: (334) 264-4359
                                                       Email: lylesh@dot.state.al.us
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James S. Ward**
                                                       Ward, Parmen & Wilson, LLC
                                                       P. O. Box 59807
                                                       Birmingham, AL 35259-0807
                                                       (205) 879-5997
                                                       Fax: 205-871-4803
                                                       Email: jward@wpw-law.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Macon County Greyhound Park, Inc.**   represented by  **Fred Jr. David Gray**
                                                       Gray Langford Sapp McGowan Gray &
                                                       Nathanson
                                                       PO Box 830239
                                                       Tuskegee, AL 36083-0239
                                                       334-727-4830
                                                       Fax: 334-727-5877
                                                       Email: fgrayjr@glsmgn.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Fred Sr. D. Gray**
Gray Langford Sapp McGowan Gray &
Nathanson
PO Box 830239
Tuskegee, AL 36083-0239
334-727-4830
Fax: 334-727-5877
Email: fgray@glsmgn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Milton E. McGregor**                    represented by **Fred Jr. David Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Sr. D. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walter M. Russell**                    represented by **Harry Cole**
Hill Hill Carter Franco Cole & Black
PO Box 116
Montgomery, AL 36101-0116
334-834-7600
Fax: 263-5969
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Alan Sides**
Hall Conerly & Bolvig PC
1400 Financial Center
505 North 20th Street
Birmingham, AL 35203-2626
(205) 251-8143
Fax: 326-3202
Email: terry.sides@hallconerly.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pari-Mutuel Management, Inc.**                    represented by **Harry Cole**
(See above for address)

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Terry Alan Sides**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/1994 | 1 | COMPLAINT containing request for injunctive relief Filing Fee $ 120 Receipt # 50921 (dkt clerk) (Entered: 03/28/1994) |
| 03/24/1994 | 1 | DEMAND for jury trial by Debra Harrison (dkt clerk) (Entered: 03/28/1994) |
| 03/24/1994 | | CASE REFERRED to Mag. Judge John L. Carroll (dkt clerk) (Entered: 03/28/1994) |
| 03/28/1994 | 2 | SUMMONS issued for Greyhound Park, Milton E. McGregor, Walter M. Russell, Pari-Mutuel, Inc.; summons and complaint by cmrrr to named defendants. (dkt clerk) (Entered: 03/28/1994) |
| 03/28/1994 | | File referred to Judge De Ment. (dkt clerk) (Entered: 03/28/1994) |
| 03/30/1994 | 3 | RETURN RECEIPT CARD showing service of summons and complaint on Jeffrey S. Webster on 3/29/94 for Milton E. McGregor, Walter M. Russell . Answer due on 4/18/94 for Walter M. Russell, for Milton E. McGregor (dkt clerk) (Entered: 03/30/1994) |
| 04/06/1994 | 4 | RETURN RECEIPT CARD showing service of summons and complaint on Debbie Spellman on 4/4/94 for Pari-Mutuel, Answer due on 4/25/94 for Pari-Mutuel, Inc. (dkt clerk) (Entered: 04/06/1994) |
| 04/13/1994 | 5 | RETURN RECEIPT CARD showing service of summons and complaint on J. Fitzpatrick on 4/12/94 for Greyhound Park . Answer due on 5/2/94 for Greyhound Park (dmk) (Entered: 04/14/1994) |
| 04/14/1994 | | CASE reassigned to Judge Truman M. Hobbs (dkt clerk) (Entered: 04/14/1994) |
| 04/14/1994 | | CASE NO LONGER REFERRED TO Mag. Judge John L. Carroll (dkt clerk) (Entered: 04/14/1994) |
| 04/14/1994 | | File referred to Judge Hobbs. (dkt clerk) (Entered: 04/14/1994) |
| 04/18/1994 | 6 | ANSWER to Complaint by Walter M. Russell (Attorney Harry Cole, Terry Alan Sides), referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 04/19/1994) |
| 04/18/1994 | 7 | ANSWER to Complaint by Pari-Mutuel, Inc. (Attorney Harry Cole, Terry Alan Sides), referred to Judge Truman M. Hobbs (dkt clerk) (Entered: |

| | | 04/19/1994) |
|---|---|---|
| 04/19/1994 | 8 | ANSWER to Complaint by Greyhound Park, Milton E. McGregor (Attorney Fred David Gray Jr.), referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 04/19/1994) |
| 04/20/1994 | 9 | ORDER, set Status Conference 10:00 4/29/94 in chambers before Judge Truman M. Hobbs ( signed by Judge Truman M. Hobbs ) , copies mailed to counsel. (dkt clerk) (Entered: 04/20/1994) |
| 04/29/1994 | 10 | MOTION by Debra Harrison to Amend [1-1] complaint (First Amendment to Complaint attached), referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 05/02/1994) |
| 05/02/1994 | 11 | ORDER granting [10-1] motion to Amend [1-1] complaint ( signed by Judge Truman M. Hobbs ) , copies mailed to counsel. (dkt clerk) (Entered: 05/02/1994) |
| 05/02/1994 | 12 | FIRST AMENDMENT TO COMPLAINT by Debra Harrison amending [1-1] complaint; referred to Judge Hobbs. (dkt clerk) Modified on 05/02/1994 (Entered: 05/02/1994) |
| 05/02/1994 | 13 | SCHEDULING ORDER setting Pretrial Conference for 10:30 6/27/94 before Judge Truman M. Hobbs Motion Filing deadline on 6/20/94 ; Discovery cutoff 6/17/94 ; jury trial set for 7/18/94 before Judge Truman M. Hobbs ; Proposed Pretrial Order due 6/23/94 ; directing the clerk of this court to summon the appropriate number of jurors for this case, together with civil action no. 93-H-1345-N ( signed by Judge Truman M. Hobbs ) , copies mailed to counsel; furnished to MT, SC, BA. (dkt clerk) (Entered: 05/02/1994) |
| 05/02/1994 | 14 | AMENDMENT TO ANSWER to Complaint by Pari-Mutuel, Inc. : amends [7-1] answer by Pari-Mutuel, Inc., referred to Judge Hobbs. (dkt clerk) (Entered: 05/03/1994) |
| 05/02/1994 | 15 | AMENDMENT TO ANSWER to Complaint by Walter M. Russell : amends [6-1] answer by Walter M. Russell, referred to Judge Hobbs. (dkt clerk) (Entered: 05/03/1994) |
| 05/06/1994 | 16 | MOTION by Debra Harrison Lemaistre to Amend [1-1] complaint (second amendment to complaint attached), referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 05/06/1994) |
| 05/10/1994 | 17 | ORDER granting [16-1] motion to Amend [1-1] complaint ( signed by Judge Truman M. Hobbs ) , copies mailed to counsel. (dkt clerk) (Entered: 05/10/1994) |
| 05/10/1994 | 18 | SECOND AMENDMENT TO COMPLAINT by Debra Harrison Lemaistre amending [1-1] complaint; jury demand (dkt clerk) (Entered: 05/10/1994) |
| 05/20/1994 | 19 | MOTION by Greyhound Park, Milton E. McGregor for Reconsideration of [13-1] Scheduling order , and to continue trial (Exhibits 1-2 attached), referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 05/23/1994) |

| 05/23/1994 | 20 | ANSWER by Pari-Mutuel, Inc. to amendment to complaint referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 05/23/1994) |
| 05/23/1994 | 21 | MOTION by Walter M. Russell, Pari-Mutuel, Inc. for Reconsideration of [13-1] Scheduling order , and to continue trial referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 05/24/1994) |
| 05/23/1994 | 22 | ANSWER by Walter M. Russell to second amendment to complaint referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 05/26/1994) |
| 05/24/1994 | 23 | ORDER denying [21-2] motion to continue trial, denying [19-2] motion to continue trial; directing defendants to file within one week from this date any authority they have for their claim that they have a right to have this case tried in any particular division in this district, ( signed by Judge Truman M. Hobbs ) , copies mailed to counsel. (dkt clerk) Modified on 05/26/1994 (Entered: 05/24/1994) |
| 05/31/1994 | 24 | AMENDED ANSWER to Complaint by Greyhound Park, Milton E. McGregor : amends [8-1] answer by Milton E. McGregor, Greyhound Park, referred to Judge Hobbs. (dkt clerk) (Entered: 05/31/1994) |
| 05/31/1994 | 25 | Defendants Macon County Greyhound Park, Inc., Milton E. McGregor, Walter M. Russell, and Pari-Mutuel Management, Inc.s' response to court's order of 5/24/94. Referred to Judge Hobbs. (dkt clerk) (Entered: 06/01/1994) |
| 06/01/1994 | 26 | MOTION by Pari-Mutuel, Inc., Walter M. Russell to Dismiss (affidavit of Walter M. Russell and Eric L. Wilson attached), referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 06/03/1994) |
| 06/02/1994 | 27 | Parties' joint letter re: settlement. (dkt clerk) (Entered: 06/03/1994) |
| 06/02/1994 | 28 | MOTION by Greyhound Park to Dismiss referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 06/03/1994) |
| 06/02/1994 | 29 | MOTION by Milton E. McGregor to Dismiss referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 06/03/1994) |
| 06/03/1994 | 30 | ORDER denying [21-1] motion for Reconsideration of [13-1] Scheduling order; denying [19-1] motion for Reconsideration of [13-1] Scheduling order; Response to Motion set to 6/15/94 for [29-1] motion to Dismiss, set to 6/15/94 for [28-1] motion to Dismiss, set to 6/15/94 for [26-1] motion to Dismiss ( signed by Judge Truman M. Hobbs ) , copies mailed to counsel. (dkt clerk) (Entered: 06/03/1994) |
| 06/09/1994 | 31 | MOTION by Debra Harrison Lemaistre to Amend [1-1] complaint (third amendment to complaint attached), referred to Judge Truman M. Hobbs (dkt clerk) (Entered: 06/09/1994) |
| 06/13/1994 | 32 | ORDER removing this case from pretrial and trial dockets, terminated deadlines , set Advise Court of Settlement deadline to 6/27/94 ( signed by Judge Truman M. Hobbs ) , copies mailed to counsel; furnished to Sheila, Marie, Brenda. (war) (Entered: 06/13/1994) |

| 06/28/1994 | 33 | JOINT STIPULATION of dismissal with prejudice. Referred to Judge Hobbs. (dkt clerk) (Entered: 06/28/1994) |
| 06/28/1994 | 34 | ORDER dismissing this cause with prejudice with each party to bear her, his or its own costs, ( signed by Judge Truman M. Hobbs ) , copies mailed to counsel. (dkt clerk) (Entered: 06/28/1994) |
| 06/28/1994 | | Case closed (dkt clerk) (Entered: 06/28/1994) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 06/15/2007 19:09:39 | | |
| **PACER Login:** | sp0464 | **Client Code:** | luckypalace/mts |
| **Description:** | Docket Report | **Search Criteria:** | 3:94-cv-00361-TMH |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

CLOSED

# U.S. District Court
## Alabama Middle District (Opelika)
### CIVIL DOCKET FOR CASE #: 3:92-cv-00281-REV

| | |
|---|---|
| Arnold v. Victoryland, et al | Date Filed: 03/02/1992 |
| Assigned to: Honorable Robert E. Varner | Jury Demand: None |
| Demand: $0 | Nature of Suit: 370 Fraud or |
| Cause: 28:1343 Violation of Civil Rights | Truth-In-Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Leonard M. Arnold** | represented by | **Leonard M. Arnold** |
| | | 62 Meldon Avenue, S.E. |
| | | Atlanta, GA 30315 |
| | | (404) 523-8119 |
| | | PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| **Victoryland, Macon County Greyhound Park, Inc.** | represented by | **Ernestine S. Sapp** |
| | | Gray Langford Sapp McGowan Gray & Nathanson |
| | | PO Box 830239 |
| | | Tuskegee, AL 36083-0239 |
| | | 334-727-4830 |
| | | Fax: 727-5877 |
| | | Email: esapp@glsmgn.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Fred Jr. David Gray** |
| | | Gray Langford Sapp McGowan Gray & Nathanson |
| | | PO Box 830239 |
| | | Tuskegee, AL 36083-0239 |
| | | 334-727-4830 |
| | | Fax: 334-727-5877 |
| | | Email: fgrayjr@glsmgn.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Joyce K. Glass**

**Defendant**

**Russo Minifield**

**Defendant**

**Dwight Davis**

**Defendant**

**Macon County Racing Commission**     represented by    **Deborah Hill Biggers**
Deborah Hill Biggers, Attorney at Law
113 East Rosa Parks Avenue
Tuskegee, AL 36083
334-727-0092
Fax: 334-727-7117
Email: debbig@debbig.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frank Roy**
*Presiding Judge*

**Defendant**

**Marvin Woods**
*Associate Judge*

**Defendant**

**Walter Craig**
*Paddock Judge*

**Defendant**

**Brenda Hooks**
*Scale Clerk*

**Defendant**

**Richard Patterson**
*Lure Operator*

**Defendant**

**Valerie Justice**
*D.V.M. Veterinarian*

**Defendant**

**Bobby Ray Pilgrim**
*Track Superintendent*

**Defendant**

**Darron McCloud**
*Brakeman*

**Defendant**

**Ralph Ellington**
*Starter*

**Defendant**

**Racing Officials of Macon County
Greyhound Park**

**Defendant**

**Steve Cordell**
*Photographer, Line thru photo-finish*

**Defendant**

**Harold C. White**
*Commission Judge*

**Defendant**

**Hosa Crawford**
*Associate Judge*

**Defendant**

**Jerry Clinkscales**
*Dr., Chief Inspector*

**Defendant**

**Elsie McGulley**
*Commission Auditor*

**Defendant**

**The Darby Henry Kennels**                    represented by **Harry Cole**
                                               Hill Hill Carter Franco Cole & Black
                                               PO Box 116
                                               Montgomery, AL 36101-0116
                                               334-834-7600
                                               Fax: 263-5969
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Herbert Byron Carter, III**
                                               Hill Hill Carter Franco Cole & Black
                                               PO Box 116

Montgomery, AL 36101-0116
334-834-7600
Fax: 263-5969
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Texas Greyhound Kennels**                    represented by  **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fritz Kennels**

**Defendant**

**Jacob Watson Kennels**                    represented by  **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alabama Kennels**                    represented by  **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jack Gentry Kennels**                    represented by  **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Herbert Byron Carter, III
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Windaway Kennel, Inc.**                    represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Herbert Byron Carter, III
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Mullen Kennel**                    represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Herbert Byron Carter, III
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Max Trice Kennel**                    represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Herbert Byron Carter, III
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.C. Stanley Kennel**                    represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Herbert Byron Carter, III
(See above for address)

Case 3:06-cv-01113-WKW-CSC    Document 63-4    Filed 06/18/2007    Page 6 of 18

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Seastorm Kennel**                    represented by    **Harry Cole**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Herbert Byron Carter, III**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Paulk Kennel**                       represented by    **Harry Cole**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Herbert Byron Carter, III**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Jim Mel Kennel**                          represented by    **Harry Cole**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Herbert Byron Carter, III**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Black Gold Kennel**                       represented by    **Harry Cole**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Herbert Byron Carter, III**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Carroll Blair Kennel**                    represented by **Harry Cole**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Herbert Byron Carter, III**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**H.N. Simmons Kennel**                    represented by **Joseph Philip Borg**
                                                            Alabama Securities Commission
                                                            770 Washington Avenue
                                                            Suite 570
                                                            Montgomery, AL 36130-4700
                                                            334-242-2984
                                                            Fax: 242-0240
                                                            Email: jborg@asc.state.al.us
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**John Braswell**
*Victoryland Official Handicapper*

**Defendant**

**Milton E. McGregor**                    represented by **Ernestine S. Sapp**
*President, Chairman-Director*                             (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Fred Jr. David Gray**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Willie R. Whitehead**
*Director*

**Defendant**

**James E. Carter**
*Officer*

**Defendant**

**A. Preston Hornsby**
*Officer*

**Defendant**

**Robert C. Carter**
*Officer*

**Counter Defendant**

**The Darby Henry Kennels**                represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Texas Greyhound Kennels**                represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Fritz Kennels**

**Counter Defendant**

**Jacob Watson Kennels**                represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Alabama Kennels**                    represented by  **Harry Cole**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Herbert Byron Carter, III**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Jack Gentry Kennels**                    represented by  **Harry Cole**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Herbert Byron Carter, III**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Windaway Kennel, Inc.**                    represented by  **Harry Cole**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Herbert Byron Carter, III**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**The Mullen Kennel**                    represented by  **Harry Cole**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Herbert Byron Carter, III**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Max Trice Kennel**                    represented by  **Harry Cole**
 (See above for address)
 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**J.C. Stanley Kennel**                    represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**John Seastorm Kennel**                    represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Paul Paulk Kennel**                    represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Jim Mel Kennel**                    represented by **Harry Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Byron Carter, III**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Black Gold Kennel**                    represented by    **Harry Cole**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Herbert Byron Carter, III**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Carroll Blair Kennel**                 represented by    **Harry Cole**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Herbert Byron Carter, III**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**H.N. Simmons Kennel**                  represented by    **Joseph Philip Borg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 03/02/1992 | 1 | COMPLAINT. INJUNCTIVE RELIEF. Referred to Judge Hobbs. (jct) (Entered: 04/27/1992) |
| 03/02/1992 | 2 | MOTION by Leonard M. Arnold to Proceed in Forma Pauperis (Affidavit of Leonard M. Arnold with Exhibit A attached) referred to Judge Truman M. Hobbs (jct) (Entered: 04/27/1992) |
| 03/19/1992 | 3 | ORDER granting [2-1] motion to Proceed in Forma Pauperis ( signed by Judge Truman M. Hobbs ) , copies mailed. (jct) (Entered: 04/27/1992) |
| 03/20/1992 | 4 | SUMMONS issued for Victoryland, Joyce K. Glass, Russo Minifield, Dwight Davis, Macon Co Racing Comm, Frank Roy, Marvin Woods, Walter Craig, |

|  |  |  |
|---|---|---|
|  |  | Brenda Hooks, Richard Patterson, Valerie Justice, Bobby Ray Pilgrim, Darron McCloud, Ralph Ellington, Racing Officials, Steve Cordell, Harold C. White, Hosa Crawford, Jerry Clinkscales, Elsie McGulley, Darby Henry Kennels, Texas Greyhound Kenl, Fritz Kennels, Jacob Watson Kennels, Alabama Kennels, Jack Gentry Kennels, Windaway Kennel, Inc, The Mullen Kennel, Max Trice Kennel, J.C. Stanley Kennel, John Seastorm Kennel, Paul Paulk Kennel, Jim Mel Kennel, Black Gold Kennel, Carroll Blair Kennel, H.N. Simmons Kennel. Summons and complaint mailed by CMRRR. (jct) (Entered: 04/27/1992) |
| 03/24/1992 | 5 | SUMMONS Returned Executed on David Evans as to Victoryland 3/23/92 Answer due on 4/13/92 for Victoryland (jct) (Entered: 04/27/1992) |
| 04/01/1992 | 6 | AMENDMENT TO COMPLAINT by Leonard M. Arnold (Answer due 4/13/92 amending [1-1] complaint against John Braswell, Milton E. McGregor, Willie R. Whitehead, James E. Carter, A. Preston Hornsby, Robert C. Carter. (Attachments) (jct) (Entered: 04/27/1992) |
| 04/01/1992 | 7 | SUMMONS issued for John Braswell, Milton E. McGregor, Willie R. Whitehead, James E. Carter, A. Preston Hornsby, Robert C. Carter. Summons, amendment to complaint and original complaint mailed by CMRRR. (jct) (Entered: 04/27/1992) |
| 04/01/1992 | 8 | Summons returned unexecuted as to Dwight Davis, Russo Minifield, Joyce K. Glass, Macon Co Racing Comm, Harold C. White, Hosa Crawford, Jerry Clinkscales, Elsie McGulley with notation, "Returned to Sender, Refused at 128". (Plaintiff notified) (jct) (Entered: 04/27/1992) |
| 04/03/1992 | 9 | Summons returned unexecuted as to Walter Craig, Bobby Ray Pilgrim, Darby Henry Kennels, Windaway Kennel, Inc, Fritz Kennels, Jack Gentry Kennels with notation, "Returned to Sender, Refused as addressed". (Plaintiff notified) (jct) (Entered: 04/27/1992) |
| 04/03/1992 | 9 | Summons returned unexecuted as to John Seastorm Kennel, Carroll Blair Kennel, Texas Greyhound Kenl, Jim Mel Kennel, H.N. Simmons Kennel with notation, "Returned to Sender, Refused as addressed". (Plaintiff notified) (jct) (Entered: 04/27/1992) |
| 04/06/1992 | 10 | AMENDMENT TO COMPLAINT by Leonard M. Arnold amending [1-1] complaint (jct) (Entered: 04/27/1992) |
| 04/06/1992 | 11 | Summons returned unexecuted as to Frank Roy, Marvin Woods, Richard Patterson, Darron McCloud, Ralph Ellington, Racing Officials, Steve Cordell with notation, "Returned to Sender, Refused as addressed". (Plaintiff notified 4-6-92) (jct) (Entered: 04/27/1992) |
| 04/06/1992 | 11 | Summons returned unexecuted as to Alabama Kennels, The Mullen Kennel, Max Trice Kennel, J.C. Stanley Kennel, Paul Paulk Kennel, Black Gold Kennel, John Braswell with notation"Returned to sender, Refused as addressed". (Plaintiff notified 4-6-92) (jct) (Entered: 04/27/1992) |

| 04/06/1992 | 11 | Summons returned unexecuted as to Brenda Hooks, Valerie Justice, Jacob Watson Kennels with notation, "Returned to sender, Refused as addressed". (Plaintiff notified 4-6-92) (jct) (Entered: 04/27/1992) |
| --- | --- | --- |
| 04/06/1992 | 12 | SUMMONS Returned Executed as to Milton E. McGregor 4/3/92 Answer due on 4/23/92 for Milton E. McGregor (jct) (Entered: 04/27/1992) |
| 04/09/1992 | 13 | MOTION by Victoryland to Dismiss , or in the alternative for Summary Judgment (Attachment) referred to Judge Truman M. Hobbs (jct) (Entered: 04/27/1992) |
| 04/09/1992 | 14 | AFFIDAVIT by Victoryland in support of Re: [13-1] motion to Dismiss by Victoryland, or in the alternative, [13-2] motion for Summary Judgment by Victoryland. (Affidavit of Walter Monte Russell w/Exhibit "A" attached.) Referred to Judge Hobbs. (jct) (Entered: 04/27/1992) |
| 04/10/1992 | 15 | MOTION by Leonard M. Arnold for relief . (Exhibit "A" attached) referred to Judge Truman M. Hobbs (jct) (Entered: 04/27/1992) |
| 04/16/1992 | 16 | Summons returned unexecuted as to A. Preston Hornsby, James E. Carter, Robert C. Carter, Willie R. Whitehead with notation, "Returned to Sender, Refused". (Plaintiff notified) (jct) (Entered: 04/27/1992) |
| 04/20/1992 | 17 | RESPONSE by Leonard M. Arnold in opposition to [13-1] motion to Dismiss by Victoryland, [13-2] motion for Summary Judgment by Victoryland. Referred to Judge Hobbs. (jct) (Entered: 04/27/1992) |
| 04/20/1992 | 18 | ORDER reassigning this case to Judge DeMent. ( signed by Judge Truman M. Hobbs ) , copies mailed. (jct) (Entered: 04/27/1992) |
| 04/20/1992 | | CASE reassigned to Judge Ira De Ment (jct) (Entered: 04/27/1992) |
| 04/20/1992 | | File referred to Judge DeMent. (jct) (Entered: 04/27/1992) |
| 04/22/1992 | 19 | RESPONSE by Victoryland in opposition to plaintiff's first request for production. Referred to Judge DeMent. (Attachments received 4-27-92) (jct) (Entered: 04/27/1992) |
| 04/22/1992 | 20 | MOTION by Milton E. McGregor to Dismiss , or in the alternative for Summary Judgment (Copy of affidavit of Walter Monte Russell attached) referred to Judge Ira De Ment (jct) (Entered: 04/27/1992) |
| 04/23/1992 | 21 | ALIAS SUMMONS issued for Darby Henry Kennels, Texas Greyhound Kenl, Fritz Kennels, Jacob Watson Kennels, Alabama Kennels, Jack Gentry Kennels, Windaway Kennel, Inc, The Mullen Kennel, Max Trice Kennel, J.C. Stanley Kennel, John Seastorm Kennel, Paul Paulk Kennel, Jim Mel Kennel, Black Gold Kennel, Carroll Blair Kennel, H.N. Simmons Kennel. Alias summons and complaint mailed by CMRRR. (jct) (Entered: 04/27/1992) |
| 04/27/1992 | 22 | SUMMONS Returned Executed on (signature illegible) as to Jack Gentry Kennels, on Ed Mullen as to The Mullen Kennel, on Mrs. Melvin Katt as to Jim Mel Kennel, on Mary L. Goodwin as to H.N. Simmons Kennel 4/24/92 Answer due on 5/14/92 for H.N. Simmons Kennel, for Jack Gentry Kennels, |

| | | for Jim Mel Kennel, for The Mullen Kennel (jct) (Entered: 04/27/1992) |
|---|---|---|
| 04/27/1992 | 23 | SUMMONS Returned Executed on Jacob Watson as to Jacob Watson Kennels, on John E. McCarter as to J.C. Stanley Kennel 4/25/92 Answer due on 5/15/92 for J.C. Stanley Kennel, for Jacob Watson Kennels (jct) (Entered: 04/27/1992) |
| 04/29/1992 | 24 | SUMMONS Returned Executed on Bonnie Paulk as to Paul Paulk Kennel 4/27/92 Answer due on 5/18/92 for Paul Paulk Kennel (jct) (Entered: 04/29/1992) |
| 04/30/1992 | 46 | SUMMONS Returned Executed on U. Seastorm as to John Seastorm Kennel 4/29/92 Answer due on 5/19/92 for John Seastorm Kennel (jct) (Entered: 05/20/1992) |
| 05/01/1992 | 25 | MOTION by Leonard M. Arnold to Compel . (Exhibits A & B and Appendix A, B & C attached.) referred to Judge Ira De Ment (jct) (Entered: 05/01/1992) |
| 05/01/1992 | 26 | SUMMONS Returned Executed on Stan Reece as to Carroll Blair Kennel 4/28/92 Answer due on 5/18/92 for Carroll Blair Kennel (jct) (Entered: 05/01/1992) |
| 05/01/1992 | 27 | SUMMONS Returned Executed on Taylor Clemons as to Texas Greyhound Kenl 4/27/92 Answer due on 5/18/92 for Texas Greyhound Kenl (jct) (Entered: 05/01/1992) |
| 05/01/1992 | 28 | SUMMONS Returned Executed on Morris (last name illegible) as to Black Gold Kennel 4/28/92 Answer due on 5/18/92 for Black Gold Kennel (jct) (Entered: 05/01/1992) |
| 05/04/1992 | 29 | SUMMONS Returned Executed on Della Henry as to Darby Henry Kennels 4/30/92 Answer due on 5/20/92 for Darby Henry Kennels (jct) (Entered: 05/04/1992) |
| 05/04/1992 | 30 | SUMMONS Returned Executed on Max Trice as to Max Trice Kennel 4/28/92 Answer due on 5/18/92 for Max Trice Kennel (jct) (Entered: 05/04/1992) |
| 05/05/1992 | 31 | Summons returned unexecuted as to Fritz Kennels with notation "Returned to Sender, No Such Number". (Plaintiff notified 5/5/92) (jct) (Entered: 05/05/1992) |
| 05/06/1992 | 32 | MOTION by Leonard M. Arnold to Amend [1-1] complaint referred to Judge Ira De Ment (jct) (Entered: 05/06/1992) |
| 05/08/1992 | 33 | MOTION by H.N. Simmons Kennel for More Definite Statement referred to Judge Ira De Ment (jct) (Entered: 05/08/1992) |
| 05/11/1992 | 34 | MOTION by Leonard M. Arnold to Amend plaintiff's name referred to Judge Ira De Ment (jct) (Entered: 05/11/1992) |

| 05/11/1992 | 35 | MOTION by Leonard M. Arnold for Default Judgment against Macon Co Racing Comm (Affidavit in support of motion for default judgment and summary judgment attached) referred to Judge Ira De Ment (jct) (Entered: 05/11/1992) |
|---|---|---|
| 05/11/1992 | 36 | MOTION by Leonard M. Arnold for Summary Judgment (Exhibits A - K attached) referred to Judge Ira De Ment (jct) (Entered: 05/11/1992) |
| 05/12/1992 | 37 | RESPONSE by Victoryland, Milton E. McGregor to [32-1] motion to Amend [1-1] complaint by Leonard M. Arnold. referred to Judge DeMent. (jct) (Entered: 05/12/1992) |
| 05/12/1992 | | CASE reassigned to Judge Robert E. Varner (jct) (Entered: 05/12/1992) |
| 05/12/1992 | | File referred to Judge Varner. (jct) (Entered: 05/12/1992) |
| 05/12/1992 | 38 | MOTION by Darby Henry Kennels, Texas Greyhound Kenl, Jacob Watson Kennels, The Mullen Kennel, Max Trice Kennel, John Seastorm Kennel, Paul Paulk Kennel, Jim Mel Kennel, Carroll Blair Kennel to Dismiss referred to Judge Robert E. Varner (jct) (Entered: 05/13/1992) |
| 05/13/1992 | 39 | MOTION by Jack Gentry Kennels to Dismiss referred to Judge Robert E. Varner (jct) (Entered: 05/14/1992) |
| 05/14/1992 | 40 | MOTION by Black Gold Kennel to Dismiss referred to Judge Robert E. Varner (jct) (Entered: 05/15/1992) |
| 05/15/1992 | 41 | MOTION by H.N. Simmons Kennel to Dismiss referred to Judge Robert E. Varner (jct) (Entered: 05/15/1992) |
| 05/15/1992 | 42 | RESPONSE by H.N. Simmons Kennel in opposition to [36-1] motion for Summary Judgment by Leonard M. Arnold. referred to Judge Varner (jct) (Entered: 05/15/1992) |
| 05/15/1992 | 43 | MOTION by J.C. Stanley Kennel to Dismiss referred to Judge Robert E. Varner (jct) (Entered: 05/15/1992) |
| 05/18/1992 | 44 | MOTION by Alabama Kennels to Dismiss referred to Judge Robert E. Varner (jct) (Entered: 05/19/1992) |
| 05/18/1992 | 45 | MOTION by Windaway Kennel, Inc to Dismiss referred to Judge Robert E. Varner (jct) (Entered: 05/19/1992) |
| 05/20/1992 | 47 | RESPONSE by Leonard M. Arnold in opposition to [38-1] motion to Dismiss by defendants Darby Henry, Texas Greyhound, Max Trice Kennels, Paul Paulk Kennel, Jim-Mel Kennel, Carroll Blair Kennel, Jacob Watson Kennel, The Mullen Kennen, John Seastrom Kennel, Jack Gentry Kennel. (Attachments) referred to Judge Varner. (jct) (Entered: 05/20/1992) |
| 05/22/1992 | 48 | RESPONSE by Milton E. McGregor in opposition to [36-1] motion for Summary Judgment by Leonard M. Arnold. referred to Judge Varner. (jct) (Entered: 05/22/1992) |

| 05/22/1992 | 49 | RESPONSE by Victoryland in opposition to [36-1] motion for Summary Judgment by Leonard M. Arnold. referred to Judge Varner. (jct) (Entered: 05/22/1992) |
|---|---|---|
| 05/22/1992 | 50 | RESPONSE by Leonard M. Arnold to [33-1] motion for More Definite Statement by H.N. Simmons Kennel. referred to Judge Varner (jct) (Entered: 05/22/1992) |
| 05/26/1992 | 51 | SUMMONS Returned Executed on Pat Perry as to Alabama Kennels 5/22/92 Answer due on 6/11/92 for Alabama Kennels (jct) (Entered: 05/26/1992) |
| 05/26/1992 | 52 | Summons returned unexecuted as to Windaway Kennel, Inc (plaintiff notified 5-26-92 (jct) (Entered: 05/26/1992) |
| 05/26/1992 | 53 | RESPONSE by Macon Co Racing Comm in opposition to [35-1] motion for Default Judgment against Macon Co Racing Comm by Leonard M. Arnold. referred to Judge Varner (jct) (Entered: 05/26/1992) |
| 05/26/1992 | 54 | RESPONSE by Leonard M. Arnold in opposition to [42-1] opposition response by H.N. Simmons Kennel to plaintiff's motion for summary judgment, and [41-1] motion to Dismiss by H.N. Simmons Kennel. referred to Judge Varner (jct) (Entered: 05/26/1992) |
| 05/29/1992 | 55 | RESPONSE by Leonard M. Arnold in opposition to [45-1] motion to Dismiss by Windaway Kennel, Inc, [44-1] motion to Dismiss by Alabama Kennels. referred to Judge Varner (jct) (Entered: 05/29/1992) |
| 05/29/1992 | 56 | MOTION by Leonard M. Arnold to Sever defenses nunc pro tunc referred to Judge Robert E. Varner (jct) (Entered: 05/29/1992) |
| 05/29/1992 | 57 | RESPONSE by Leonard M. Arnold in opposition to [53-1] opposition response to motion for default judgment by Macon Co Racing Comm (Exhibits A-E attached) referred to Judge Varner. (jct) (Entered: 05/29/1992) |
| 06/10/1992 | 58 | MOTION by Darby Henry Kennels, Texas Greyhound Kenl, Jacob Watson Kennels, Alabama Kennels, Jack Gentry Kennels, Windaway Kennel, Inc, The Mullen Kennel, Max Trice Kennel, J.C. Stanley Kennel, John Seastorm Kennel, Paul Paulk Kennel, Jim Mel Kennel, Black Gold Kennel, Carroll Blair Kennel to Stay plaintiff's request for productions referred to Judge Robert E. Varner (jct) (Entered: 06/11/1992) |
| 06/11/1992 | 59 | RESPONSE by Darby Henry Kennels, Texas Greyhound Kenl, Jacob Watson Kennels, Alabama Kennels, Jack Gentry Kennels, Windaway Kennel, Inc, The Mullen Kennel, Max Trice Kennel, J.C. Stanley Kennel, John Seastorm Kennel, Paul Paulk Kennel, Jim Mel Kennel, Black Gold Kennel, Carroll Blair Kennel to [56-1] motion to Sever defenses nunc pro tunc by Leonard M. Arnold. referred to Judge Varner (jct) (Entered: 06/12/1992) |
| 06/11/1992 | 60 | RESPONSE by Darby Henry Kennels, Texas Greyhound Kenl, Jacob Watson Kennels, Alabama Kennels, Jack Gentry Kennels, Windaway Kennel, Inc, The Mullen Kennel, Max Trice Kennel, J.C. Stanley Kennel, John Seastorm Kennel, Paul Paulk Kennel, Jim Mel Kennel, Black Gold Kennel, Carroll Blair |

| | | Kennel to [36-1] motion for Summary Judgment by Leonard M. Arnold. referred to Judge Varner (jct) (Entered: 06/12/1992) |
|---|---|---|
| 06/15/1992 | 61 | RESPONSE (OBJECTION) by H.N. Simmons Kennel in opposition to plaintiff's request for inspections and request for production. (Attachments) ORAL ARGUMENT REQUESTED referred to Judge Varner` (jct) (Entered: 06/15/1992) |
| 06/17/1992 | 62 | MOTION by Leonard M. Arnold to Vacate , and to Set Aside Judgment referred to Judge Robert E. Varner (jct) (Entered: 06/18/1992) |
| 06/23/1992 | 63 | RESPONSE by H.N. Simmons Kennel to [56-1] motion to Sever defenses nunc pro tunc by Leonard M. Arnold. referred to Judge Varner (jct) (Entered: 06/23/1992) |
| 06/23/1992 | 63 | SUPPLEMENTAL RESPONSE by H.N. Simmons Kennel to [36-1] motion for Summary Judgment by Leonard M. Arnold. referred to Judge Varner (jct) (Entered: 06/23/1992) |
| 06/23/1992 | 64 | MOTION by Victoryland, Milton E. McGregor to Strike [62-1] motion to Vacate by Leonard M. Arnold referred to Judge Robert E. Varner (jct) (Entered: 06/23/1992) |
| 07/02/1992 | 65 | RESPONSE by Leonard M. Arnold in opposition to [64-1] motion to Strike [62-1] motion to Vacate by Leonard M. Arnold by Milton E. McGregor, Victoryland. referred to Judge Varner (jct) (Entered: 07/06/1992) |
| 08/31/1992 | 66 | MOTION by Leonard M. Arnold for Sanctions (w/Exhibit A and attachments attached) referred to Judge Robert E. Varner (dmk) (Entered: 09/01/1992) |
| 09/03/1992 | 67 | MOTION by Darby Henry Kennels, Texas Greyhound Kenl, Jacob Watson Kennels, Alabama Kennels, Jack Gentry Kennels, Windaway Kennel, Inc, The Mullen Kennel, Max Trice Kennel, J.C. Stanley Kennel, John Seastorm Kennel, Paul Paulk Kennel, Jim Mel Kennel, Black Gold Kennel, Carroll Blair Kennel for Sanctions pursuant to Rule 11, FRCP referred to Judge Robert E. Varner (dkt clerk) (Entered: 09/04/1992) |
| 09/14/1992 | 68 | COUNTERCLAIM by Leonard M. Arnold against Darby Henry Kennels, Texas Greyhound Kenl, Fritz Kennels, Jacob Watson Kennels, Alabama Kennels, Jack Gentry Kennels, Windaway Kennel, Inc, The Mullen Kennel, Max Trice Kennel, J.C. Stanley Kennel, John Seastorm Kennel, Paul Paulk Kennel, Jim Mel Kennel, Black Gold Kennel, Carroll Blair Kennel, H.N. Simmons Kennel (Exhibit A attached); referred to Judge Varner. (dmk) (Entered: 09/15/1992) |
| 09/16/1992 | 69 | RESPONSE by H.N. Simmons Kennel to [66-1] motion for Sanctions by Leonard M. Arnold; referred to Judge Varner. (dmk) (Entered: 09/16/1992) |
| 09/16/1992 | 70 | RESPONSE by H.N. Simmons Kennel in opposition to [68-1] counter claim by plaintiff; referred to Judge Varner. (dmk) (Entered: 09/16/1992) |
| 09/24/1992 | 71 | MEMORANDUM OPINION ( signed by Judge Robert E. Varner ), copies mailed to counsel. (dkt clerk) (Entered: 09/24/1992) |

| 09/24/1992 | 72 | ORDER granting [45-1] motion to Dismiss, granting [44-1] motion to Dismiss, granting [43-1] motion to Dismiss, granting [41-1] motion to Dismiss, granting [40-1] motion to Dismiss, granting [39-1] motion to Dismiss, granting [38-1] motion to Dismiss, granting [20-1] motion to Dismiss, granting [13-1] motion to Dismiss, dismissing this cause with no costs taxed. ( signed by Judge Robert E. Varner ) , copies mailed. (dkt clerk) (Entered: 09/24/1992) |
| --- | --- | --- |
| 09/24/1992 | | Case closed (dkt clerk) (Entered: 09/25/1992) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 06/15/2007 19:08:06 | | |
| **PACER Login:** | sp0464 | **Client Code:** | luckypalace/mts |
| **Description:** | Docket Report | **Search Criteria:** | 3:92-cv-00281-REV |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |