IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v.  ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon due consideration of the plaintiffs' Motion for Leave to File Third Amended Complaint (Doc. # 49) and the defendants' objections thereto and concerns regarding scheduling, and in the interest of justice, it is ORDERED that

1. The motion (Doc. # 49) is GRANTED. The plaintiffs shall file electronically **on or before June 29, 2007**, an exact duplicate of the third amended complaint that is attached to their motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*. The defendants shall answer or otherwise respond **on or before July 13, 2007.**

2. A scheduling conference will be held on **July 2, 2007, at 2:30 p.m.,** in Courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama. In light of the amendments to the complaint, the parties shall confer and develop a proposed discovery plan in accordance with Rule 26(f) of the Federal Rules of Civil Procedure. The Rule 26(f) report containing the discovery plan shall be filed **on or before June 29, 2007.**

DONE this 21st day of June, 2007.

                          /s/   W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE