IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., <br><br> Defendants. | Case No.: 3:06-cv-01113-WKW-WC <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF LUCKY PALACE LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and General Order No. 3047 of the United States District Court for the Middle District of Alabama, Plaintiff Lucky Palace, LLC, hereby makes the following disclosure concerning its parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar reportable entities:

1. The following individuals and entities are members of Lucky Palace, LLC:

    a. Paul Bracy, Jr.

    b. Dwight Washington

    c. Taylor Byrd, Jr.

    d. Andrew Frazier

    e. Larry Hooks

    f. Harold Powell

    g. Marcus Taylor

      h.     William Peters

      i.     Derrick Lewis

      j.     Jerry Clinkscales

      k.     Ravich Revocable Trust of 1989

      l.     Jonathan P. Gray

      m.     Silver Slipper Gaming, LLC

      n.     Wolens Family Trust

      o.     Jeffrey D. Benjamin

      p.     Canyon Value Realization Fund

      q.     Cochran Road, LLC

      r.     The Ravich Children's Permanent Trust

      s.     Cerro Toco, LLC

      t.     Libra Securities Holdings, LLC

2.    There are no other entities to be reported.

DATED: June 29, 2007.

                Respectfully submitted,

                s/ Robert K. Spotswood
                s/ Michael T. Sansbury
                Robert K. Spotswood (SPO 001)
                Michael T. Sansbury (SAN 054)
                SPOTSWOOD SANSOM & SANSBURY LLC
                940 Concord Center
                2100 Third Avenue North
                Birmingham, Alabama 35213
                Telephone: (205) 986-3620
                Fax: (205) 986-3639
                E-mail:    rks@spotswoodllc.com
                                    msansbury@spotswoodllc.com

                *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Fred David Gray, Esq.<br>Fred David Gray Jr., Esq.<br>Gray, Langford, Sapp, McGowan, Gray & Nathanson<br>P.O. Box 830239<br>Tuskegee, AL  36083-0239<br>E-mail:  fgray@glsmgn.com<br>        jbibb@glsmgn.com<br>        fgrayjr@glsmgn.com<br>        thalia@glsmgn.com | William M. Slaughter, Esq.<br>Patricia C. Diak, Esq.<br>Peter John Tepley, Esq.<br>Khristi Doss Driver, Esq.<br>Haskell, Slaughter, Young & Rediker, LLC<br>1400 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL  35203<br>E-mail:  wms@hsy.com<br>        pcd@hsy.com<br>        pt@hsy.com<br>        kdd@hsy.com |
| John Mark White, Esq.<br>Augusta S. Dowd, Esq.<br>Rebecca G. DePalma, Esq.<br>White, Arnold, Andrews & Dowd<br>2025 Third Avenue, North<br>Suite 600<br>Birmingham, AL  35203<br>E-mail:  mwhite@waadlaw.com<br>        adowd@waadlaw.com | John M. Bolton III, Esq.<br>Charlanna White Spencer, Esq.<br>Sasser, Bolton & Sefton PC<br>PO Box 242127<br>Montgomery, AL 36124-2127<br>E-mail:  jbolton@sasserlawfirm.com<br>        cspencer@sasserlawfirm.com |

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
Beers, Anderson, Jackson, Patty, Van Heest & Fawal PC
P.O. Box 1988
Montgomery, AL  36102
E-mail:  janderson@beersanderson.com
        wshaw@beersanderson.com

　　　　　　　　　　　　　　　　　　　　s/ Michael T. Sansbury
　　　　　　　　　　　　　　　　　　　　OF COUNSEL

3