**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

|  |  |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., ) ) ) ) Plaintiffs, ) ) v. ) ) DAVID WARREN, in his Official ) Capacity as the SHERIFF OF MACON ) COUNTY, et al., ) ) Defendants. ) ) | Case No.: 3:06-cv-01113-WKW-WC  JURY TRIAL DEMANDED |

**PLAINTIFF LUCKY PALACE LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and General Order No. 3047 of the United States District Court for the Middle District of Alabama, Plaintiff Lucky Palace, LLC, hereby makes the following disclosure concerning its parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar reportable entities:

1. The following individuals and entities are members of Lucky Palace, LLC:

    a. Paul Bracy, Jr.

    b. Dwight Washington

    c. Taylor Byrd, Jr.

    d. Andrew Frazier

    e. Larry Hooks

    f. Harold Powell

    g. Marcus Taylor

      h.      William Peters

      i.      Derrick Lewis

      j.      Jerry Clinkscales

      k.      Ravich Revocable Trust of 1989

      l.      Jonathan P. Gray

      m.      Silver Slipper Gaming, LLC

      n.      Wolens Family Trust

      o.      Jeffrey D. Benjamin

      p.      Canyon Value Realization Fund

      q.      Cochran Road, LLC

      r.      The Ravich Children's Permanent Trust

      s.      Cerro Toco, LLC

      t.      Libra Securities Holdings, LLC

2.      There are no other entities to be reported.

DATED: June 29, 2007.

                          Respectfully submitted,

                          s/ Robert K. Spotswood
                          s/ Michael T. Sansbury
                          Robert K. Spotswood (SPO 001)
                          Michael T. Sansbury (SAN 054)
                          SPOTSWOOD SANSOM & SANSBURY LLC
                          940 Concord Center
                          2100 Third Avenue North
                          Birmingham, Alabama  35213
                          Telephone: (205) 986-3620
                          Fax: (205) 986-3639
                          E-mail:     rks@spotswoodllc.com
                                              msansbury@spotswoodllc.com

                          *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Fred David Gray, Esq.
Fred David Gray Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL  36083-0239
E-mail:	fgray@glsmgn.com
	jbibb@glsmgn.com
	fgrayjr@glsmgn.com
	thalia@glsmgn.com

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Khristi Doss Driver, Esq.
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
E-mail:	wms@hsy.com
	pcd@hsy.com
	pt@hsy.com
	kdd@hsy.com

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca G. DePalma, Esq.
White, Arnold, Andrews & Dowd
2025 Third Avenue, North
Suite 600
Birmingham, AL  35203
E-mail:	mwhite@waadlaw.com
	adowd@waadlaw.com

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
Sasser, Bolton & Sefton PC
PO Box 242127
Montgomery, AL 36124-2127
E-mail:	jbolton@sasserlawfirm.com
	cspencer@sasserlawfirm.com

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
Beers, Anderson, Jackson, Patty, Van Heest & Fawal PC
P.O. Box 1988
Montgomery, AL  36102
E-mail:	janderson@beersanderson.com
	wshaw@beersanderson.com

                s/ Michael T. Sansbury
                OF COUNSEL