IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES AND COMMUNITY SERVICES, INC., et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO.: 3:06-cv-01113-WKW-csc<br>) |
| DAVID WARREN, et al., | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF LIMITED APPEARANCE

COMES NOW the undersigned attorney on behalf of "Relevant Non-Parties" as alleged in the Third Amended Complaint filed herein, pursuant to Rule 45(c)(2)(B)(3)(A)(i) of the Federal Rules of Civil Procedure in connection with Rule 45 subpoenas served upon non-parties Fred Gray, Sr.; Fred Gray, Jr. and Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson and states as follows:

1. The subpoenas were served on or about June 22, 2007.

2. The Rule 45 subpoenas designate July 23, 2007, as the date to comply with said subpoena.

3. Within the time permitted by the Federal Rules of Civil Procedure referenced above, said alleged "relevant non-parties" respectfully object to the subpoenas, or compliance therewith, on the grounds that the subpoenas do not allow reasonable time for compliance; the subpoenas are directed to

attorneys who presently represent a party, namely David Warren, in his official capacity as the Sheriff of Macon County.

4. The documents requested in said Rule 45 subpoena involve issues of attorney/client privilege, attorney work product rule, as well as the ability of said attorneys to continue to represent Sheriff Warren in these proceedings.

PREMISES CONSIDERED, said "relevant non-parties" move that their attorney be allowed to appear specially for the purpose of obtaining an extension of time, estimated between 45 and 60 days in which to undertake the steps necessary to represent such alleged "relevant non-parties," as well as to protect the legal interest of Defendant Warren. Based upon the results obtained from the Alabama Bar and the attorneys representing those named defendants who may or may not have had an attorney/client relationship with the "relevant non-parties," additional objections may be raised. Accordingly, movants respectfully request a 45- to 60-day extension in which to address these issues and make further objections or otherwise comply with the Rule 45 subpoenas, the Federal Rules of Civil Procedure and further orders of this Court.

Respectfully submitted this the 2nd day of July, 2007.

Capell & Howard, P.C.

By: _____
George L. Beck, Jr. (BEC011)

1095218

2

OF COUNSEL:
Capell & Howard, P.C.
150 South Perry Street
P.O. Box 2069
Montgomery, AL  36102-2069
Phone:    334-241-8002
Fax:      334-241-8202

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I served a copy of the foregoing pleading in open court to the following:

>   Robert K. Spotswood
>   Michael T. Sansbury
>   SPOTSWOOD, SANSOM & SANSBURY, LLC
>   940 Concord Center
>   2100 Third Avenue North
>   Birmingham, AL  35203-3329

By: _____
GEORGE L. BECK, JR. (BEC011)

1095218

3