IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* )<br>)<br>Plaintiffs,   )<br>v.                           )<br>)<br>DAVID WARREN, *et al.*,  )<br>)<br>Defendants.    ) | CASE NO. 3:06-CV-1113-WKW |

## ORDER

Before the court is the Notice of Limited Appearance (Doc. # 70 ), which contains a motion for extension of time to further object to non-party subpoenas. At the July 2, 2007 scheduling conference, the plaintiffs and the non-parties agreed to an extension of forty-five days, and the defendants did not object. Therefore, it is ORDERED that the motion is GRANTED. The non-parties shall comply, object, or otherwise respond to the subpoenas **on or before August 16, 2007.**

DONE this 3rd day of July, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE