IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, *et al.*, ) ) | |
| Defendants. ) | |

## ORDER

Pursuant to the briefing order entered on April 4, 2007 (Doc. # 31), the plaintiffs shall respond to the Joint Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. # 74) **on or before August 3, 2007.** The defendants may reply **on or before August 17, 2007.**

This motion is set for oral argument on **September 5, 2007, at 2:00 p.m.**, in Courtroom 2-E of the United States Courthouse in Montgomery, Alabama.

DONE this 18th day of July, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE