IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 3:06-CV-1113-WKW ) |
| DAVID WARREN, et al., | ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now Stephen D. Heninger and W. Lewis Garrison, Jr., of the firm Heninger Garrison Davis, LLC, and enter their appearance as counsel for Lucky Palace, L.L.C., one of the Plaintiffs in this action.

        s/ Stephen D. Heninger
        Stephen D. Heninger

        s/ W. Lewis Garrison, Jr.
        W. Lewis Garrison, Jr.

*Of Counsel:*

**Heninger Garrison Davis, L.L.C.
2224 1st Avenue North
Birmingham, Alabama 35203
205.326.3336 Telephone
205.326.3332 Facsimile**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert K. Spotswood, Esq.
Michael T. Sanbury, Esq.
Spotswood, Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Kristi Doss Driver, Esq.
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca DePalma, Esq.
White, Arnold, Andrews & Dowd
2025 Third Avenue North
Suite 600
Birmingham, AL 35203

John M. Bolton, III, Esq.
Charlanna White Spencer, Esq.
Sasser, Bolton, Stidham & Sefton, P.C.
P.O. Box 242127
Montgomery, AL 36124

George Beck, Jr., Esq.
Capell & Howard, PC
P.O. Box 2069
Montgomery, AL 36102-2069

                                            s/ W. Lewis Garrison, Jr.
                                               W. Lewis Garrison, Jr.