# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

|  |  |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 3:06-cv-01113-WKW-csc ) |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) ) |

## MOTION TO WITHDRAW AS ATTORNEYS

Robert K. Spotswood, Michael T. Sansbury, and the law firm of Spotswood, Sansom & Sansbury, LLC, hereby move this Court for leave to withdraw as attorneys for Plaintiff Lucky Palace, LLC, in this matter. Messrs. Spotswood and Sansbury will continue to represent all other Plaintiffs in this matter. Lucky Palace will continue to be represented by Stephen D. Heninger and W. Lewis Garrison Jr. of Heninger Garrison Davis, LLC.

DATED: August 3, 2007.

    Respectfully submitted,

    s/ Michael T. Sansbury
    Robert K. Spotswood (SPO 001)
    Michael T. Sansbury (SAN 054)
    SPOTSWOOD SANSOM & SANSBURY LLC
    940 Concord Center
    2100 Third Avenue North
    Birmingham, Alabama  35213
    Telephone: (205) 986-3620
    Fax: (205) 986-3639
    E-mail:   rks@spotswoodllc.com
               msansbury@spotswoodllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred David Gray, Esq.
Fred David Gray Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray,
    Gray & Nathanson PC
P.O. Box 830239
Tuskegee, AL  36083-0239
E-mail:       fgray@glsmgn.com
              jbibb@glsmgn.com
              fgrayjr@glsmgn.com
              thalia@glsmgn.com

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
Beers, Anderson, Jackson, Patty, Van Heest &
    Fawal PC
P.O. Box 1988
Montgomery, AL  36102
E-mail:       janderson@beersanderson.com
              wshaw@beersanderson.com

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca DePalma, Esq.
White, Arnold, Andrews & Dowd
2025 Third Avenue, North
Suite 600
Birmingham, AL  35203
E-mail:       mwhite@waadlaw.com
              adowd@waadlaw.com
              rdepalma@waadlaw.com

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Khristi Doss Driver, Esq.
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
E-mail:       wms@hsy.com
              pcd@hsy.com
              pt@hsy.com
              kdd@hsy.com

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
Sasser, Bolton, Stidham & Sefton PC
PO Box 242127
Montgomery, AL 36124-2127
E-mail:       jbolton@sasserlawfirm.com
              cspencer@sasserlawfirm.com

Stephen D. Heninger, Esq.
W. Lewis Garrison Jr., Esq.
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
E-mail:       steve@hgdlawfirm.com
              lewis@hgdlawfirm.com

George L. Beck, Jr.
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069
E-mail:       glb@chlaw.com

                                          s/ Michael T. Sansbury
                                          OF COUNSEL