**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al.,** ) ) ) ) | |
| Plaintiffs, ) ) | CASE NO.: 3:06-cv-01113-WKW-CSC |
| vs. ) ) | |
| **DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al.,** ) ) ) ) | |
| Defendants. ) | |

## DEFENDANT SHERIFF WARREN'S MOTION TO DISMISS

**COMES NOW**, Defendant Sheriff David Warren, who has been sued in his official capacity as Sheriff of Macon County, Alabama, and pursuant to Rule 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE states as follows:

1.   Defendant Warren hereby joins and incorporates Defendants Macon County Greyhound Park, Inc., and Milton McGregors' Joint Motion To Dismiss Plaintiffs' Third Amended Complaint.

**RESPECTFULLY SUBMITTED**, this the 3rd day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ James H. Anderson
　　　　　　　　　　　　　　　　　　　　　　　　**JAMES H. ANDERSON [ANDEJ4440]
　　　　　　　　　　　　　　　　　　　　　　　　RYAN WESLEY SHAW [SHAWR2475]**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
　PATTY & FAWAL, P.C.
P.O. Box 1988
Montgomery, AL 36102
(334) 834-5311   Tel.
(334) 834-5362   Fax

**OF COUNSEL:**
Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
GRAY, LANGFORD, SAPP,
  MCGOWAN, GRAY & NATHANSON
P. O. Box 830239
Tuskegee, AL 36083-0239

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert K. Spotswood, Esq.<br>Michael T. Sansbury, Esq.<br>SPOTSWOOD, SANSOM & SANSBURY L.L.C.<br>940 Concord Center<br>2100 Third Avenue North<br>Birmingham, AL 35213 | William M. Slaughter, Esq.<br>Patricia C. Diak, Esq.<br>Peter John Tepley, Esq.<br>Kristi Doss Driver, Esq.<br>HASKELL, SLAUGHTER, YOUNG, REDIKER, L.L.C.<br>1400 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 |
| John Mark White, Esq.<br>Augusta S. Dowd, Esq.<br>Rebecca DePalma, Esq.<br>WHITE, ARNOLD, ANDREWS & DOWD<br>2025 Third Avenue North<br>Suite 600<br>Birmingham, AL 35203 | John M. Bolton III, Esq.<br>Charlanna White Spencer, Esq.<br>SASSER, BOLTON, STIDHAM & SEFTON, P.C.<br>P. O. Box 242127<br>Montgomery, AL 36124 |
| George Beck, Jr., Esq.<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, Alabama 36102-2069 | |

  /s/ James H. Anderson
**OF COUNSEL**