**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **HOPE FOR FAMILIES & COMMUNITY** | ) | |
| **SERVICE, INC.,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 3:06-cv-1113-WKW** |
| | ) | |
| **DAVID WARREN, in his Official** | ) | |
| **Capacity as the SHERIFF OF MACON** | ) | |
| **COUNTY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon consideration of the Motion to Withdraw as Attorneys (Doc. # 81) filed by Robert

K. Spotswood, Michael T. Sansbury, and the law firm of Spotswood, Sansom & Sansbury, LLC,

as counsel for plaintiff Lucky Palace, LLC, it is ORDERED that the motion is GRANTED.

Messrs. Spotswood and Sansbury will continue to represent all other plaintiffs in this matter.

DONE this 6th day of August, 2007.

                /s/  W.  Keith Watkins

               UNITED STATES DISTRICT JUDGE