IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES AND COMMUNITY SERVICES, INC., et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.: 3:06-cv-01113-WKW-csc ) |
| DAVID WARREN, et al., | ) ) |
| Defendants. | ) |

**RESPONSE, INCLUDING OBJECTIONS AND A MOTION TO PARTIALLY QUASH RULE 45 SUBPOENA SERVED ON FRED D. GRAY, JR., A NON-PARTY IN THE ABOVE-STYLED CAUSE**

COMES NOW Fred D. Gray, Jr., and for response, objection and motion to quash, in part, the Rule 45 subpoena issued to Fred D. Gray, Jr., and states as follows:

1. Please produce any and all documents in your possession or control that contain any communication between you and Milton McGregor regarding electronic bingo.

   **RESPONSE:** None.

2. Please produce any and all documents in your possession or control that contain any communication between you and any of Milton McGregor's agents or attorneys regarding electronic bingo.

   **RESPONSE:** None.

3. Please produce any and all documents in your possession or control that contain any communication between you and VictoryLand regarding electronic bingo.

**RESPONSE:** None.

4. Please produce any and all documents in your possession or control that contain any communication between you and any of VictoryLand's agents or attorneys regarding electronic bingo.

**RESPONSE:** **Produced. In addition to those documents produced in response to this request, Fred D. Gray, Jr. objects to the production of documents based upon attorney/client privilege and/or attorney work product. One document is identified as a ten-page copy of the First Amended and Restated Rules and Regulations for the Licensing and Operation of Bingo Games in Macon County, Alabama, which contains several handwritten notes by either the attorneys or their client, David Warren. The privilege is claimed by Defendant David Warren. The second document is dated January 8, 2007, and is a letter from Fred Gray, Jr. and attorneys for VictoryLand and is work product of both Fred Gray, Jr. and David Warren (Bates Nos. FGJ0001-0027). The third document is a letter dated January 17, 2007, from attorneys for VictoryLand to Fred Gray, Jr. and is work product of both Fred Gray, Jr. and David Warren (Bates Nos. FGJ0066-0156).**

5. Please produce any and all documents in your possession or control that contain any communication between you and Tuskegee Human and Civil Rights Multicultural Center regarding electronic bingo.

**RESPONSE:   None.**

6. Please produce any and all documents in your possession or control that contain any communication between you and any of Tuskegee Human and Civil Rights Multicultural Center's agents or attorneys regarding electronic bingo.

**RESPONSE:   None.**

7. Please produce any and all documents in your possession or control that contain any communication between you and Fred D. Gray regarding electronic bingo.

**RESPONSE:   Fred D. Gray objects to the production of documents responsive to Request Number 7 on the grounds that such document is protected by the attorney/client privilege or under the attorney work product doctrine. Without waiving said objection, Fred D. Gray, Jr. describes said document as follows: An internal memorandum from Fred D. Gray to Fred dated May 2, 2006. The privilege and work product doctrine are claimed by the Defendant David Warren.**

8. Please produce any and all documents in your possession or control that refer or relate in any way to any interest you have in any entity

or property owned or operated by Milton McGregor or any corporation in which Milton McGregor is a shareholder, director or officer.

**RESPONSE:** None.

9. Please produce any and all documents in your possession or control that refer or relate in any way to any benefit received by you, your relatives, partners or associates, from any officer, director, shareholder, employee or any other person or entity associated with VictoryLand, either directly or indirectly, including but not limited to gifts, gratuities, political campaign contributions including payments made to a Political Action Committee, business transactions, transportation services, vacations, privileges at VictoryLand or any other form of tangible or intangible property or service.

**RESPONSE:** None.

10. Please produce any and all documents in your possession or control that refer or relate in any way to any benefit received by you, your relatives, partners or associates, from any corporation in which Milton McGregor is an officer, director, shareholder, or employee, either directly or indirectly, including but not limited to gifts, gratuities, political campaign contributions including payments made to a Political Action Committee, business transactions, transportation services, vacations, or any other form of tangible or intangible property or service.

**RESPONSE:** None.

11. Please produce any and all documents in your possession or control that refer or relate in any way to any benefit received by you, your relatives, partners or associates, by any business in which Milton McGregor is the owner, sole proprietor, partner, member, manager or employee, either directly or indirectly, including but not limited to gifts, gratuities, political campaign contributions including payments made to a Political Action Committee, business transactions, transportation services, vacations, or any other form of tangible or intangible property or service.

**RESPONSE:    None.**

12. Please produce any and all documents in your possession or control that refer or relate to the structure of the Gray Law Firm, including, but not limited to, articles of incorporation, bylaws, and shareholder agreements.

**RESPONSE:    See documents produced by Fred D. Gray in response to subpoena request number 23 directed to him.**

13. Please produce any and all documents in your possession or control that refer or relate to distribution of funds received by the Gray Law Firm to its shareholders.

**RESPONSE:    Fred D. Gray, Jr. objects to this request pursuant to FRCP 45(c)(3)(A)(iii)(iv) and pursuant to FRCP 45 (c)(2)(B), and in the alternative, moves to quash this portion of the subpoena on the grounds that the information sought in item**

**number 13 is unduly burdensome; overly broad in scope and time; not reasonably calculated to lead to admissible evidence; is protected from disclosure by a constitutional right to privacy; is requested for the purpose of harassment, and is otherwise unduly time-consuming, expensive and burdensome.**

14. Please produce all federal and state tax returns filed by you since January 1, 2003.

**RESPONSE:** **See response to number 13 above, which is specifically incorporated herein by reference.**

Respectfully submitted this the 16th day of August, 2007.

                                **Capell & Howard, P.C.**

                    By: /s/ George L. Beck, Jr.
                          **George L. Beck, Jr. (BEC011)**

**OF COUNSEL:**
Capell & Howard, P.C.
150 South Perry Street
P.O. Box 2069
Montgomery, AL  36102-2069
Phone:	334-241-8002
Fax:	334-241-8202

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Robert K. Spotswood
    Michael T. Sansbury
    SPOTSWOOD, SANSOM & SANSBURY, LLC
    940 Concord Center
    2100 Third Avenue North
    Birmingham, AL  35203-3329
    Email:    rks@spotswoodllc.com
                  msansbury@spotswoodllc.com


    Fred D. Gray
    Fred D. Gray, Jr.
    GRAY, LANGFORD, SAPP, McGOWAN,
        GRAY, GRAY & NATHANSON
    P.O. Box 830239
    Tuskegee, AL  36083-0239
    Email:    fgray@glsmgn.com
                  jbibb@glsmgn.com
                  fgrayjr@glsmgn.com
                  thalia@glsmgn.com

    Stephen Don Heninger
    William Lewis Garrison, Jr.
    HENINGER GARRISON DAVIS, LLC
    P. O. Box 11310
    2224 1st Avenue North
    Birmingham, AL  35202
    Email:    steve@hgdlawfirm.com
                  wlgarrison@hgdlawfirm.com

    John Mark White
    Augusta S. Dowd
    Rebecca DePalma
    WHITE, ARNOLD ANDREWS & DOWD
    2025 Third Avenue North
    Suite 600
    Birmingham, AL  35203
    Email:    mwhite@waadlaw.com

adowd@waadlaw.com
rdepalma@waadlaw.com

James H. Anderson
Ryan Wesley Shaw
BEERS, ANDERSON, JACKSON,
    PATTY, VAN HEEST & FAWAL
P.O. Box 1988
Montgomery, AL 36102
Email:    janderson@beersanderson.com
    wshaw@beersanderson.com

William M. Slaughter
Patricia C. Diak
Peter John Tepley
Khristi Doss Driver
HASKELL, SLAUGHTER, YOUNG & REDIKER
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Email:    wms@hsy.com
    pcd@hsy.com
    pt@hsy.com
    kdd@hsy.com

John M. Bolton, III
Charlanna White Spencer
SASSER, BOLTON & SEFTON
P.O. Box 242127
Montgomery, AL 36124-2127
Email:    jbolton@sasserlawfirm.com
    cspencer@sasserlawfirm.com

By: _____
GEORGE L. BECK, JR. (BEC011)

1098791

8