IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES AND COMMUNITY SERVICES, INC., et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.: 3:06-cv-01113-WKW-csc ) |
| DAVID WARREN, et al., | ) ) |
| Defendants. | ) |

**RESPONSE, INCLUDING OBJECTIONS AND A MOTION TO PARTIALLY QUASH RULE 45 SUBPOENA SERVED ON GRAY, LANGFORD, SAPP, McGOWAN, GRAY, GRAY & NATHANSON, A NON-PARTY IN THE ABOVE-STYLED CAUSE**

COMES NOW Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson, and for response, objection and motion to quash, in part, the Rule 45 subpoena issued to Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson, and states as follows:

1. Please produce any and all documents in your possession or control that refer or relate to the structure of the Gray Law Firm, including but not limited to, articles of incorporation, bylaws and shareholder agreements.

**RESPONSE:** Produced in response to subpoena to Fred D. Gray.

2. Please produce any and all documents in your possession or control that refer or relate to the distribution of funds received by the Gray Law Firm to its shareholders.

**RESPONSE:** **The Gray Firm objects to this request pursuant to FRCP 45(c)(3)(A)(iii)(iv) and pursuant to FRCP 45 (c)(2)(B), and in the alternative, moves to quash this portion of the subpoena on the grounds that the information sought in Item Number 2 is unduly burdensome; overly broad in scope and time; not reasonably calculated to lead to admissible evidence; is protected from disclosure by a constitutional right to privacy; is requested for the purpose of harassment, and is otherwise unduly time-consuming, expensive and burdensome.**

3. Please produce any and all documents in your possession or control that refer or relate to the receipt of legal fees from VictoryLand since January 1, 2003.

**RESPONSE:** **See response to Request Number 2, which is specifically incorporated herein by reference.**

4. Please produce any and all documents in your possession or control that refer or relate to the receipt of legal fees from Milton McGregor since January 1, 2003.

**RESPONSE:** **See response to Request Number 2, which is specifically incorporated herein by reference.**

1098817                                                                                             2

5.   Please produce all federal and state tax returns filed by the Gray Law Firm since January 1, 2003.

**RESPONSE:   See response to Request Number 2, which is specifically incorporated herein by reference.**

Respectfully submitted this the 16th day of August, 2007.

                **Capell & Howard, P.C.**

           By: _____
                 George L. Beck, Jr. (BEC011)

**OF COUNSEL:**
Capell & Howard, P.C.
150 South Perry Street
P.O. Box 2069
Montgomery, AL 36102-2069
Phone:   334-241-8002
Fax:   334-241-8202

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Robert K. Spotswood
    Michael T. Sansbury
    SPOTSWOOD, SANSOM & SANSBURY, LLC
    940 Concord Center
    2100 Third Avenue North
    Birmingham, AL 35203-3329
    Email:   rks@spotswoodllc.com
              msansbury@spotswoodllc.com

Fred D. Gray
Fred D. Gray, Jr.
GRAY, LANGFORD, SAPP, McGOWAN,
    GRAY, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
Email:    fgray@glsmgn.com
           jbibb@glsmgn.com
           fgrayjr@glsmgn.com
           thalia@glsmgn.com

Stephen Don Heninger
William Lewis Garrison, Jr.
HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
2224 1st Avenue North
Birmingham, AL  35202
Email:    steve@hgdlawfirm.com
           wlgarrison@hgdlawfirm.com

John Mark White
Augusta S. Dowd
Rebecca DePalma
WHITE, ARNOLD ANDREWS & DOWD
2025 Third Avenue North
Suite 600
Birmingham, AL  35203
Email:    mwhite@waadlaw.com
           adowd@waadlaw.com
           rdepalma@waadlaw.com

James H. Anderson
Ryan Wesley Shaw
BEERS, ANDERSON, JACKSON,
    PATTY, VAN HEEST & FAWAL
P.O. Box 1988
Montgomery, AL  36102
Email:    janderson@beersanderson.com
           wshaw@beersanderson.com

William M. Slaughter
Patricia C. Diak
Peter John Tepley
Khristi Doss Driver

HASKELL, SLAUGHTER, YOUNG & REDIKER
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
Email:    wms@hsy.com
          pcd@hsy.com
          pt@hsy.com
          kdd@hsy.com

John M. Bolton, III
Charlanna White Spencer
SASSER, BOLTON & SEFTON
P.O. Box 242127
Montgomery, AL  36124-2127
Email:    jbolton@sasserlawfirm.com
          cspencer@sasserlawfirm.com


By: _____
    GEORGE L. BECK, JR. (BEC011)

1098817                                                                  5