IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Case No.: 3:06-cv-01113-WKW-csc |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFFS' RESPONSE TO**
**DEFENDANT WARREN'S MOTION TO DISMISS**

The Plaintiff Charities and Plaintiff Lucky Palace, LLC, respond to the Motion to Dismiss filed by Defendant David Warren (DE 82) as follows:

1. On July 12, 2007, Defendant Warren answered the Third Amended Complaint. (DE 73.) On August 3, 2007, Defendant Warren filed his Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (DE 82 at 1.)

2. "[A] 12(b)(6) motion filed after an answer has been filed is to be treated as a 12(c) motion for judgment on the pleadings and can be evaluated under the same standard as a Rule 12(b)(6) motion." *McMillan v. Collection Professionals, Inc.*, 455 F.3d 754, 757 (7th Cir. 2006) (citing *Lanigan v. Vill. of East Hazel Crest*, 110 F. 3d 467, 470 n. 2 (7th Cir. 1997)). Accordingly, for the reasons set forth in the Plaintiffs' Response to the Defendants' Joint Motion to Dismiss (DE 83) and the Plaintiffs' Surreply in Opposition to the Defendants' Joint Motion to

Dismiss (should this Court grant leave to file it) (DE 89 Ex. A), which are incorporated herein by reference, Defendant Warren's Motion is due to be denied.

DATED: August 24, 2007.

Respectfully submitted,

s/ Robert K. Spotswood
s/ Michael T. Sansbury
Robert K. Spotswood (SPO 001)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35213
TEL: (205) 986-3620
FAX: (205) 986-3639
E-mail:       rks@spotswoodllc.com
              msansbury@spotswoodllc.com

*Attorneys for the Plaintiff Charities*

s/ Stephen D. Heninger
s/ W. Lewis Garrison Jr.
Stephen D. Heninger (HEN 007)
W. Lewis Garrison Jr. (GAR 008)
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
Birmingham, Alabama 35203
TEL: (205) 326-3336
FAX: (205) 326-3332
E-mail:       steve@hgdlawfirm.com
              lewis@hgdlawfirm.com

*Attorneys for Plaintiff Lucky Palace, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Fred David Gray, Esq.<br>Fred David Gray Jr., Esq.<br>Gray, Langford, Sapp, McGowan, Gray,<br> Gray & Nathanson PC<br>P.O. Box 830239<br>Tuskegee, AL 36083-0239<br>E-mail: fgray@glsmgn.com<br>    jbibb@glsmgn.com<br>    fgrayjr@glsmgn.com<br>    thalia@glsmgn.com | James H. Anderson, Esq.<br>Ryan Wesley Shaw, Esq.<br>Beers, Anderson, Jackson, Patty, Van Heest &<br> Fawal PC<br>P.O. Box 1988<br>Montgomery, AL 36102<br>E-mail: janderson@beersanderson.com<br>    wshaw@beersanderson.com |
| John Mark White, Esq.<br>Augusta S. Dowd, Esq.<br>Rebecca DePalma, Esq.<br>White, Arnold, Andrews & Dowd<br>2025 Third Avenue, North<br>Suite 600<br>Birmingham, AL 35203<br>E-mail: mwhite@waadlaw.com<br>    adowd@waadlaw.com<br>    rdepalma@waadlaw.com | William M. Slaughter, Esq.<br>Patricia C. Diak, Esq.<br>Peter John Tepley, Esq.<br>Khristi Doss Driver, Esq.<br>Haskell, Slaughter, Young & Rediker, LLC<br>1400 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203<br>E-mail: wms@hsy.com<br>    pcd@hsy.com<br>    pt@hsy.com<br>    kdd@hsy.com |
| John M. Bolton III, Esq.<br>Charlanna White Spencer, Esq.<br>Sasser, Bolton & Sefton PC<br>PO Box 242127<br>Montgomery, AL 36124-2127<br>E-mail: jbolton@sasserlawfirm.com<br>    cspencer@sasserlawfirm.com | George L. Beck, Jr.<br>Capell Howard PC<br>PO Box 2069<br>Montgomery, AL 36102-2069<br>E-mail: glb@chlaw.com |

                s/ Michael T. Sansbury
                OF COUNSEL