IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the plaintiffs' Motion for Leave to File Fourth Amended Complaint (Doc. # 91), it is ORDERED that the defendants shall file a response to the motion **on or before September 4, 2007.**

DONE this 27th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE