IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) Plaintiffs, ) v. ) ) DAVID WARREN, *et al.*, ) ) Defendants. ) | CASE NO. 3:06-CV-1113-WKW |

### ORDER

Upon consideration of the plaintiffs' Motion for Leave to File Surreply in Opposition to Defendants' Joint Motion to Dismiss (Doc. # 89), it is ORDERED that the motion is GRANTED. The plaintiffs shall file an exact duplicate of the surreply and any exhibits attached to the motion **on or before August 31, 2007.**

DONE this 27th day of August, 2007.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE