IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) CASE NO.: 3:06-cv-01113-WKW-CSC |
| vs. | ) |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | )<br>)<br>) |
| Defendants. | ) |

**DEFENDANT SHERIFF WARREN'S MOTION IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT**

COMES NOW, Defendant Sheriff David Warren, who has been sued in his official capacity as Sheriff of Macon County, Alabama, and states as follows:

1. Defendant Warren hereby joins and incorporates Defendants Macon County Greyhound Park, Inc., and Milton McGregors' Joint Opposition to Plaintiffs' Motion for Leave to File a Fourth Amended Complaint.

RESPECTFULLY SUBMITTED, this the 4th day of Septembert, 2007.

JAMES H. ANDERSON [ANDEJ4440]
RYAN WESLEY SHAW [SHAWR2475]

OF COUNSEL:
BEERS, ANDERSON, JACKSON,
 PATTY & FAWAL, P.C.
P.O. Box 1988
Montgomery, AL 36102
(334) 834-5311  Tel.
(334) 834-5362  Fax

**OF COUNSEL:**
Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
GRAY, LANGFORD, SAPP,
  MCGOWAN, GRAY & NATHANSON
P. O. Box 830239
Tuskegee, AL 36083-0239

### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert K. Spotswood, Esq.<br>Michael T. Sansbury, Esq.<br>SPOTSWOOD, SANSOM & SANSBURY L.L.C.<br>940 Concord Center<br>2100 Third Avenue North<br>Birmingham, AL 35213 | William M. Slaughter, Esq.<br>Patricia C. Diak, Esq.<br>Peter John Tepley, Esq.<br>Kristi Doss Driver, Esq.<br>HASKELL, SLAUGHTER, YOUNG, REDIKER, L.L.C.<br>1400 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 |
| John Mark White, Esq.<br>Augusta S. Dowd, Esq.<br>Rebecca DePalma, Esq.<br>WHITE, ARNOLD, ANDREWS & DOWD<br>2025 Third Avenue North<br>Suite 600<br>Birmingham, AL 35203 | John M. Bolton III, Esq.<br>Charlanna White Spencer, Esq.<br>SASSER, BOLTON, STIDHAM & SEFTON, P.C.<br>P. O. Box 242127<br>Montgomery, AL 36124 |
| George Beck, Jr., Esq.<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, Alabama 36102-2069 | |

_____
**OF COUNSEL**

2