IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v.   ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, *et al.*, ) | |
| ) | |
| Defendants.   ) | |

### ORDER

Upon consideration of Motion of Defendants Victoryland and McGregor for Leave to File sur-Surreply in Response to Plaintiffs' Surreply (Doc. # 94), it is ORDERED that the motion is GRANTED. The defendants shall file an exact duplicate of the sur-surreply and any exhibits attached to the motion **on or before September 12, 2007.**

The motions to dismiss (Docs. # 74 & # 82) shall be under submission **on September 12, 2007.** Leave will not be granted to either party to file additional reply briefs on the motions to dismiss.

DONE this 10th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE