IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| Hope for Families & Company Services, Inc. et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No: **3:06-cv-01113-WKW-WC** |
| David Warren, et al., | ) ) ) | |
| Defendants. | ) | |

## <u>SUPPLEMENTAL BRIEF IN SUPPORT OF JOINT MOTION TO DISMISS</u>

At the September 5, 2007 hearing on the Joint Motion to Dismiss Plaintiffs' Third Amended

Complaint ("Joint Motion to Dismiss"), the Court informed the parties that if they had any new

points to make concerning the Motion they could do so in writing within seven (7) days. In response

to that invitation, Defendants Macon County Greyhound Park, Inc. ("VictoryLand"), and Milton

McGregor ("McGregor") submit this Supplemental Brief.

1.      Although *FCC v. Beach Commc'ns, Inc.,* 508 U.S. 307 (1993) involved a statutory

classification being challenged on equal protection grounds, the legal principles set forth therein

concerning rational basis challenges to statutory classifications and legislative decisions apply

equally to other governmental decisions or classifications regardless of whether the governmental

classification in question is created directly by the legislature. *See, e.g., Medeiros v. Vincent,* 431

F.3d 25, 27, 29, 31-32 (1st Cir. 2005), *cert. denied,* 126 S.Ct. 2968 (2006) (applying rational basis

test to an equal protection challenge to interstate fishery management regulations, restricting the

number of lobsters that may be harvested by certain means, promulgated by the Atlantic States

Marine Fisheries Commission and adopted by the Rhode Island Marine Fisheries Council); *Waimea Bay Associates One, LLC v. Young*, 438 F.Supp.2d 1186, 1189-90 (D. Hawaii 2006) (applying *F.C.C. v. Beach Commc'ns* rational basis principles in an equal protection challenge to zoning regulations promulgated by the Hawaii Department of Land and Natural Resources and the Hawaii Board of Land and Natural Resources). Indeed, when a regulation is promulgated "in the exercise of the police power delegated . . . by the legislature [as occurred here with the Sheriff's promulgation of the County Bingo Regulations], it is subject to the same test as to reasonableness and the basic facts justifying the regulation as would be applied if the legislature had enacted the regulation as a statute." *Florida League of Cities, Inc. v. Department of Environmental Regulation*, 603 So. 2d 1363, 1368 (Fla. Dist. Ct. App. 1992) (quoting *Florida Citrus Comm'n v. Owens*, 239 So. 2d 840, 848 (Fla. Dist. Ct. App.1969) (quoting *Crescent Cotton Oil Co. v. State of Mississippi*, 257 U.S. 129, 137 (1921)). Therefore, the rational basis analysis to be applied to the County Bingo Regulations, which the Sheriff promulgated in the exercise of the police power delegated to him by the legislature and the people of Macon County through Amendment No. 744, is the same analysis that would be applied if the Alabama Legislature had enacted the County Bingo Regulations as a statute.

    2.    Based on their own pleadings, Plaintiffs must concede that there is a rational basis for the portion of the Existing Facility Requirement of the County Bingo Regulations that requires that each electronic bingo casino in the County be at least a $15 million facility.[1] In paragraph 34

---

[1] Costs for land, buildings, and other capital improvements before depreciation are used to determine this amount. *See* Definition J of the First Amended and Restated County Bingo Rules (Ex. B to Third Amended Complaint) ( Doc. # 67-3), at p. 3; Definition J of the Second Amended and Restated County Bingo Rules (Ex. C to Third Amended Complaint) (Doc. # 67-4), at p. 4.

of their Third amended Complaint, Plaintiffs assert that they were planning on spending far in excess of $15 million to build their electronic bingo casino. Specifically, Plaintiffs state that:

> When Amendment 744 was approved in November 2003, Lucky Palace embarked on an endeavor to build, own and operate a bingo parlor in Macon County, Alabama . . . To finance construction of its bingo parlor, Lucky Place secured $54 million in financial commitments.

Doc. #67, ¶ 34 (emphasis added). The requirement that an electronic bingo casino cost at least $15 million cannot be based on an irrational value when the lead Plaintiff itself claims that it was planning on constructing a casino that would cost far in excess of the sum set forth in the regulations. Furthermore, the Existing Facility Requirement comes into court with a strong presumption of rationality, and the Plaintiffs as the party attacking it have the "burden to negate every conceivable basis that might support" it. *Beach Commc'ns*, 508 U.S. at 314-15.

Moreover, the question to be asked and answered is not whether the cost of the casino in the County Bingo Regulations is correct or precisely drawn, but whether or not there is a conceivable rational basis that might support the Existing Facility Requirement. For example, plaintiffs challenging a proposed Florida Constitutional Amendment to limit casinos to hotels with 500 or more sleeping units as violating their equal protection rights tried to frame the issue as "[w]hy . . . is a hotel of 499 units any less able to operate a casino than [one] with 500?" *Watt v. Firestone*, 491 So. 2d 592, 593-94 (Fla. Dist. Ct. App. 1986). However, the *Watt* court rejected the plaintiffs' argument and stated that it need not answer the question as plaintiffs had framed it. *Id.* Rather, because, like here, "no fundamental right or suspect class [was] impacted," the *Watt* court held that the issue was whether the proposed amendment had "a reasonable relationship to the end to be achieved." *Id.* at 594. Because the *Watt* court determined that a "variety of rationales can be posited

3

to support the [500 unit] limitation" – including the defendants' suggestions that "the limitation assures that such establishments (1) will be limited in number; (2) will be found in tourist-oriented areas; (3) will be subject to professional management" – it found that the plaintiffs had failed to establish an equal protection violation. *Id.* at 594 and n. 4. Likewise, in this case, legitimate rationales have been given to support the Existing Facility Requirement. They include that: (1) it serves the Sheriff's obligations to protect the safety and welfare of the citizens of Macon County by requiring the inspection of a proposed facility prior to issuance of an electronic bingo license; (2) it promotes economic development; and (3) it insures that any electronic bingo casinos that are built are of sufficient size to compete with Mississippi casinos and the Georgia lottery. Therefore, Plaintiffs have failed to meet their burden of establishing an equal protection violation.

3.    Although 59 of 60 of the Macon County charities that currently hold electronic bingo licenses use Victoryland to operate their electronic bingo games, Victoryland does not have a monopoly on bingo in Macon County.[2] Nor do the County Bingo Regulations create a bingo monopoly. The Plaintiffs' arguments all focus on the operator aspects of electronic (Class B) bingo. The Plaintiffs ignore paper (Class A) bingo. In addition, they ignore the fact that, under the County Bingo Regulations, it is the nonprofits who have the license to conduct bingo games – whether paper or electronic. The Alabama Legislature proposed and the voters of Macon County authorized nonprofit organizations to conduct bingo. The County Bingo Regulations provide for both paper (Class A) and electronic (Class B) bingo. The four aspects of the County Bingo Regulations to which

---

[2] In any event, regulation of gambling does not violate the equal protection clause even if it results in a monopoly when, as here, the underlying regulations have a rational basis to a legitimate governmental power. *See Artichoke Joe's Cal. Grand Casino v. Norton*, 353 F.3d 712, 740 (9th Cir. 2003).

Plaintiffs object, all concern electronic bingo. As the County Bingo Regulations make clear, none of the nonprofit Plaintiffs in this case should have any problem conducting paper bingo games. Under the County Bingo Regulations, the holder of a class A bingo license can conduct paper bingo games at "a building, hall, enclosure, room, or outdoor area that complies with all federal, state and local laws and applicable building and fire codes" and which has been "inspected and approved by the Sheriff for the conduct of bingo games." *See* Second Amended County Bingo Regulations (Ex. C to Third Amended Complaint) (Doc. # 67-4), §§ 1(f) and (i). In addition, there is no cap on Class A licenses.

Furthermore, Victoryland is merely an electronic bingo operator that operates electronic bingo games pursuant to contract for charities licensed by the Sheriff to conduct such games. Both Amendment No. 744 and the County Bingo Regulations authorize a nonprofit to contract with a third party to operate bingo games on its behalf. <u>It is the nonprofit organization which chooses with whom, if anyone, it will contract</u>. Although Victoryland has a qualified location for conducting electronic bingo games, the 59 charity organizations that have contracted with Victoryland were not required to do so by the County Bingo Regulations. Those charities could have contracted with another entity to establish a qualified location for electronic bingo and then to operate their electronic bingo games; or, they could have gotten together and established one to four qualified locations for electronic bingo and operated the games themselves or contracted with someone else to do so.

4.    The Plaintiffs conceded at oral argument that the sole predicate act for their RICO claims hinges entirely on Fred Gary, Jr. ("Gray"), a private attorney, being considered a "public servant" under Alabama criminal law. Despite their acknowledgment of this critical issue, the Plaintiffs have failed to present the Court with a single case holding a private lawyer in Gray's

5

position to be a "public servant." Rather, they ask this Court to be the first court in the nation to issue such a holding. However, for the reasons previously briefed and argued by Defendants, Gray is simply not a "public servant."

5.      Moreover, Plaintiffs' RICO claim is improperly based on guess work and assumptions. At oral argument, while trying to describe the roles of various Defendants in the alleged RICO enterprise, counsel for the Plaintiffs stated that he guessed McGregor was the one calling the shots behind the scenes like a puppeteer. But such guess work is simply not adequate for a RICO conspiracy based on the alleged bribery of a "public servant" – private attorney Gray.

6.      At the hearing, Plaintiffs presented a time line that left off certain key pieces of information. It also did not address how many electronic bingo licenses had been issued when certain aspects of the County Bingo Regulations were promulgated.[3] Because the Court had asked questions about the number of electronic bingo licenses that had been issued at certain points and because Plaintiffs left key information off their time line, Victoryland and McGregor submit as Exhibit 2 hereto, a copy of the Plaintiffs' time line with additional pertinent information.[4]

## CONCLUSION

For the reasons stated herein and in Defendants' Supporting Brief, Defendants' Reply Brief, and Defendants Sur-surreply, the Plaintiffs Third Amended Complaint is due to be dismissed.

---

[3] The dates upon which electronic bingo licenses were issued was provided to the Court in a chart attached as Exhibit C to the Affidavit of Sheriff David M. Warren (Doc. #59)in the case of *Macon County Investments Inc., et al. v. Sheriff David Warren,* Case Number 3:06-cv-224-WKW. For the convenience of the Court a copy of that chart is attached hereto as Exhibit 1.

[4] The information that was contained in the Plaintiffs' time line appears in regular type face. The information added by Victoryland and McGregor appears in bold and italicized type face.

s/Peter J. Tepley
Peter J. Tepley (ASB-1112-T46P)
Macon County Greyhound Park, Inc.
d/b/a Victoryland

s/John M. Bolton, III
John M. Bolton, III (ASB-0999-N68J)
One of the Attorneys for Defendant Milton McGregor

OF COUNSEL:
William M. Slaughter (ASB-8283-R67W)
Patricia C. Diak (ASB-9243-K64P)
Peter J. Tepley (ASB-1112-T46P)
Khristi Doss Driver (ASB-2719-I71F)
**Haskell Slaughter Young & Rediker, LLC**
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Tel.: (205) 251-1000
Fax: (205) 324-1133
E-mail: pt@hsy.com
E-mail: wms@hsy.com
E-mail: pcd@hsy.com
E-mail: kdd@hsy.com

OF COUNSEL:
Augusta S. Dowd (ASB-5274-D58A)
J. Mark White (ASB-5029-H66J)
Rebecca DePalma (ASB-4105-D57R)
**White Arnold Andrews & Dowd P.C.**
2025 Third Avenue North
Suite 600
Birmingham, Alabama 35203
Tel: (205) 323-1888
Fax: (205) 323-8907
E-mail: jmarkwhite@waadlaw.com
E-mail: adowd@waadlaw.com
E-mail: rdepalma@waadlaw.com

OF COUNSEL:
John M. Bolton, III (ASB-0999-N68J)

Charlanna W. Spencer (ASB-6860-R62C)
**Sasser, Bolton & Sefton, P.C.**
100 Colonial Bank Boulevard
Suite B201
Montgomery, AL 36117
Tel: (334) 532-3400
Fax: (334) 532-3434
E-mail: jbolton@sasserlawfirm.com
E-mail: cspencer@sasserlawfirm.com

7

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Robert K. Spotswood, Esq.
Michael T, Sansbury, Esq.
**Spotswood LLC**
2100 Third Avenue North
Concord Center, Suite 940
Birmingham,  AL  35203

Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
**Gray Langford Sapp McGowan Gray & Nathanson**
P.O. Box 830239
Tuskegee, AL  36083-0239

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
**Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.**
P.O. Box 1988
Montgomery, AL 36102

W. Lewis Garrison
Stephen D. Heninger
Heninger Garrison Davis, L.L.C.
2224 1st Avenue North
Birmingham, AL 35203

s/Peter J. Tepley<br>Of Counsel

# EXHIBIT C

## CLASS B BINGO LICENSES

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| **2003** | | | | | | | |
| **December-03** | | | | | | | |
| 12/17/2003 | 12/17/2003 | 46-001-2003 | Tuskegee-Macon County YMCA | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-002-2003 | Macon County Board of Education | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-003-2003 | Macon-Russell Community Action Agency | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-004-2003 | St. Joseph School | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-005-2003 | Little Texas Volunteer Fire Dept. | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-006-2003 | Chehaw Volunteer Fire Dept. | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-007-2003 | B&D Cancer Care Center, Inc. | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-008-2003 | Macon County Public Library | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-009-2003 | Boy Scouts of America, Carver District | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-010-2003 | Aid to Inmate Mothers (AIM) | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-011-2003 | Prairie Farms Center | 12/31/2004 | | | |
| 12/17/2003 | 12/17/2003 | 46-012-2003 | Tuskegee Human & Civil Rights & Multicultural Center | 12/31/2004 | | | |

Total Licenses Issued December 2003    12

Total Licenses issued in 2003    12

12

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| **2004** | | | | | | | |
| **January-04** | | | | | | | |
| 1/15/2004 | 1/15/2004 | 46-013-2004 | Interim Care for Seniors | 12/31/2004 | | | |
| 1/15/2004 | 1/15/2004 | 46-014-2004 | Macon County Council on Retardation & Rehabilitation | 12/31/2004 | | | |
| 1/15/2004 | 1/15/2004 | 46-015-2004 | Tuskegee Repertory Theatre, Inc. | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-016-2004 | Brownville Volunteer Fire Dept. | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-017-2004 | Fort Davis Volunteer Fire Dept. | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-018-2004 | Franklin Volunteer Fire Dept. | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-019-2004 | Warrior Stand Volunteer Fire Dept., Inc. | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-020-2004 | AL Coop Extension System (Macon County Office) | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-021-2004 | Macon County RSVP | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-022-2004 | Macedonia Community Volunteer Fire Dept | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-023-2004 | Southeast Alabama Sickle Cell Association, Inc. | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-024-2004 | Kiwanis Club of Macon County-Tuskegee | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-025-2004 | Ambulatory Behavior Healthcare Center, Inc. | 12/31/2004 | | | |
| 1/29/2004 | 1/29/2004 | 46-026-2004 | Shorter Community Outreach | 12/31/2004 | | | |
| Total Licenses Issued January 2004 | | | | 14 | | | 26 |
| **February-04** | | | | | | | |
| **March-04** | | | | | | | |
| 3/8/2004 | 3/8/2004 | 46-027-2004 | American Heart Association | 12/31/2004 | | | |
| 3/8/2004 | 3/8/2004 | 46-028-2004 | City of Tuskegee - Senior Citizens Program | 12/31/2004 | | | |
| 3/8/2004 | 3/8/2004 | 46-030-2004 | Fund | 12/31/2004 | | | |
| Total Licenses Issued March 2004 | | | | 3 | | | 29 |
| **April-04** | | | | | | | |

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| May-04 | | | | | | | |
| June-04 | | | | | | | |
| July-04 | | | | | | | |
| 7/12/2004 | 7/12/2004 | 46-031-2004 | Betterment Club for Boys and Girls, Inc. | 12/31/2004 | | | |
| 7/12/2004 | 7/12/2004 | 46-032-2004 | Tuskegee-Macon County Headstart | 12/31/2004 | | | |
| 7/12/2004 | 7/12/2004 | 46-033-2004 | Macon County Healthcare Authority | 12/31/2004 | | | |
| 7/12/2004 | 7/12/2004 | 46-034-2004 | Macon County Outreach Modification | 12/31/2004 | | | |
| 7/12/2004 | 7/12/2004 | 46-035-2004 | South East Alabama Self-Help Association, Inc. (Seesha) | 12/31/2004 | | | |
| 7/12/2004 | 7/12/2004 | 46-036-2004 | Town of Notasulga-Notasulga Fire Dept. | 12/31/2004 | | | |
| 7/12/2004 | 7/12/2004 | 46-037-2004 | Tuskegee Area Chamber of Commerce | 12/31/2004 | | | |
| Total Licenses Issued July 2004 | | | | 7 | | | |
| August-04 | | | | | | | |
| 8/17/2004 | 8/17/2004 | 46-038-2004 | Veterans of Foreign Wars, Harris-Mosley Tressville | 12/31/2004 | | | 36 |
| Total Licenses Issued August 2004 | | | | 1 | | | |
| September-04 | | | | | | | |
| October-04 | | | | | | | |
| November-04 | | | | | | | |
| 11/18/2004 | 11/18/2004 | 46-039-2004 | American Red Cross | 12/31/2004 | | | |
| 11/18/2004 | 11/18/2004 | 46-040-2004 | Care and Share Committee of Macon County | 12/31/2004 | | | 37 |
| Total Licenses Issued November 2004 | | | | 2 | | | |
| December-04 | | | | | | | |
| 12/29/2004 | 1/1/2005 | 46-001-2005 | Tuskegee-Macon County YMCA | 12/31/2005 | | ✓ | 39 |

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| 12/29/2004 | 1/1/2005 | 46-002-2005 | Macon County Board of Education | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-003-2005 | Macon-Russell Community Action Agency | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-004-2005 | St. Joseph School | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-005-2005 | Little Texas Volunteer Fire Dept. | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-006-2005 | Chehaw Volunteer Fire Dept. | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-007-2005 | B&D Cancer Care Center, Inc. | 12/31/2005 | | | |
| 12/28/2004 | 1/1/2005 | 46-008-2005 | Macon County Public Library | 12/31/2005 | | | |
| 12/28/2004 | 1/1/2005 | 46-009-2005 | Boy Scouts of America, Carver District | 12/31/2005 | | | |
| 12/28/2004 | 1/1/2005 | 46-010-2005 | Aid to Inmate Mothers (AIM) | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-011-2005 | Prairie Farms Center | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-012-2005 | Tuskegee Human & Civil Rights & Multicultural Center | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-013-2005 | Interim Care for Seniors | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-014-2005 | Macon County Council on Retardation & Rehabilitation | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-015-2005 | Tuskegee Repertory Theatre, Inc. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-016-2005 | Brownville Volunteer Fire Dept. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-017-2005 | Fort Davis Volunteer Fire Dept. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-018-2005 | Franklin Volunteer Fire Dept. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-019-2005 | Warrior Stand Volunteer Fire Dept., Inc. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-020-2005 | Macon County RSVP (Office) | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-021-2005 | Macon County RSVP | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-022-2005 | Macedonia Community Volunteer Fire Dept. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-023-2005 | Southeast Alabama Sickle Cell Association, Inc. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-024-2005 | Kiwanis Club of Macon County - Tuskegee | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-025-2005 | Ambulatory Behavior Healthcare Center, Inc. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-026-2005 | Shorter Community Outreach | 12/31/2005 | | ✓ | |

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| 12/29/2004 | 1/1/2005 | 46-027-2005 | American Heart Association | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-028-2005 | City of Tuskegee - Senior Citizens Program | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-030-2005 | EAFD & MA - Macon County Indigent Burial Fund | 12/31/2005 | | | |
| 12/29/2004 | 1/1/2005 | 46-031-2005 | Betterment Club for Boys and Girls, Inc. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-032-2005 | Tuskegee-Macon County Headstart | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-033-2005 | Macon County Healthcare Authority | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-034-2005 | Macon County Outreach Modification | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-035-2005 | South East Alabama Self-Help Association, Inc. (Seasha) | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-036-2005 | Town of Notasulga-Notasulga Fire Dept. | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-037-2005 | Tuskegee Area Chamber of Commerce | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-038-2005 | Veterans of Foreign Wars, Harris-Mosley Tressville | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-039-2005 | American Red Cross | 12/31/2005 | | ✓ | |
| 12/29/2004 | 1/1/2005 | 46-040-2005 | Care and Share Committee of Macon County | 12/31/2005 | | ✓ | |

| Total New Licenses Issued in 2004 | 26 |
|---|---|
| Total Licenses Renewed in 2004 | 39 |
| Total Licenses Issued December 2004 | 39 |

39

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| **2005** | | | | | | | |
| **January-05** | | | | | | | |
| **February-05** | | | | | | | |
| 2/7/2005 | 2/7/2005 | 46-041-2005 | Lewis Adams Early Childhood School | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-042-2005 | Notasulga High School | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-043-2005 | South Macon Elementary School | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-044-2005 | Tuskegee Public Elementary School | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-045-2005 | Washington Public Elementary School | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-046-2005 | Deborah Cannon Wolfe High School | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-047-2005 | Booker T. Washington High School | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-048-2005 | Macon County Commission | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-049-2005 | Tuskegee Institute Middle School | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-050-2005 | Macon County Adult Basic Education | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-051-2005 | Harris Barrett Historical School | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-052-2005 | NAACP (Tuskegee-Macon County Branch) | 12/31/2005 | | | |
| 2/27/2005 | 2/7/2005 | 46-053-2005 | Tuskegee Housing Authority | 12/31/2005 | | | |
| 2/7/2005 | 2/7/2005 | 46-054-2005 | Macon County PALS (People Against a Littered State) | 12/31/2005 | | | |
| Total Licenses Issued February 2005 | | | | | | | 14 |
| **March-05** | | | | | | | |
| 4/29/2005 | 4/29/2005 | 46-055-2005 | Macon County Humane Society | 12/31/2005 | | | 53 |
| **April-05** | | | | | | | |
| Total Licenses Issued April 2005 | | | | | | | 1 |
| **May-05** | | | | | | | |
| 5/5/2005 | 5/5/2005 | 46-056-2005 | District 3 Volunteer Fire Dept. | 12/31/2005 | | | |
| 5/11/2005 | 5/11/2005 | 46-057-2005 | World Council of Mayors, Inc. | 12/31/2005 | | | |
| 5/17/2005 | 5/17/2005 | 46-058-2005 | City of Tuskegee | 12/31/2005 | | | 54 |

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| Total Licenses Issued May 2005 | | | | | | | 57 |
| June-05 | | | | | | | |
| 6/14/2005 | 6/14/2005 | 46-059-2005 | Nolasulga Nutrition Center | 12/31/2005 | | | |
| 6/14/2005 | 6/14/2005 | 46-060-2005 | TSCCO, Inc. (Tuskegee School Community Christian Organization) | 12/31/2005 | | | |
| Total Licenses Issued June 2005 | | | | 2 | | | 59 |
| July-05 | | | | | | | |
| August-05 | | | | | | | |
| September-05 | | | | | | | |
| October-05 | | | | | | | |
| November-06 | | | | | | | |
| December-06 | | | | | | | |
| 12/30/2005 | 1/1/2006 | 46-001-2006 | Tuskegee – Macon County YMCA | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-002-2006 | Macon County Board of Education | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-003-2006 | Macon-Russell Community Action Agency | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-004-2006 | St. Joseph School | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-005-2006 | Little Texas Volunteer Fire Dept. | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-006-2006 | Chehaw Volunteer Fire Dept. | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-007-2006 | B&D Cancer Care Center, Inc. | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-008-2006 | Macon County Public Library | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-009-2006 | Boy Scouts of America | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-010-2006 | Aid to Inmate Mothers (AIM) | 12/31/2006 | | ✓ | 59 |

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| 12/30/2005 | 1/1/2006 | 46-011-2006 | Prairie Farms Center | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-012-2006 | Tuskegee Human & Civil Rights & Multicultural | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-013-2006 | Interim Care for Seniors | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-014-2006 | Macon County Council on Retardation & Rehabilitation | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-015-2006 | Tuskegee Repertory Theatre | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-016-2006 | Brownville Volunteer Fire Department | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-017-2006 | Fort Davis Volunteer Fire Dept. | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-018-2006 | Franklin Volunteer Fire Dept. | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-019-2006 | Warrior Stand Volunteer Fire Dept., Inc. | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-020-2006 | AL Coop Extension System (Macon County Office) | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-021-2006 | Macon County RSVP | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-022-2006 | Macedonia Community Volunteer Fire Dept | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-023-2006 | South East Alabama Sickle Cell Association, Inc. | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-024-2006 | Kiwanis Club of Macon County - Tuskegee | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-025-2006 | Ambulatory Behavior Healthcare Center, Inc. | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-026-2006 | Shorter Community Outreach | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-027-2006 | American Heat Association | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-028-2006 | City of Tuskegee - Senior-Citizens Program | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-030-2006 | EAFD & MA - Macon County Indigent Burial Fund | | 8/1/2006 | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-031-2006 | Betterment Club for Boys and Girls, Inc. | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-032-2006 | Tuskegee - Macon County Headstart | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-033-2006 | Macon County Healthcare Authority | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-034-2006 | Macon County Outreach Modification | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-035-2006 | South East Alabama Self-Help Association, Inc. (Seasha) | 12/31/2006 | | ✓ | |

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| 12/30/2005 | 1/1/2006 | 46-036-2006 | Town of Notasulga-Notasulga Fire Dept. | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-037-2006 | Tuskegee Area Chamber of Commerce | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-038-2006 | Veterans of Foreign Wars, Harris-Mosley Trussville | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-039-2006 | American Red Cross | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-040-2006 | Care and Share Committee of Macon County | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-041-2006 | Lewis Adams Early Childhood School | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-042-2006 | Notasulga High School | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-043-2006 | South Macon Elementary School (Closed 8/10/05) MCGP Notified 1/12/06. | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-044-2006 | Tuskegee Public Elementary School | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-045-2006 | Washington Public Elementary School (Closed 1/03/05) MCGP Notified 1/12/06. | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-046-2006 | Deborah Cannon Wolfe High School | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-047-2006 | Booker T. Washington High School | 12/31/2006 | 8/10/2005 | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-048-2006 | Macon County Commission | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-049-2006 | Tuskegee Institute Middle School | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-050-2006 | Macon County Adult Basic Education (Closed 8/01/06) MCGP Notified 8/15/06. | 12/31/2006 | | | |
| 12/30/2005 | 1/1/2006 | 46-051-2006 | Harris Barrett Historical School | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-052-2006 | NAACP (Tuskegee-Macon County Branch) | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-053-2006 | Tuskegee Housing Authority | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-054-2006 | Macon County PALS (People Against a Littered State) | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-055-2006 | Macon County Humane Society | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-056-2006 | District 3 Volunteer Fire Dept. | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-057-2006 | World Council of Mayors, Inc. | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-058-2006 | City of Tuskegee | 12/31/2006 | | ✓ | |
| 12/30/2005 | 1/1/2006 | 46-059-2006 | Notasulga Nutrition Center | 12/31/2006 | | ✓ | |

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| 12/30/2005 | 1/1/2006 | 46-060-2006 | TSCCO, Inc. (Tuskegee School Community Christian Organization) | 12/31/2006 | 1/3/2006 | √ | |

Total Licenses Issued December 2005

Total Licenses Renewed in 2005

Total New Licenses Issued 2005     59

Total Licenses Issued 2005     59

Total Licenses Terminated Effective 2005     20

    1

58

| DATE ISSUED | DATE EFFECTIVE | LICENSE NUMBER | NAME OF ORGANIZATION | DATE EXPIRED | DATE CLOSED | RENEWED | ACTIVE LICENSES |
|---|---|---|---|---|---|---|---|
| **2006** | | | | | | | |
| January-06 | | | | | | | |
| February-06 | | | | | | | |
| **March-06** | | | | | | | |
| 3/20/2006 | 3/20/2006 | 46-061-2006 | Macon County Senior Olympics Organization, Inc. | 12/31/2006 | | | |
| 3/20/2006 | 3/20/2006 | 46-062-2006 | George Washington Carver Elementary School | 12/31/2006 | | | |
| 3/20/2006 | 3/20/2006 | 46-063-2006 | The Food Bank of East Alabama | 12/31/2006 | | | |
| Total Licenses Issued March 2006 | | | | 3 | | | |
| **April-06** | | | | | | | |
| **May-06** | | | | | | | |
| **June-06** | | | | | | | |
| **July-06** | | | | | | | |
| **August-06** | | | | | | | |
| Total New Licenses Effective in 2006 | | | | 3 | | | |
| Total Licenses Canceled Effective 2006 | | | | 2 | | | |

61

59

## PLAINTIFFS' TIMELINE
### *WITH DEFENDANTS' ADDITIONS*[1]

| | |
|---|---|
| ***1993 - 2003*** | ***Fred Gray, Jr. represented Sheriff Warren for at least 10 years. (Affidavit of Fred Gray) (Doc. #62) at p. 2)*** |
| November 4, 2003 | Voters approve Constitutional Amendment 744.  (¶ 32) |
| November 11, 2003 | Meeting between McGregor, Warren, and Fred Gray, Jr.  (¶ 35, 36) |
| November, 2003 | Warren hires Gray, Jr. to draft the rules and regulations consistent with Amendment 744.  (¶ 38) |
| December 5, 2003 | Original Rules and Regulations promulgated.   Required an existing facility with value of $5,000,000.  (¶ 39-40) |
| ***Mid-December 2003*** | ***Paul Bracy of Lucky Palace consults with Sheriff regarding electronic bingo (See Bracy letter to Sheriff (6/15/04) Defendants' Hearing Ex. 2, at p. 1)*** |
| ***December 17, 2003*** | ***12 electronic bingo (Class B) licenses issued to Macon County charities by Sheriff Warren. The first license was issued to the Tuskegee-Macon County YMCA, and the twelfth license was issues to the Tuskegee Human and Civil Rights Multi cultural Center. (Sheriff's chart (Ex. 1 to Defendant's Supplemental Brief) at p. 1)*** |
| December 17, 2003 | License for electronic bingo issued to Tuskegee Human and Civil Rights Multicultural Center – Fred Gray, Sr. (Pres.) And McGregor controlled this entity.  (¶ 83-84) |
| ***January 2004*** | ***14 additional electronic bingo licenses issued to Macon County charities by Sheriff Warren bringing the total to 26. (Sheriff's chart, at p. 2)*** |
| January, 2004 | Lucky Palace assured by sheriff that they could obtain license if they established a qualified location.  (¶ 43) |
| ***March 2004*** | ***Three (3) additional electronic bingo licenses issued to Macon County charities by Sheriff Warren, bringing total to 27. (Sheriff's chart, at p. 2)*** |
| April-May, 2004 | Lucky Palace contracts with charities to operate facility and purchases property to construct same.  (¶ 87) |

---

[1]The information that was contained in the Plaintiff's time line appears in regular type face. ***The information added by Victoryland and McGregor appears in bold and italicized type face.***

| | |
|---|---|
| **Wednesday**<br>**June 2, 2004** | **First Amended and Restated Rules and Regulations for the Licensing and Operation of Bingo Games in Macon County, Alabama issued by Sheriff Warren. (Ex. B. To Third Amended Complaint (Doc. #67-3), at p. 12)** |
| June 2, 2004 | Copy of Amended Rules faxed to McGregor's attorneys. (¶ 45) |
| June 10, 2004 | Tuskegee News – *a weekly paper that runs on Thursdays* – reports existence of Amended Rules – requiring a qualified location worth $15,000,000 and a minimum of 10 applicants. (¶ 46) |
| June, 2004 | Letters to Warren from Lucky Palace and efforts by Lucky Palace to comply. (¶ 48-50) |
| **July 2004** | **Seven (7) additional electronic bingo licenses issued to Macon County charities by Sheriff Warren, bringing the total to 36. (Sheriff's chart, at p. 3)** |
| August 5, 2004 | Letter from Warren saying he did not anticipate any future amendments. (¶ 51) |
| **August 17, 2004** | **An additional electronic bingo license is issued to a Macon County charity by Sheriff Warren, bringing the total to 37. (Sheriff's chart, at p. 3)** |
| November 10, 2004 | Lucky Palace contracts with over 15 charities and *Lucky Palace but not the other Plaintiffs* files application for Class B license – denied due to no existing location. (¶ 52)[2] |
| **November 18, 2004** | **Two additional electronic bingo licenses issued to Macon County charities by Sheriff Warren, bringing the total to 39. (Sheriff's chart, at p. 3)** |
| **December 31, 2004** | **The 39 existing Bingo licenses that are set to expire on December 31, 2004 are renewed effective January 1, 2005. (Sheriff's chart, at pp. 4-5)** |
| January 6, 2005 | Second Amended Rules and Regulations – sixty license maximum. (¶ 54-56). *A total of 39 electronic bingo license have been issued. (Sheriff's chart, at p. 5) The length of an electronic bingo license is extended from one year to five years. (Ex. C. to Third Amended Complaint (Doc. #67-4), at § 4 and Commentary regarding § 4, at p. 13)* |

---

[2]*The other Plaintiffs did not file applications for bingo licenses until July 25, 2005 (Third Amended Complaint (Doc. #67), ¶ 58) by which time the Sheriff had issued an additional 20 electronic bingo licenses to other charities in Macon County, bringing the total number of issued licenses to 59 (Sheriff's chart, at p. 7).*

| March 8, 2005 | Efforts to incorporate Amended Rules into Amendment 744 – failed. (¶ 57) |