**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al.,** ) ) ) ) | |
| Plaintiffs, ) ) | CASE NO.: 3:06-cv-01113-WKW-CSC |
| vs. ) ) | |
| **DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al.,** ) ) ) ) | |
| Defendants. ) | |

### DEFENDANT SHERIFF WARREN'S SUPPLEMENT TO DEFENDANTS' MOTION TO DISMISS

**COMES NOW**, Defendant Sheriff David Warren, who has been sued in his official capacity as Sheriff of Macon County, Alabama, and pursuant to this Court's request for any supplemental material to the Defendants' Motion to Dismiss states as follows:

1. Defendant Sheriff Warren respectfully requests this Court take judicial notice that The Tuskegee News is a weekly publication, published on Thursdays. Legal announcements are due the Friday prior to the date of publication (six days prior to publication). Defendant Sheriff Warren promulgated the First Amended and Restated Rules and Regulations For The Licensing and Operation of Bingo Games in Macon County, Alabama ("the amendment") on June 2, 2004 ( a Wednesday), and furnished the same to the Tuskegee News for publication as a legal announcement. It was published by The Tuskegee News on June 10, 2004. Contrary to Plaintiffs' allegations in paragraphs 44-46 of their Third Amended Complaint, the amended rules were published as quickly as possible in The Tuskegee News and were already promulgated when sent, via facsimile, to Mr. McGregor's attorneys.

2.     Defendant Sheriff Warren respectfully requests this Court take judicial notice that similar to Macon County, Greene County permits bingo and authorizes the Sheriff to regulate its operation. In 2006, the two-term incumbent Sheriff of Greene County, Johnny Isaac, was defeated by write-in candidate, Ison Thomas. Defendant Sheriff Warren also stood for re-election in 2006, defeating two party candidates without a runoff and going on to election without opposing political party opposition. This bolsters the argument that if the people of Macon County are dissatisfied with Sheriff Warren's actions, whether real or perceived, the appropriate remedy is at the ballot box.

**RESPECTFULLY SUBMITTED**, this the 12th day of September, 2007.

/s/   James H. Anderson_____
**JAMES H. ANDERSON [ANDEJ4440]**
**RYAN WESLEY SHAW [SHAWR2475]**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
P.O. Box 1988
Montgomery, AL 36102
(334) 834-5311   Tel.
(334) 834-5362   Fax

**OF COUNSEL:**
Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
GRAY, LANGFORD, SAPP,
  MCGOWAN, GRAY & NATHANSON
P. O. Box 830239
Tuskegee, AL 36083-0239

## CERTIFICATE OF SERVICE

     I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert K. Spotswood, Esq.<br>Michael T. Sansbury, Esq.<br>SPOTSWOOD, SANSOM & SANSBURY L.L.C.<br>940 Concord Center<br>2100 Third Avenue North<br>Birmingham, AL 35213 | William M. Slaughter, Esq.<br>Patricia C. Diak, Esq.<br>Peter John Tepley, Esq.<br>Kristi Doss Driver, Esq.<br>HASKELL, SLAUGHTER, YOUNG, REDIKER, L.L.C.<br>1400 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 |
| John Mark White, Esq.<br>Augusta S. Dowd, Esq.<br>Rebecca DePalma, Esq.<br>WHITE, ARNOLD, ANDREWS & DOWD<br>2025 Third Avenue North<br>Suite 600<br>Birmingham, AL 35203 | John M. Bolton III, Esq.<br>Charlanna White Spencer, Esq.<br>SASSER, BOLTON, STIDHAM & SEFTON, P.C.<br>P. O. Box 242127<br>Montgomery, AL 36124 |
| George Beck, Jr., Esq.<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, Alabama 36102-2069 | |

                                        /s/   James H. Anderson_____
                                        **OF COUNSEL**