IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 3:06-cv-01113-WKW-csc |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**MOTION TO RENDER**
**DEFENDANTS' JOINT MOTION TO COMPEL MOOT**

**COME NOW** Defendants, Macon County Greyhound Park, Inc. d/b/a Victoryland ("Victoryland") and Milton McGregor ("McGregor"), and respectfully move this Honorable Court to render as moot their Joint Motion to Compel (Doc. #65) and as grounds therefore state as follows:

1.   Plaintiffs issued subpoenas to non-parties pursuant to Rule 45 of the Federal Rules of Civil Procedure.

2.   Following repeated requests for copies of documents received by Plaintiffs pursuant to the Rule 45 subpoenas, and Plaintiffs refusal to provide same, Defendants filed a Joint Motion to Compel on June 28, 2007.

3.   On August 31, 2007, Plaintiffs complied with Defendants' request and produced documents Plaintiffs received in response to Rule 45 subpoenas issued to Pebblin W. Warren on

1

February 5, 2007, Countrywide Home Loans, Inc. on April 18, 2007, and Alabama State Employees Credit Union on May 3, 2007.

4.     Plaintiffs production of these documents renders Defendants' Joint Motion to Compel moot.

**WHEREFORE PREMISES CONSIDERED** Defendants respectfully move this Court to render as moot their Joint Motion to Compel the Plaintiffs to make available for copying certain discovery materials produced pursuant to Rule 45 subpoenas herein described.

Respectfully submitted,

s/ J. Mark White
J. Mark White (ASB-5029-H66J)
One of Attorneys for Defendant,
Macon County Greyhound Park, Inc.
d/b/a Victoryland

**OF COUNSEL:**
Augusta S. Dowd (ASB-5274-D58A)
Rebecca G. DePalma (ASB-4105-D57R)
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North, Suite 600
Birmingham, Alabama  35203
Tel:     (205) 323-1888
Fax:    (205) 323-8907
E-mail:  mwhite@waadlaw.com
E-mail:  adowd@waadlaw.com
E-mail:  rdepalma@waadlaw.com

**OF COUNSEL:**
William M. Slaughter (ASB-8283-R67W)
Patricia C. Diak (ASB-9243-K64P)
Peter John Tepley (ASB-1112-T46P)
Khristi Doss Driver (ASB-2719-I71F)
**HASKELL SLAUGHTER YOUNG & REDIKER, LLC**
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
205-251-1000 (telephone)
205-324-1133 (facsimile)
wms@hsy.com
pcd@hsy.com
pt@hsy.com
kdd@hsy.com

                                   s/ John M. Bolton, III.
                                   John M. Bolton, III (ASB-0999-N68J)
                                   One of Attorneys for Defendant Milton McGregor

**OF COUNSEL:**
Charlanna W. Spencer (ASB-6860-R62C)
**SASSER, BOLTON & SEFTON, P.C.**
100 Colonial Bank Boulevard
Suite B201
Montgomery, AL 36117
jbolton@sasserlawfirm.com
cspencer@sasserlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF-participant counsel of record:

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
**Spotswood, Sansom & Sansbury, LLC**
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213
rks@spotswoodllc.com
msansbury@spotswoodllc.com

Fred Gray
Fred Gray, Jr.
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
Tuskegee, AL 36083-0239
fgray@glsmgn.com
fgrayjr@glsmgn.com

James H. Anderson (AND 021)
Ryan Wesley Shaw (SHA 071)
**Beers Anderson Jackson Patty Van Heest & Fawal PC**
P.O. Box 1988
Montgomery, AL  36102
janderson@beersanderson.com
wshaw@beersanderson.com

W. Lewis Garrison
Stephen D. Heninger
Heninger Garrison Davis, L.L.C.
2224 1st Avenue North
Birmingham, AL 35203
steve@hgdlawfirm.com
wlgarrison@hgdlawfirm.com

                                                 s/ J. Mark White
                                                    OF COUNSEL