IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE for FAMILIES & COMMUNITY SERVICE, INC. *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.  3:06cv1113-WKW ) |
| DAVID WARREN, *et al*, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the defendants' motion to compel (doc. # 65) and their motion to render their motion to compel as moot (doc. # 108). Upon consideration of the motions and for good cause, it is

ORDERED that the motion to render the motion to compel moot (doc. # 108) be and is hereby GRANTED and the defendants' motion to compel (doc. # 65) be and is hereby DENIED as moot.

Done this 1st day of October, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE