IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE for FAMILIES & COMMUNITY SERVICE, INC. *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv1113-WKW ) |
| DAVID WARREN, *et al*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiffs' motion to compel production of documents and things (docs. # 106 & 107), it is

ORDERED that on or before October 16, 2007, the opposing parties shall show cause why the motions should not be granted.

Done this 1st day of October, 2007.

        /s/Charles S. Coody
     CHARLES S. COODY
     CHIEF UNITED STATES MAGISTRATE JUDGE