IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 3:06-cv-01113-WKW-csc ) |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO WITHDRAW DEFENDANT'S MOTION TO COMPEL INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND THINGS**

**COMES NOW** Defendant, Macon County Greyhound Park, Inc. d/b/a Victoryland ("Victoryland"), and respectfully moves this Honorable Court to withdraw its Motion to Compel Plaintiff, Lucky Palace LLC, to answer interrogatories and produce documents and things. As grounds therefore Defendant states as follows:

1. Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, Defendant filed a Motion to Compel Interrogatories and Production of Documents and Things on October 11, 2007 (Doc. #116).

2. On October 15, 2007, Plaintiff answered interrogatories and responded to the request for production.

3. Defendant is still reviewing Plaintiff's production, but at this time Defendant seeks to withdraw its Motion to Compel.

1

**WHEREFORE PREMISES CONSIDERED** Defendant respectfully moves this Court to enter an order withdrawing Defendant's Motion to Compel Interrogatories and Production of Documents and Things.

        Respectfully submitted,

        /s/ Augusta S. Dowd.
        Augusta S. Dowd (ASB-5274-D58A)
        One of Attorneys for Defendant,
        Macon County Greyhound Park, Inc.
        d/b/a Victoryland

**OF COUNSEL:**

J. Mark White (ASB-5029-H66J)
Rebecca G. DePalma (ASB-4105-D57R)
**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North, Suite 600
Birmingham, Alabama  35203
Tel:     (205) 323-1888
Fax:    (205) 323-8907
E-mail:  mwhite@waadlaw.com
E-mail:  adowd@waadlaw.com
E-mail:  rdepalma@waadlaw.com

William M. Slaughter, Esq.
Peter J. Tepley, Esq.
**Haskell Slaughter Young & Rediker, LLC**
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
E-mail:  wms@hsy.com
E-mail:  pt@hsy.com

## CERTIFICATE OF SERVICE

       I hereby certify that on this 29th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF-participant counsel of record:

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
**Spotswood, Sansom & Sansbury, LLC**
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213
rks@spotswoodllc.com
msansbury@spotswoodllc.com

Fred Gray
Fred Gray, Jr.
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
Tuskegee, AL 36083-0239
fgray@glsmgn.com
fgrayjr@glsmgn.com

James H. Anderson (AND 021)
Ryan Wesley Shaw (SHA 071)
**Beers Anderson Jackson Patty Van Heest & Fawal PC**
P.O. Box 1988
Montgomery, AL 36102
janderson@beersanderson.com
wshaw@beersanderson.com

John M. Bolton, III.
Charlanna W. Spencer
**Sasser, Bolton & Sefton, P.C.**
100 Colonial Bank Boulevard
Suite B201
Montgomery, AL 36117
jbolton@sasserlawfirm.com
cspencer@sasserlawfirm.com

W. Lewis Garrison
Stephen D. Heninger
**Heninger Garrison Davis, L.L.C.**
2224 1st Avenue North
Birmingham, AL 35203
wlgarrison@hgdlawfirm.com
steve@hgdlawfirm.com

                                      /s/ Augusta S. Dowd.
                                      OF COUNSEL