IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HOPE for FAMILIES & | ) | |
| COMMUNITY SERVICE, INC. *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:06cv1113-WKW |
| | ) | |
| DAVID WARREN, *et al*, | ) | |
| | ) | |
|     Defendants. | ) | |

**O R D E R**

Now pending before the court is the defendants' motion to withdraw (doc. # 119) their

previously filed motion to compel (doc. # 116).  Upon consideration of the motion and for

good cause, it is

ORDERED that the motion to withdraw (doc. # 119) their previously filed motion to

compel (doc. # 116) be and is hereby GRANTED.

Done this 30th day of October, 2007.

              /s/Charles S. Coody
             CHARLES S. COODY
             CHIEF UNITED STATES MAGISTRATE JUDGE