IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., ) ) ) PLAINTIFFS, ) ) v. ) ) DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., ) ) ) ) DEFENDANTS. ) | CASE NO.: 3:06-cv-01113-WKW-WC |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Milton E. McGregor states that:

There are no reportable entities that he is required to disclose under General Order No. 3047.

Respectfully submitted,

s/ John M. Bolton, III
John M. Bolton, III
Bar No. ASB-0999-N68J
Charlanna W. Spencer
Bar No. ASB-6860-R62C
Attorneys for Milton E. McGregor
Sasser, Bolton & Sefton, P.C.

100 Colonial Bank Boulevard, Suite B201  
Montgomery, AL 36117  
Telephone: (334) 532-3400  
Facsimile: (334) 532-3434  
Email: jbolton@sasserlawfirm.com  
cspencer@sasserlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF-participant counsel of record:

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
Spotswood, Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213

Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray
& Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter J. Tepley, Esq.
Khristi Doss Driver, Esq.
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Augusta S. Dowd, Esq.
J. Mark White, Esq.
Rebecca DePalma, Esq.
White Arnold Andrews & Dowd P.C.
2025 Third Avenue North, Suite 600
Birmingham, AL 35203

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
Beers, Anderson, Jackson, Patty,
Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, AL 36102

Stephen D. Heninger, Esq.
W. Lewis Garrison, Jr., Esq.
Heninger Garrison Davis, L.L.C.
2224 1st Avenue North
Birmingham, AL 35203

George L. Beck, Jr., Esq.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Al 36102-2068

Ronald G. Davenport, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101-0270

                        s/ John M. Bolton, III
                        John M. Bolton, III
                        Bar No. ASB-0999-N68J
                        Charlanna W. Spencer
                        Bar No. ASB-6860-R62C
                        Sasser, Bolton & Sefton, P.C.
                        100 Colonial Bank Boulevard, Suite B201
                        Montgomery, AL 36117
                        Telephone:  (334) 532-3400
                        Facsimile:   (334) 532-3434
                        Email:  jbolton@sasserlawfirm.com
                                      cspencer@sasserlawfirm.com