IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* )<br>)<br>Plaintiffs,    )<br>v.                          )<br>)<br>DAVID WARREN, *et al.*,   )<br>)<br>Defendants.    ) | CASE NO. 3:06-CV-1113-WKW |

## **ORDER**

Before the court is a Notice of Dismissal (Doc. # 123) filed by Plaintiffs Notasulga High School PTSA and Tuskegee National Alumni Association, which the court construes as a motion to dismiss. It is ORDERED that the motion is GRANTED.

DONE this 28th day of November, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE