**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al.,** ) ) ) | |
| Plaintiffs, ) | CASE NO.: 3:06-cv-01113-WKW-CSC |
| ) vs. ) ) | |
| **DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al.,** ) ) ) ) | |
| **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW**, Sheriff David Warren (hereinafter "Warren"), a Defendant in the above-captioned matter, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 00-3047:

1) Defendant Warren is an individual.

**RESPECTFULLY SUBMITTED** this the 4th day of December, 2007.

/s/ Wes Shaw
**JAMES H. ANDERSON [ANDEJ4440]**
**RYAN WESLEY SHAW [SHAWR2475]**
Beers, Anderson, Jackson,
  Patty & Fawal, P.C.
P. O. Box 1988
Montgomery, AL 36102-1988
TEL: (334) 834-5311 / FAX: (334) 834-5362
Email: Janderson@beersanderson.com
       Wshaw@beersanderson.com
Attorneys for Defendant David Warren

**OF COUNSEL:**
Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
GRAY, LANGFORD, SAPP,
  MCGOWAN, GRAY & NATHANSON
P. O. Box 830239
Tuskegee, AL 36083-0239

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **CONFLICT DISCLOSURE STATEMENT** has been served upon all parties to this action by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
SPOTSWOOD, SANSOM & SANSBURY, L.L.C.
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
SASSER, BOLTON, STIDHAM & SEFTON, P.C.
P. O. Box 242127
Montgomery, AL 36124

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca DePalma, Esq.
WHITE, ARNOLD, ANDREWS & DOWD, P.C.
2025 Third Avenue North
Suite 600
Birmingham, AL 35203

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Kristi Doss Driver, Esq.
HASKELL, SLAUGHTER, YOUNG,
  REDIKER, L.L.C.
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Stephen D. Heninger, Esq.
HENINGER, GARRISON, DAVIS, L.L.C.
2224 1st Avenue North
Birmingham, AL 35203

George L. Beck, Jr., Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street
P. O. Box 2069
Montgomery, AL 36102-2069

on this the 4th day of December, 2007.

/s/ Wes Shaw
**OF COUNSEL**