IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & <br> COMMUNITY SERVICES, INC., et al., <br> <br> Plaintiffs, <br> <br> v. <br> <br> DAVID WARREN, in his Official <br> Capacity as the SHERIFF OF MACON <br> COUNTY, et al., <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   Case No.: 3:06-cv-01113-WKW-csc <br> * <br> * <br> * <br> * <br> * |

### NOTICE OF LIMITED APPEARANCE

Comes now Ronald G. Davenport, Attorney at Law, and files a Notice of Limited Appearance, as additional counsel along with Attorney George L. Beck, Jr., on behalf of "Relevant Non-Parties" listed as Fred Gray, Sr.; Fred Gray, Jr.; and Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson as alleged in the Third Amended Complaint filed herein.

Respectfully submitted this the 28 December 2007.

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
One of the Attorneys for "Relevant
Non-Parties"

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the AlaFile electronic filing system and have also served a copy on the following by e-filing or mailing the same by United States mail properly addressed and first class postage prepaid:

Stephen D. Heninger, Esq.
W. Lewis Garrison, Jr., Esq.
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
Spotswood Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203-3329

Fred David Gray, Esq.
Fred David Gray, Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray,
   Gray & Nathanson, PC
P. O. Box 830239
Tuskegee, AL 36083-0239

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca DePalma, Esq.
White, Arnold, Andrews & Dowd
2025 Third Avenue North, Ste. 600
Birmingham, AL 35203

John M. Bolton, III, Esq.
Charlanna White Spencer, Esq.
Sasser, Bolton & Sefton, PC
P. O. Box 242127
Montgomery, AL 36124-2127

George L. Beck, Jr., Esq.
Capell Howard, PC
P. O. Box 2069
Montgomery, AL 36102-2069

      James H. Anderson, Esq.
      Ryan Wesley Shaw, Esq.
      Beers, Anderson, Jackson, Patty,
        Van Heest & Fawal, PC
      P. O. Box 1988
      Montgomery, AL 36102

      William M. Slaughter, Esq.
      Patricia C. Diak, Esq.
      Peter John Tepley, Esq.
      Khristi Doss Driver, Esq.
      Haskell, Slaughter, Young & Rediker, LLC
      1400 Park Place Tower
      2001 Park Place North
      Birmingham, AL 35203

                                        <u>/s/ Ronald G. Davenport</u>
                                        OF COUNSEL