IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., <br>     Plaintiffs, <br><br> v. <br><br> DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., <br>     Defendants. | Case No.: 3:06-cv-01113-WKW-WC |

## NOTICE OF APPEARANCE

Comes now Gayle Douglas of the law firm HENINGER GARRISON DAVIS, LLC located at 2224 First Avenue North, Birmingham, Alabama 35203, and files this entry of appearance as additional attorney of record on behalf of the plaintiff, Lucky Palace, LLC.

                                               Respectfully submitted,

                                               s/Gayle Douglas
                                               Gayle Douglas [ASB6971E63D]
                                               Heninger Garrison Davis, LLC
                                               P. O. Box 11310
                                               Birmingham, Alabama 35202
                                               Telephone: (205) 326-3336
                                               Facsimile:  (205) 326-3332
                                               E-mail:  gdouglas@hgdlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred David Gray, Esq.
Fred David Gray Jr., Esq.
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
Telephone:   (334) 269-2563
Facsimile:   (334) 269-2959
E-mail:       fgray@glsmgn.com
              jbibb@glsmgn.com
              fgrayjr@glsmgn.com
              thalia@glsmgn.com
(Attorney for Sheriff Warren)

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
BEERS, ANDERSON, JACKSON, PATTY,
VAN HEEST & FAWAL PC
P.O. Box 1988
Montgomery, AL  36102
Telephone:   (334) 834-5311
Facsimile:   (334) 834-5362
E-mail:       janderson@beersanderson.com
              wshaw@beersanderson.com
(Attorney for Sheriff Warren)

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca G. DePalma, Esq.
WHITE, ARNOLD, ANDREWS & DOWD
2025 Third Avenue North Suite 600
Birmingham, AL  35203
Telephone:   (205) 323-1888
Facsimile:   (205) 323-8907
E-mail:       mwhite@waadlaw.com
              adowd@waadlaw.com
              rdepalma@waadlaw.com
(Attorneys for Macon County Greyhound Park, Inc.)

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Khristi Doss Driver, Esq.
HASKELL, SLAUGHTER, YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
Telephone:    (205) 251-1000
Facsimile:    (205) 324-1133
E-mail:        wms@hsy.com
            pcd@hsy.com
            pt@hsy.com
            kdd@hsy.com
(Attorneys for Macon County Greyhound Park, Inc.)

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
SASSER, BOLTON & SEXTON PC
PO Box 242127
Montgomery, AL 36124-2127
Telephone:    (334) 532-3400
Facsimile:    (334) 532-3434
E-mail:        jbolton@sasserlawfirm.com
            cspencer@sasserlawfirm.com
(Attorneys for McGregor)

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
SPOTSWOOD SANSOM & SANBURY, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 5203-3329
Telephone:    (205) 986-3620
Facsimile:    (205) 986-3639
E-mail:        rks@spotswoodllc.com
            msansbury@spotswoodllc.com
(Attorney for other Plaintiffs)

George L. Beck, Jr., Esq.
CAPELL & HOWARD, PC
150 South Perry Street
PO Box 2069
Montgomery, AL 36102-2-69
Telephone:   (334) 241-8002
Facsimile:   (334) 241-8202
E-mail:       glb@chlaw.com
(Attorney for Fred D. Gray; Fred D. Gray, Jr.;
Gray, Langford, Sapp, McGown, Gray, Gray & Nathanson)

Ronald G. Davenport, Esq.
RUSHTON, STAKELY, JOHNSTON, & GARRETT
184 Commerce Street
PO Box 270
Montgomery, AL 36101
Telephone:   (334) 206-3100
Facsimile:   (334) 481-0804
E-mail:       RGD@RSJG.com
(Attorney for Fred D. Gray, Jr.)


   And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

                                s/Gayle Douglas
                                Gayle Douglas [ASB6971E63D]
                                Heninger Garrison Davis, LLC
                                P. O. Box 11310
                                Birmingham, Alabama 35202
                                Telephone: (205) 326-3336
                                Facsimile: (205) 326-3332
                                E-mail:  gdouglas@hgdlawfirm.com