IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v.  ) <br> ) <br> DAVID WARREN, in his Official Capacity ) <br> as the SHERIFF OF MACON COUNTY, ) <br> et al., ) <br> ) <br> DEFENDANTS. ) | CASE NO.: 3:06-cv-01113-WKW-WC |

## COUNSEL'S NOTICE OF CHANGE OF ADDRESS

COMES NOW John M. Bolton, III, one of the attorneys for the Defendant, Milton McGregor, formerly with the law firm of Sasser, Bolton & Sefton, P.C., and advises the Court, Clerk and all counsel of record of his change of address. Counsel's new address is as follows:

> Hill, Hill, Carter, Franco, Cole & Black, P.C.
> 425 S. Perry Street
> Montgomery, AL 36104
> Ph.: 334-834-7600 (main)
> Ph.: 334-386-4345 (direct)
> Fax: 334-263-5969 (fax)
> Email: jbolton@hillhillcarter.com

> Respectfully submitted,

> s/ John M. Bolton, III
> John M. Bolton, III (ASB-0999-N68J)
> Counsel for Defendant,
> Milton McGregor

OF COUNSEL:
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 S. Perry Street
Montgomery, AL 36104
Ph.: 334-834-7600 (main)
Ph.: 334-386-4345 (direct)
Fax: 334-263-5969 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
Spotswood, Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213

Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray
& Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter J. Tepley, Esq.
Khristi Doss Driver, Esq.
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203

Augusta S. Dowd, Esq.
J. Mark White, Esq.
Rebecca DePalma, Esq.
White Arnold Andrews & Dowd P.C.
2025 Third Avenue North
Suite 600
Birmingham, Alabama  35203

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
Beers, Anderson, Jackson, Patty,
Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, AL 36102

Stephen D. Heninger, Esq.
W. Lewis Garrison, Jr., Esq.
Heninger Garrison Davis, L.L.C.
2224 1st Avenue North
Birmingham, AL 35203

George L. Beck, Jr., Esq.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Al 36102-2068

Ronald G. Davenport, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101-0270

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None.

    s/ John M. Bolton, III
    John M. Bolton, III (ASB-0999-N68J)
    Hill, Hill, Carter, Franco, Cole & Black, P.C.
    425 S. Perry Street
    Montgomery, AL 36104
    Ph.: 334-834-7600 (main)
    Ph.: 334-386-4345 (direct)
    Fax: 334-263-5969 (fax)
    Email: jbolton@hillhillcarter.com