IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., <br>     Plaintiffs, <br><br> v. <br><br> DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., <br>     Defendants. | Case No.: 3:06-cv-01113-WKW-WC |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned has this date served on counsel for all parties the following:

(X)   **PLAINTIFF, LUCKY PALACE, LLC'S, NOTICE TO TAKE DEPOSITION**

                                        Respectfully submitted,

                                        s/Stephen D. Heninger
                                        Stephen D. Heninger [ASB5227E68S]
                                        Heninger Garrison Davis, LLC
                                        P. O. Box 11310
                                        Birmingham, Alabama 35202
                                        Telephone:   (205) 326-3336
                                        Facsimile:    (205) 326-3332
                                        E-mail:        sheninger@hgdlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred David Gray, Esq.
Fred David Gray Jr., Esq.

GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
Telephone:     (334) 269-2563
Facsimile:     (334) 269-2959
E-mail:          fgray@glsmgn.com
                     jbibb@glsmgn.com
                     fgrayjr@glsmgn.com
                     thalia@glsmgn.com

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
BEERS, ANDERSON, JACKSON, PATTY,
VAN HEEST & FAWAL PC
P.O. Box 1988
Montgomery, AL  36102
Telephone:     (334) 834-5311
Facsimile:     (334) 834-5362
E-mail:          janderson@beersanderson.com
                     wshaw@beersanderson.com

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca G. DePalma, Esq.
WHITE, ARNOLD, ANDREWS & DOWD, PC
2025 Third Avenue North Suite 600
Birmingham, AL  35203
Telephone:     (205) 323-1888
Facsimile:     (205) 323-8907
E-mail:          mwhite@waadlaw.com
                     adowd@waadlaw.com
                     rdepalma@waadlaw.com


William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Khristi Doss Driver, Esq.
HASKELL, SLAUGHTER, YOUNG & REDIKER, LLC
1400 Park Place Tower

2001 Park Place North
Birmingham, AL 35203
Telephone: (205) 251-1000
Facsimile: (205) 324-1133
E-mail: wms@hsy.com
pcd@hsy.com
pt@hsy.com
kdd@hsy.com

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
SASSER, BOLTON & SEFTON PC
PO Box 242127
Montgomery, AL 36124-2127
Telephone: (334) 532-3400
Facsimile: (334) 532-3434
E-mail: jbolton@sasserlawfirm.com
cspencer@sasserlawfirm.com

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
SPOTSWOOD SANSOM & SANBURY, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 5203-3329
Telephone: (205) 986-3620
Facsimile: (205) 986-3639
E-mail: rks@spotswoodllc.com
msansbury@spotswoodllc.com

George L. Beck, Jr., Esq.
CAPELL & HOWARD, PC
150 South Perry Street
PO Box 2069
Montgomery, AL 36102-2-69
Telephone: (334) 241-8002
Facsimile: (334) 323-8888
E-mail: glb@chlaw.com

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

_____
STEPHEN D. HENINGER [ASB5227E685]
Attorney for Lucky Palace, LLC
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Phone:          (205) 326-3336
Fax:             (205) 326-3332
E-mail:         sheninger@hgdlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., <br>     Plaintiffs, <br> <br> v. <br> <br> DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., <br>     Defendants. | Case No.: 3:06-cv-01113-WKW-WC |

**PLAINTIFF, LUCKY PALACE, LLC'S, NOTICE TO TAKE DEPOSITION**

TO:    Peter John Tepley, Esq.
         HASKELL, SLAUGHTER, YOUNG & REDIKER, LLC
         1400 Park Place Tower
         2001 Park Place North
         Birmingham, AL  35203

    Please take notice that plaintiff will, by oral examination, take the video testimony via teleconference of the deponent whose name is listed below, for the purpose of discovery and/or for use as evidence in the action before a court reporter or before some other duly qualified officer, in accordance with the Federal Rules of Civil Procedure.  The oral examination will continue until completed.

        **DEPONENT:**    **Fred D. Gray, Jr.**

        **TIME:**    To Be Determined by parties and counsel for Fred D. Gray, Jr.

        **DATE:**    To Be Determined by parties and counsel for Fred D. Gray, Jr.

        **LOCATION:**    To Be Determined by parties and counsel for Fred D. Gray, Jr.

                              _____
                                STEPHEN D. HENINGER [ASB5227E685]
                                Attorney for Lucky Palace, LLC
                                HENINGER GARRISON DAVIS, LLC
                                2224 1st Avenue North
                                Birmingham, Alabama 35203
                                Phone:    (205) 326-3336
                                Fax:    (205) 326-3332

         E-mail:  sheninger@hgdlawfirm.com

### CERTIFICATE OF SERVICE

  I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred David Gray, Esq.
Fred David Gray Jr., Esq.
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
Telephone: (334) 269-2563
Facsimile: (334) 269-2959
E-mail:  fgray@glsmgn.com
     jbibb@glsmgn.com
     fgrayjr@glsmgn.com
     thalia@glsmgn.com

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
BEERS, ANDERSON, JACKSON, PATTY,
VAN HEEST & FAWAL PC
P.O. Box 1988
Montgomery, AL  36102
Telephone: (334) 834-5311
Facsimile: (334) 834-5362
E-mail:  janderson@beersanderson.com
     wshaw@beersanderson.com

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca G. DePalma, Esq.
WHITE, ARNOLD, ANDREWS & DOWD, PC
2025 Third Avenue North Suite 600
Birmingham, AL  35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
E-mail:  mwhite@waadlaw.com
     adowd@waadlaw.com
     rdepalma@waadlaw.com

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Khristi Doss Driver, Esq.
HASKELL, SLAUGHTER, YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
Telephone:	(205) 251-1000
Facsimile:	(205) 324-1133
E-mail:	wms@hsy.com
	pcd@hsy.com
	pt@hsy.com
	kdd@hsy.com

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
SASSER, BOLTON & SEFTON PC
PO Box 242127
Montgomery, AL 36124-2127
Telephone:	(334) 532-3400
Facsimile:	(334) 532-3434
E-mail:	jbolton@sasserlawfirm.com
	cspencer@sasserlawfirm.com

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
SPOTSWOOD SANSOM & SANBURY, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 5203-3329
Telephone:	(205) 986-3620
Facsimile:	(205) 986-3639
E-mail:	rks@spotswoodllc.com
	msansbury@spotswoodllc.com

George L. Beck, Jr., Esq.
CAPELL & HOWARD, PC
150 South Perry Street
PO Box 2069
Montgomery, AL 36102-2-69
Telephone:	(334) 241-8002
Facsimile:	(334) 323-8888
E-mail:	glb@chlaw.com

     And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

                                                STEPHEN D. HENINGER [ASB5227E685]  
                                                Attorney for Lucky Palace, LLC  
                                                HENINGER GARRISON DAVIS, LLC  
                                                2224 1st Avenue North  
                                                Birmingham, Alabama 35203  
                                                Phone:      (205) 326-3336  
                                                Fax:        (205) 326-3332  
                                                E-mail:     sheninger@hgdlawfirm.com