IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE for FAMILIES & COMMUNITY SERVICE, INC. *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.  3:06cv1113-WKW ) |
| DAVID WARREN, *et al*, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court are the following motions: the plaintiffs' motion to compel production of documents and things (doc. # 42) filed on May 23, 2007; the plaintiffs' motion to compel production of documents and things (doc. # 106) filed on September 28, 2007; the plaintiffs' motion to compel production of documents and things (doc. # 107) filed on September 28, 2007; the plaintiffs' motion to compel the production of documents (doc. # 134) filed on December 21, 2007; the plaintiffs' motion to compel the production of documents (doc. # 135) filed on December 21, 2007; the plaintiffs' motion to compel the production of documents (doc. # 136) filed on December 21, 2007; plaintiff Lucky Palace's motion to compel answers to interrogatories (doc. # 141) filed on January 22, 2008; plaintiff Lucky Palace's motion to compel answers to interrogatories (doc. # 142) filed on January 22, 2008; plaintiff Lucky Palace's motion to compel answers to interrogatories (doc. # 143) filed on January 22, 2008; motion to partially quash Rule 45 subpoena served on Fred Gray, Jr. (doc. # 85) filed on August 16, 2007; motion to partially quash Rule 45 subpoena served on

Fred Gray, Sr. (doc. # 86) filed on August 16, 2007; and motion to partially quash Rule 45 subpoena served on Gray, Langford, Sapp, McGowan, Gray, Gray and Nathanson (doc. # 87) filed on August 16, 2007.  Upon consideration of the motions, and for good cause, it is

ORDERED as follows that:

1. The opposing parties shall, if a response has not yet been filed, file a written response showing cause why the motions should not be granted on or before March 24, 2008.

2. The parties may, but are not required to, file any additional briefs or material in support of or in opposition to any of the pending motions.

3. Oral argument on the pending motions be and is hereby SET for 10:00 a.m. on March 28, 2008 in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

4. On or before March 26, 2008, the parties shall **meet face to face to confer** in a good faith effort to resolve these issues.

Done this 13th day of March, 2008.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE