IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE for FAMILIES & COMMUNITY SERVICE, INC. *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv1113-WKW ) |
| DAVID WARREN, *et al*, | ) ) |
| Defendants. | ) |

**ORDER**

On March 17, 2008, non-parties Gray, Langford, Sapp, McGowan, Gray, Gray and Nathanson, Fred D. Gray, and Fred D. Gray, Jr., filed a motion to quash a deposition notice, or in the alternative, motion for a protective order (doc. # 150). The court has previously set other discovery motions for oral argument on March 28, 2008 at 10:00 a.m. Upon consideration of the motion to quash, or in the alternative, motion for a protective order (doc. # 150), and for good cause, it is

ORDERED as follows that:

1. The opposing parties shall show cause on or before March 26, 2008, why the motion should not be granted.

2. Oral argument on the pending motion be and is hereby SET for 10:00 a.m. on March 28, 2008 in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. The deposition for which the subpoena is issued be and is hereby STAYED pending the court's resolution of the motion to quash which shall take place in further proceedings before this court.

Done 17th this day of March, 2008.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE