**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al.,** | ) ) ) | **Case No.: 3:06-cv-01113-WKW-csc** |
| **Plaintiffs,** | ) ) ) | |
| **v.** | ) ) | |
| **DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al.,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

**MOTION FOR PERMISSION**
**TO FILE CERTAIN CONFIDENTIAL DOCUMENTS UNDER SEAL**

Defendant Macon County Greyhound Park, Inc. d/b/a Victoryland ("Victoryland") moves for the Court for permission to file under seal certain documents that it anticipates filing in support of its Motion for a Preliminary Injunction. The grounds for this motion are as follows:

1. Pursuant to the Court's Order, Victoryland is to file any materials in support of its Opposition to Lucky Palace's Motion to Compel by March 24, 2008. (Doc. #149).

2. Victoryland anticipates filing, as exhibits to its submission, materials that have been obtained by subpoena from Libra Securities and Libra Securities Holdings and that have been designated by Lucky Palace and the Libra entities as confidential documents.

3.    This Court entered a Protective Order whereby the parties were able to designate certain documents as being confidential pursuant to that Order.  Under the terms of the Protective Order, Victoryland is required to file any such designated documents under seal. (Doc. #105).

4.    Victoryland desires to abide by the terms of the Protective Order and seeks the Court's permission to file under seal any documents that Victoryland is required to so file under the terms thereof.

5.    The documents that Victoryland seeks to file under seal are an email marked confidential and four drafts of or actual presentations to potential investors that have also been marked confidential. These documents will be submitted as exhibits A through F to the Affidavit of Peter Tepley, which will briefly describe the documents being submitted under seal and why Victoryland has submitted them.

For the reasons set forth above, Victoryland requests that the Court grant it permission to file under seal the Affidavit of Peter Tepley and the confidential documents that will be contained in the exhibits to that Affidavit and to direct the Clerk of Court to accept such under-seal filings.

Respectfully submitted this 24th day of March, 2008.

s/Khristi Doss Driver

Khristi Doss Driver, One of the Attorneys for Macon County Greyhound Park, Inc.

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & REDIKER, LLC**
William M. Slaughter
Patricia C. Diak
Peter J. Tepley
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
205-251-1000 (telephone)
205-324-1133 (facsimile)

**WHITE, ARNOLD, ANDREWS & DOWD**
John Mark White mwhite@waadlaw.com
Augusta S. Dowd adowd@waadlaw.com
Rebecca DePalma rdepalma@waadlaw.com
2025 Third Avenue North, Suite 600
Birmingham, AL  35203
205-323-1888 (telephone)
205-323-8907 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that I have served a copy of the foregoing on the following counsel of record by filing a copy of it through the Court's electronic filing system on this 24th day of March, 2008.

James H. Anderson
Ryan Wesley Shaw
Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, AL  36102
janderson@beersanderson.com
wshaw@beersanderson.com

Fred D. Gray, Sr.
Fred D. Gray, Jr.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL  36083-0239
fgray@glsmgn.com
fgrayjr@glsmgn.com

Robert K. Spotswood
Michael T. Sansbury
Spotswood, Sansom & Sansbury, L.L.C.
940 Concord Center
2100 Third Avenue North
Birmingham, AL  35203
rks@spotswoodllc.com
msansbury@spotswoodllc.com

John M. Bolton, III
Charlanna White Spencer
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 S. Perry Street
Montgomery, AL  36104
jbolton@hillhillcarter.com
cspencer@hillhillcarter.com

W. Lewis Garrison
Stephen D. Heninger
Heninger Garrison Davis, L.L.C.
2224 1st Avenue North
Birmingham, AL 35203
wlgarrison@hgdlawfirm.com
steve@hgdlawfirm.com

George L. Beck, Jr.
Capell Howard, PC
P.O. Box 2069
Montgomery, AL 36102-2069
glb@chlaw.com

Ronald G. Davenport
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101
rgd@rsjg.com

s/Khristi Doss Driver
Of Counsel