IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al.,** ) ) ) | Case No.: 3:06-cv-01113-WKW-csc |
| **Plaintiffs,** ) ) | |
| v. ) ) | |
| **DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al.,** ) ) ) ) | |
| **Defendants.** ) | |

## NOTICE OF FILING AFFIDAVIT OF S. LEE YATES

Defendant Macon County Greyhound Park, Inc. hereby files the Affidavit of S. Lee Yates (a copy of which is attached hereto) in opposition of Plaintiffs' motions to compel, including but not limited to the following:

(1) Plaintiff Lucky Palace, LLC's Motion to Compel Answers to Interrogatories by Defendant Macon County Greyhound Park, Inc. (Doc. # 142); and

(2) Plaintiff Lucky Palace, LLC's Motion to Compel Production of Documents and Things from Macon County Greyhound Park, Inc. (Doc. # 143).

Respectfully submitted this 24th day of March, 2008.

                                          /s/ Peter J. Tepley
                                          Peter J. Tepley, One of the Attorneys for
                                          Macon County Greyhound Park, Inc.

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & REDIKER, LLC**
William M. Slaughter
Patricia C. Diak
Peter J. Tepley
Khristi Doss Driver
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
205-251-1000 (telephone)
205-324-1133 (facsimile)

**WHITE, ARNOLD, ANDREWS & DOWD**
John Mark White mwhite@waadlaw.com
Augusta S. Dowd adowd@waadlaw.com
Rebecca DePalma rdepalma@waadlaw.com
2025 Third Avenue North, Suite 600
Birmingham, AL  35203
205-323-1888 (telephone)
205-323-8907 (facsimile)

**CERTIFICATE OF SERVICE**

　　I hereby certify that I have served a copy of the foregoing answer on the following counsel of record by filing a copy of it through the Court's electronic filing system on this 24th day of March, 2008.

James H. Anderson
Ryan Wesley Shaw
Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, AL  36102
janderson@beersanderson.com
wshaw@beersanderson.com

Fred D. Gray, Sr.
Fred D. Gray, Jr.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL  36083-0239
fgray@glsmgn.com
fgrayjr@glsmgn.com

Robert K. Spotswood

Michael T. Sansbury
Spotswood, Sansom & Sansbury, L.L.C.
940 Concord Center
2100 Third Avenue North
Birmingham, AL  35203
rks@spotswoodllc.com
msansbury@spotswoodllc.com

John M. Bolton, III
Charlanna White Spencer
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 S. Perry Street
Montgomery, AL  36104
jbolton@hillhillcarter.com
cspencer@hillhillcarter.com

W. Lewis Garrison
Stephen D. Heninger
Heninger Garrison Davis, L.L.C.
2224 1st Avenue North
Birmingham, AL 35203
wlgarrison@hgdlawfirm.com
steve@hgdlawfirm.com

George L. Beck, Jr.
Capell Howard, PC
P.O. Box 2069
Montgomery, AL 36102-2069
glb@chlaw.com

Ronald G. Davenport
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101
rgd@rsjg.com

                                            /s/ Peter J. Tepley
                                            Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al.,<br><br>Defendants. | )<br>)<br>)   Case No.: 3:06-cv-01113-WKW-csc<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STATE OF ALABAMA        )
COUNTY OF JEFFERSON   )

### AFFIDAVIT OF S. LEE YATES

1. My name is S. Lee Yates. I am over the age of twenty-one and am competent to give this affidavit. I have personal knowledge of the matters discussed herein.

2. I am the Chief Financial Officer ("CFO") for Macon County Greyhound Park, Inc. d/b/a Victoryland ("MCGP"). As CFO for MCGP, I am familiar with the corporate structure of MCGP, MCGP's financial records and information concerning electronic bingo, and how MCGP handles that information.

3. MCGP is a private, closely-held corporation.

4. MCGP treats its financial information regarding electronic bingo, including but not limited to, gross revenues from bingo or net profits derived from bingo, as confidential corporate information.

4. MCGP's financial information concerning electronic bingo, including but not limited to, gross revenues from bingo or net profits derived from bingo, is compiled for the

business purposes of MCGP and is intended for use by MCGP in its bingo operations.

5.   MCGP's financial information concerning electronic bingo, including but not limited to, gross revenues from bingo or net profits derived from bingo, is taken from internal sources and combined and compiled using computer software programs, which in turn are used to generate reports on that financial information.

6.   MCGP does not share its financial information concerning electronic bingo, including but not limited to, gross revenues from bingo or net profits derived from bingo, with the public. Nor does it make this information publicly known to the gaming industry.

7.   MCGP's financial information concerning electronic bingo, including but not limited to, gross revenues from bingo or net profits derived from bingo, would not be readily ascertained from publicly-available information.

8.   MCGP, which does not share its financial information concerning electronic bingo with others, protects this information and takes steps to make sure that this information is kept private and confidential and not distributed.

9.   MCGP's financial information concerning electronic bingo, including but not limited to, gross revenues from bingo or net profits derived from bingo, has significant economic value to MCGP and would be of significant economic value to MCGP's competitors.

FURTHER THE AFFIANT SAITH NOT.

_____
S. Lee Yates

Sworn to and subscribed before me, notary public in and for said county and state, on this the 24 day of March, 2008.

_____
Notary Public     Fredria L. Souza

My commission expires: May 6, 2009