IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE for FAMILIES & COMMUNITY SERVICE, INC. *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO. 3:06cv1113-WKW<br>) |
| DAVID WARREN, *et al*, | )<br>) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the March 24, 2008, motion to seal (doc. # 157) filed by defendant Macon County Greyhound Park, Inc., d/b/a Victoryland. On September 20, 2007, the court entered a protective order permitting the parties to file documents under seal. *See* Doc. # 105 at 3, ¶ 7. Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motion to seal (doc. # 157) be and is hereby DENIED as moot. The Clerk of the Court is DIRECTED to file the pertinent documents under seal.

Done this 31st day of March, 2008.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE