IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-CV-1113-WKW |
| | ) |
| DAVID WARREN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that an on-the-record scheduling conference is SET for **April 23, 2008, at 2:30 p.m.**, in the Third Floor Conference Room, Room 302, of the United States Courthouse. Trial counsel shall attend and be prepared to address a special trial setting and all potential deadlines in detail.

DONE this 3rd day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE