IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE for FAMILIES & COMMUNITY SERVICE, INC. *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv1113-WKW ) |
| DAVID WARREN, *et al*, | ) ) ) |
| Defendants. | ) |

**ORDER**

On March 28, 2008, the court heard oral argument on the pending discovery motions. At that time, the court directed the parties to submit to the court, for an *in camera* inspection, any and all documents for which a party claims a privilege or protection from disclosure. In accordance with its oral order, and as stated in open court, it is

ORDERED that on or April 4, 2008, counsel shall deliver to the chambers of the undersigned for *in camera* inspection any and all documents which counsel claims are protected from disclosure by the attorney client privilege, the work product doctrine or other reason as well as copies of any other supporting documentation as mentioned during oral argument.

**The parties are specifically DIRECTED TO NOT FILE THESE DOCUMENTS BY ELECTRONIC FILING**.

Done this 4th day of April 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE