**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **HOPE FOR FAMILIES &** ) | |
| **COMMUNITY SERVICES, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 3:06-cv-01113-WKW-csc** |
| ) | |
| **DAVID WARREN, in his Official** ) | |
| **Capacity as the SHERIFF OF MACON** ) | |
| **COUNTY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF APPEARANCE

COMES NOW Hope S. Marshall, of the law firm of White Arnold & Dowd P.C.,

and hereby enters her appearance on behalf of Defendant, Macon County Greyhound

Park, Inc. d/b/a Victoryland, in the above-styled cause.


/s/ Hope S. Marshall
Hope S. Marshall (ASB-5255-O77M)

Attorney for Defendant,
Macon County Greyhound Park, Inc. d/b/a
Victoryland


**OF COUNSEL:**
**WHITE ARNOLD & DOWD P.C.**
2025 Third Avenue North
Suite 500
Birmingham, Alabama 35203
Phone: 205-323-1888
Fax:    205-323-8907
E-Mail: hmarshall@whitearnolddowd.com

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on the <u>21st</u> day of <u>April,</u> 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF- participant counsel of record:

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Khristi Doss Driver. Esq.
Peter J. Tepley, Esq.
**HASKELL SLAUGHTER YOUNG & REDIKER, LLC**
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
E-mail:      wms@hsy.com
E-mail:      pcd@hsy.com
E-mail:      kdd@hsy.com
E-mail:      pt@hsy.com

John M. Bolton, III
Charlanna W. Spencer (ASB-6860-R62C)
**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
Post Office Box 116
Montgomery, Alabama 36101-0116
E-mail:  jbolton@hillhillcarter.com
E-mail:  cspencer@hillhillcarter.com

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
**Spotswood, Sansom & Sansbury, LLC**
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213
E-mail:  rks@spotswoodllc.com
E-mail:  msansbury@spotswoodllc.com

Fred Gray
Fred Gray, Jr.
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
Tuskegee, AL 36083-0239
E-mail:  fgray@glsmgn.com
E-mail:  fgrayjr@glsmgn.com

James H. Anderson
Ryan Wesley Shaw
**Beers Anderson Jackson Patty &Van Heest PC**
P.O. Box 1988
Montgomery, AL  36102
E-mail:   janderson@beersanderson.com
E-mail:   wshaw@beersanderson.com

W. Lewis Garrison
Stephen D. Heninger
Gayle Douglas
**Heninger Garrison Davis, L.L.C.**
2224 1st Avenue North
Birmingham, AL 35203
E-mail:          wlgarrison@hgdlawfirm.com
E-mail:          steve@hgdlawfirm.com
E-mail:          gdouglas@hgdlawfirm.com

George Beck, Jr.
**Capell & Howard, P.C.**
P.O. Box 2069
Montgomery, Alabama 36102-2069
E-mail:          glb@chlaw.com

Ronald G. Davenport
**Rushton, Stakely, Johnston & Garrett**
184 Commerce Street
P.O. Box 270
Montgomery, Alabama 36101
E-mail:   rgd@rsjg.com

                              /s/ Hope S. Marshall
                              OF COUNSEL