IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., <br><br> Defendants. | CASE NO.: 3:06-cv-01113-WKW-CSC |

## MOTION TO AMEND SCHEDULING ORDER

COMES NOW the Defendant, David Warren, by and through his undersigned counsel, in accordance with the Courts order of April 24, 2008 (document 177), and moves to amend the current Scheduling Order in this matter as follows:

> SECTION 2 relating to dispositive motions be amended to have dispositive motions filed no later than **APRIL 3, 2009**
>
> SECTION 7 be amended to have discovery complete on or before **MARCH 13, 2009**
>
> SECTION 8 be amended to have Plaintiff's disclose experts on or before **DECEMBER 19, 2008** and Defendant's disclose experts on or before **JANUARY 16, 2009.**

As grounds for said motion this defendant says as follows:

1. All parties are in agreement with the extension of these deadlines and there would be no delay in the trial of this matter.

WHEREFORE the above grounds considered, Defendant David Warren respectfully requests the amendments to the Scheduling Order requested be granted and incorporated into a new amended Scheduling Order.

**RESPECTFULLY SUBMITTED**, this the 8th day of May, 2008.

JAMES H. ANDERSON [ANDEJ4440]
RYAN WESLEY SHAW [SHAWR2475]

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
P.O. Box 1988
Montgomery, AL36102
(334) 834-5311   Tel.
(334) 834-5362   Fax

**OF COUNSEL:**
Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
GRAY, LANGFORD, SAPP,
  MCGOWAN, GRAY & NATHANSON
P. O. Box 830239
Tuskegee, AL 36083-0239

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert K. Spotswood, Esq.<br>Michael T. Sansbury, Esq.<br>SPOTSWOOD, SANSOM & SANSBURY L.L.C.<br>940 Concord Center<br>2100 Third Avenue North<br>Birmingham, AL 35213 | William M. Slaughter, Esq.<br>Patricia C. Diak, Esq.<br>Peter John Tepley, Esq.<br>Kristi Doss Driver, Esq.<br>HASKELL, SLAUGHTER, YOUNG, REDIKER, L.L.C.<br>1400 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 |
| John Mark White, Esq.<br>Augusta S. Dowd, Esq.<br>Rebecca DePalma, Esq.<br>WHITE, ARNOLD, ANDREWS & DOWD<br>2025 Third Avenue North<br>Suite 600<br>Birmingham, AL 35203 | John M. Bolton III, Esq.<br>Charlanna White Spencer, Esq.<br>SASSER, BOLTON, STIDHAM & SEFTON, P.C.<br>P. O. Box 242127<br>Montgomery, AL 36124 |
| George Beck, Jr., Esq.<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, Alabama 36102-2069 | Stephen D. Heninger (HEN 007)<br>W. Lewis Garrison Jr. (GAR 008)<br>Gayle L. Douglas (DOU 012)<br>HENINGER GARRISON DAVIS LLC<br>2224 1st Avenue North<br>Birmingham, Alabama 35203 |

_____
OF COUNSEL