IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 3:06-cv-01113-WKW-csc |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## MOTION TO DISMISS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff NCO Nile Club hereby moves to dismiss its claims in the above-styled action without prejudice.

DATED: May 8, 2008.

                                                Respectfully submitted,

                                                s/ Michael T. Sansbury
                                                Robert K. Spotswood (SPO 001)
                                                Michael T. Sansbury (SAN 054)
                                                Grace L. Kipp (LON 049)
                                                SPOTSWOOD SANSOM & SANSBURY LLC
                                                940 Concord Center
                                                2100 Third Avenue North
                                                Birmingham, Alabama  35213
                                                Telephone: (205) 986-3620
                                                Fax: (205) 986-3639
                                                E-mail:    rks@spotswoodllc.com
                                                                    msansbury@spotswoodllc.com

                                                *Attorneys for NCO Nile Club*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on May 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John M. Bolton III, Esq.  
Charlanna White Spencer, Esq.  
Hill Hill Carter Franco Cole & Black P.C.  
425 S. Perry Street  
Montgomery, AL 36104  
E-mail: jbolton@hillhillcarter.com  
    cspencer@hillhillcarter.com  

James H. Anderson, Esq.  
Ryan Wesley Shaw, Esq.  
Beers, Anderson, Jackson, Patty, Van Heest & Fawal PC  
P.O. Box 1988  
Montgomery, AL 36102  
E-mail: janderson@beersanderson.com  
    wshaw@beersanderson.com  

Stephen D. Heninger  
W. Lewis Garrison Jr.  
Gayle L. Douglas  
HENINGER GARRISON DAVIS LLC  
2224 1st Avenue North  
Birmingham, Alabama 35203  
TEL: (205) 326-3336  
FAX: (205) 326-3332  
E-mail: steve@hgdlawfirm.com  
    lewis@hgdlawfirm.com  
    gdouglas@hgdlawfirm.com  

William M. Slaughter, Esq.  
Patricia C. Diak, Esq.  
Peter John Tepley, Esq.  
Khristi Doss Driver, Esq.  
Haskell, Slaughter, Young & Rediker, LLC  
1400 Park Place Tower  
2001 Park Place North  
Birmingham, AL 35203  
E-mail: wms@hsy.com  
    pcd@hsy.com  
    pt@hsy.com  
    kdd@hsy.com  

Fred David Gray, Esq.  
Fred David Gray Jr., Esq.  
Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson PC  
P.O. Box 830239  
Tuskegee, AL 36083-0239  
E-mail: fgray@glsmgn.com  
    jbibb@glsmgn.com  
    fgrayjr@glsmgn.com  
    thalia@glsmgn.com  

John Mark White, Esq.  
Augusta S. Dowd, Esq.  
Rebecca DePalma, Esq.  
White, Arnold, Andrews & Dowd  
2025 Third Avenue, North  
Suite 600  
Birmingham, AL 35203  
E-mail: mwhite@waadlaw.com  
    adowd@waadlaw.com  
    rdepalma@waadlaw.com  

George L. Beck, Jr.  
Capell Howard PC  
PO Box 2069  
Montgomery, AL 36102-2069  
E-mail: glb@chlaw.com  

Ronald G. Davenport, Esq.  
Rushton, Stakely, Johnston & Garrett  
PO Box 270  
Montgomery, AL 36101  
E-mail: rgd@rsjg.com  

        s/ Michael T. Sansbury  
        OF COUNSEL