IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Fifth Amended Complaint (Doc. # 181), it is ORDERED that the motion is GRANTED. The plaintiffs shall file electronically **on or before May 14, 2008**, an exact duplicate of the amended complaint that is attached to their motion in accordance with the *Middle District of Alabama's Local Rules and Civil Administrative Procedures*.

DONE this 9th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE