IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CASE NO. 3:06-CV-1113-WKW |
| DAVID WARREN, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the defendant's unopposed Motion to Amend Scheduling Order (Doc. # 179) is GRANTED in part and DENIED in part.  The motion is granted with respect to extensions of deadlines generally; however, it is denied with respect to the exact dates proposed by the parties.  The Uniform Scheduling Order (Doc. # 177) is AMENDED as follows:

The deadline for the filing of dispositve motions as referenced in **Section 2** is extended from February 13, 2009, to **February 27, 2009.**

The date by which the parties shall conduct a face-to-face settlement conference as referenced in **Section 3** is extended from March 6, 2009, to **March 20, 2009.**

The discovery cut off date as referenced in **Section 7** is extended from January 16, 2009, to **February 13, 2009.**

As referenced in **Section 8**, the deadline for plaintiffs' expert disclosures is extended from November 21, 2008, to **December 19, 2008**; and the deadline for the defendants' expert disclosures is extended from December 19, 2008, to **January 16, 2009.**

In the absence of extraordinary circumstances, further extensions will not be granted.

DONE this 9th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　／s／  W.  Keith Watkins
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE