IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

HOPE FOR FAMILIES & COMMUNITY   )
SERVICE, INC., *et al.,*               )
                                )
        Plaintiffs,         )
     v.                     )   CASE NO. 3:06-CV-1113-WKW
                                  )
DAVID WARREN, *et al.,*         )
                                )
        Defendants.      )

## ORDER

Upon consideration of Plaintiffs' Fifth Amended Complaint (Doc. # 185), it is ORDERED

that the defendants shall file their Answers **on or before May 19, 2008.**  No other responsive

pleadings will be considered without leave of court.

DONE this 15th day of May, 2008.

                         /s/   W.  Keith Watkins
                         UNITED STATES DISTRICT JUDGE