IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

HOPE for FAMILIES &                     )
COMMUNITY SERVICE, INC. *et al*.,        )
                                        )
    Plaintiffs,                        )
                                        )
v.                                      )        CIVIL ACT. NO.  3:06cv1113-WKW
                                        )
DAVID WARREN, *et al*,                  )
                                        )
    Defendants.                        )

## ORDER

Pursuant to the memorandum opinion and order concerning discovery entered in this case, it is

ORDERED as follows:

1. On or before **May 30, 2008**, the parties shall file briefs addressing the issue about whether communications with Fred Gray or Fred Gray, Jr. related to bingo licensing in Macon County and communications with Fred Gray, Fred Gray, Jr. or any partners or associates of The Gray Law Firm relating to bingo licensing in Macon County from January 1, 2003 to January 6, are protected from disclosure by either the attorney-client privilege or Rule 1.6, Alabama Rules of Professional Conduct. *See* Doc. # 106, Requests 11 & 12 and Doc. # 134, Request 4. Reply briefs shall be filed on or before **June 6, 2008**.

2. On or before **May 30, 2008**, the law firm of Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson, P.C., shall deliver to the chambers of the undersigned all billing records and records showing receipt of legal fees from VictoryLand or Milton McGregor for

an *in camera* review by the court.  On the same date the firm shall deliver to the chambers of the undersigned a written explanation about why any of these records should be not disclosed..  *See generally O'Neal v. United States,* 258 F.3d 1265, 1276 (11th Cir. 2001).

3.  On or before **May 30, 2008**, Fred Gray, Jr., Esq., shall serve on Lucky Palace and all parties in this case the name, address and phone number of all persons, except Sheriff Warren, with whom he communicated in any manner about the formulation of rules and regulation for bingo gaming in Macon County.

Done this 15th day of May, 2008.

_____/s/Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE