**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al.,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CASE NO.: 3:06-cv-1113-wkw-csc<br>) |
| **DAVID WARREN, et al.,** | )<br>) |
| Defendants. | ) |

### NOTICE OF COMPLIANCE

COMES NOW Fred D. Gray, Jr., a nonparty, and files this Notice of Compliance with this Court's Order dated May 15, 2008.

Respectfully submitted, this the 30th day of May, 2008.

                **s/ George L. Beck, Jr.**
                **George L. Beck, Jr. (BEC011)**
                **Ronald G. Davenport (DAV044)**
                *Attorneys for Movants Gray, Langford,*
                *Sapp, McGowen, Gray, Gray, & Nathanson; Fred*
                *Gray and Fred Gray, Jr.*

**OF COUNSEL:**

CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL  36102-2069
Telephone:     (334) 241-8000
Facsimile:      (334) 323-8888
Email:  glb@chlaw.com

RUSHTON, STAKELY, JOHNSTON & GARRETT
184 Commerce Street
P.O. Box 270
Montgomery, AL  36101
Email: rgd@rsjg.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on May 30, 2008, I served a copy of the foregoing document by placing the same in the United States Mail, postage prepaid and properly addressed to the following:

  Robert K. Spotswood
  Michael T. Sansbury
  SPOTSWOOD, SANSOM & SANSBURY, LLC
  940 Concord Center
  2100 Third Avenue North
  Birmingham, AL  35203-3329
  Email: rks@spotswoodllc.com
      msansbury@spotswoodllc.com

  Fred D. Gray
  Fred D. Gray, Jr.
  GRAY, LANGFORD, SAPP, McGOWAN,
   GRAY, GRAY & NATHANSON
  P.O. Box 830239
  Tuskegee, AL  36083-0239
  Email: fgray@glsmgn.com
      jbibb@glsmgn.com
      fgrayjr@glsmgn.com
      thalia@glsmgn.com

  Stephen Don Heninger
  William Lewis Garrison, Jr.
  Gayle Douglas
  HENINGER GARRISON DAVIS, LLC
  P. O. Box 11310
  2224 1st Avenue North
  Birmingham, AL  35202
  Email: steve@hgdlawfirm.com
      wlgarrison@hgdlawfirm.com
      gdouglas@hgdlawfirm.com

John Mark White
Augusta S. Dowd
Rebecca DePalma
WHITE, ARNOLD ANDREWS & DOWD
2025 Third Avenue North
Suite 600
Birmingham, AL  35203
Email:       mwhite@waadlaw.com
             adowd@waadlaw.com
             rdepalma@waadlaw.com

James H. Anderson
Ryan Wesley Shaw
BEERS, ANDERSON, JACKSON,
     PATTY, VAN HEEST & FAWAL
P.O. Box 1988
Montgomery, AL  36102
Email:       janderson@beersanderson.com
             wshaw@beersanderson.com

William M. Slaughter
Patricia C. Diak
Peter John Tepley
Khristi Doss Driver
HASKELL, SLAUGHTER, YOUNG & REDIKER
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
Email:       wms@hsy.com
             pcd@hsy.com
             pt@hsy.com
             kdd@hsy.com

John M. Bolton, III
Charlanna White Spencer
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
Montgomery, AL  36104
Email:       jbolton@hillhillcarter.com
             cspencer@hillhillcarter.com

                                                s/ George L. Beck, Jr.
                                                George L. Beck, Jr.