# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 3:06-cv-01113-WKW-csc |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., | ) ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Sojourner Truth Chapter #265 OES hereby moves to dismiss its claims in the above-styled action without prejudice.

DATED: June 2, 2008.

                                                Respectfully submitted,

                                                s/ Michael T. Sansbury
                                                Robert K. Spotswood (SPO 001)
                                                Michael T. Sansbury (SAN 054)
                                                Grace L. Kipp (LON 049)
                                                SPOTSWOOD SANSOM & SANSBURY LLC
                                                940 Concord Center
                                                2100 Third Avenue North
                                                Birmingham, Alabama  35213
                                                Telephone: (205) 986-3620
                                                Fax: (205) 986-3639
                                                E-mail:    rks@spotswoodllc.com
                                                                   msansbury@spotswoodllc.com

                                                *Attorneys for Sojourner Truth Chapter #265 OES*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on June 2, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
Hill Hill Carter Franco Cole & Black P.C.
425 S. Perry Street
Montgomery, AL 36104
E-mail: jbolton@hillhillcarter.com
    cspencer@hillhillcarter.com

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
Beers, Anderson, Jackson, Patty, Van Heest & Fawal PC
P.O. Box 1988
Montgomery, AL 36102
E-mail: janderson@beersanderson.com
    wshaw@beersanderson.com

Stephen D. Heninger
W. Lewis Garrison Jr.
Gayle L. Douglas
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
Birmingham, Alabama 35203
TEL: (205) 326-3336
FAX: (205) 326-3332
E-mail: steve@hgdlawfirm.com
    lewis@hgdlawfirm.com
    gdouglas@hgdlawfirm.com

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Khristi Doss Driver, Esq.
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
E-mail: wms@hsy.com
    pcd@hsy.com
    pt@hsy.com
    kdd@hsy.com

Fred David Gray, Esq.
Fred David Gray Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson PC
P.O. Box 830239
Tuskegee, AL 36083-0239
E-mail: fgray@glsmgn.com
    jbibb@glsmgn.com
    fgrayjr@glsmgn.com
    thalia@glsmgn.com

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca DePalma, Esq.
White, Arnold, Andrews & Dowd
2025 Third Avenue, North
Suite 600
Birmingham, AL 35203
E-mail: mwhite@waadlaw.com
    adowd@waadlaw.com
    rdepalma@waadlaw.com

George L. Beck, Jr.
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069
E-mail: glb@chlaw.com

Ronald G. Davenport, Esq.
Rushton, Stakely, Johnston & Garrett
PO Box 270
Montgomery, AL 36101
E-mail: rgd@rsjg.com

        s/ Michael T. Sansbury
        OF COUNSEL