IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.*, ) ) ) Plaintiffs, ) v. ) ) DAVID WARREN, *et al.*, ) ) Defendants. ) | CASE NO. 3:06-CV-1113-WKW |

## **ORDER**

It is ORDERED that the defendants may file a response to the Plaintiffs' Objection (Doc. # 195) **on or before June 13, 2008.**

DONE this 9th day of June, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE