IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HOPE FOR FAMILIES & <br> COMMUNITY SERVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID WARREN, in his Official <br> Capacity as the SHERIFF OF MACON <br> COUNTY, et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Case No.: 3:06-cv-01113-WKW-csc |

## GRAY'S RESPONSE TO PLAINTIFFS' OBJECTION
## TO MEMORANDUM OPINION AND ORDER[1]

Come now non-parties Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson (the "Gray Law Firm"), Fred D. Gray ("Fred Gray") and Fred D. Gray, Jr. ("Fred Gray, Jr.") (collectively, "Gray"), pursuant to this Court's Order dated June 9, 2008 (Doc. # 199) and in response to Plaintiffs' Objection to Memorandum Opinion and Order (Doc. # 195) adopts and submits the following in response:

    1.    Gray's Motion to Quash, or Alternatively, For a Protective Order (Doc. # 150);

    2.    Gray's Motion For Protective Order and Response to Plaintiffs' Motion to Compel (Doc. # 159);

    3.    Gray's Partial Rebuttal to Plaintiffs' Response in Opposition to Motion to Quash Deposition Notice of Fred Gray, Jr., Etc. (Doc. # 167);

---

[1] The Court's Order of June 9, 2008 (Doc. # 199) stated that "defendants" may file a response to the Plaintiffs' Objection. Gray, non-parties, submit this response out of an abundance of caution.

1

      4.      Transcript of Oral Argument Re: Discovery before Hon. Charles S. Coody on March 28, 2008 (Doc. # 171);

      5.      Defendants' Brief in Response to Court's Order of May 15, 2008 Re: Attorney/Client Privilege and Confidentiality (Doc. # 193).

Respectfully submitted, this the 13 June 2008.

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
GEORGE L. BECK, JR. (BEC011)
Attorneys for Movants Gray, Langford,
Sapp, McGowan, Gray, Gray & Nathanson;
Fred Gray and Fred Gray, Jr.

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

Capell & Howard, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
(334) 241-8000
(334) 323-888 (fax)
glb@chlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system and have also served a copy on the following by e-filing or mailing the same by United States mail properly addressed and first class postage prepaid:

Stephen D. Heninger, Esq.
W. Lewis Garrison, Jr., Esq.
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
Spotswood Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203-3329

Fred David Gray, Esq.
Fred David Gray, Jr., Esq.
Gray, Langford, Sapp, McGowan, Gray,
  Gray & Nathanson, PC
P. O. Box 830239
Tuskegee, AL 36083-0239

John Mark White, Esq.
Augusta S. Dowd, Esq.
Rebecca DePalma, Esq.
White, Arnold, Andrews & Dowd
2025 Third Avenue North, Ste. 600
Birmingham, AL 35203

John M. Bolton, III, Esq.
Charlanna White Spencer, Esq.
Sasser, Bolton & Sefton, PC
P. O. Box 242127
Montgomery, AL 36124-2127

George L. Beck, Jr., Esq.
Capell Howard, PC
P. O. Box 2069
Montgomery, AL 36102-2069

James H. Anderson, Esq.
Ryan Wesley Shaw, Esq.
Beers, Anderson, Jackson, Patty,
  Van Heest & Fawal, PC
P. O. Box 1988
Montgomery, AL 36102

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Khristi Doss Driver, Esq.
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

        /s/ Ronald G. Davenport
        OF COUNSEL