IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al., ) ) ) ) | |
| Plaintiffs, ) ) | CASE NO.: 3:06-cv-01113 |
| vs. ) ) | |
| DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al., ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANT SHERIFF WARREN'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO MEMORANDUM OPINION AND ORDER

Comes Now Defendant Sheriff David Warren, and in response to Plaintiffs' Objections regarding a Memorandum Opinion and Order (Doc #187) issued by United States Magistrate Judge Coody on May 15, 2008, states as follows:

1. Defendant Warren hereby incorporates all previous arguments made on his behalf regarding the issues raised by Plaintiffs as well as the Memorandum and Opinion Order of May 15, 2008 denying Plaintiffs' requests.

2. Defendant Warren understands that the issue of attorney-client privilege will be addressed by counsel for non-party Fred Gray, Jr.; however, Defendant Warren would like to take this opportunity to make it clear that at no time did he waive the attorney-client privilege. Plaintiffs' piecing together of selective excerpts of Defendant Warren's deposition creates a false impression that Defendant Warren waived the attorney-client privilege when in fact he stated several times throughout the deposition that he at no time waived or intended to waive the attorney-client privilege with his attorney. There is a clear distinction between allowing Fred Gray, Jr. to act as an attorney

and seek outside resources to complete a task he was hired to do, and the waiver of confidential communications between a client and his attorney.

3. Plaintiffs request Defendant Warren's financial information for the purported purpose of showing motive to enter into an agreement with the other Defendants. On March 19, 2008, attorneys for the Plaintiffs took the deposition of Defendant Warren. The deposition lasted, with the agreement of Defendant Warren's counsel, for over seven hours. During the course of the deposition not one question was directed toward Defendant Warren's financial information. The Plaintiffs assert the reason for the request for financial information from Defendant Warren is to demonstrate financial vulnerability. Yet, when given the chance to question Defendant Warren face-to-face about his financial information, Plaintiffs failed to do so. Judge Coody got it right when he wrote,

> The charities claim that this information "may reveal" something relevant about Warren. The phrase "may reveal" underscores how speculative these requests are. On balance, the speculative nature and the tenuousness of the foundation for the requests compared with the intrusiveness of the requests compels the court to deny them...

(Memorandum Opinion and Order Doc# 187, pg. 19).

4. Based on the foregoing, Defendant Warren respectfully requests that Judge Coody's Memorandum Opinion and Order stand as it relates to Defendant Warren.

**RESPECTFULLY SUBMITTED**, this the 13th day of June, 2008.

_____
JAMES H. ANDERSON [ANDEJ4440]
RYAN WESLEY SHAW [SHAWR2475]

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
P.O. Box 1988
Montgomery, AL 36102
(334) 834-5311   Tel.
(334) 834-5362   Fax

**OF COUNSEL:**
Fred D. Gray, Esq.
Fred D. Gray, Jr., Esq.
GRAY, LANGFORD, SAPP,
  MCGOWAN, GRAY & NATHANSON
P. O. Box 830239
Tuskegee, AL 36083-0239

## CERTIFICATE OF SERVICE

I hereby certify that on June 13th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
SPOTSWOOD, SANSOM & SANSBURY L.L.C.
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35213

Stephen D. Heninger, Esq.
HENINGER, GARRISON, DAVIS, L.L.C.
2224 1st Avenue North
Birmingham, AL 35203

William M. Slaughter, Esq.
Patricia C. Diak, Esq.
Peter John Tepley, Esq.
Kristi Doss Driver, Esq.
HASKELL, SLAUGHTER, YOUNG, REDIKER, L.L.C.
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

John Mark White, Esq.
Augusta S. Dowd, Esq.

Rebecca DePalma, Esq.
WHITE, ARNOLD, ANDREWS & DOWD
2025 Third Avenue North
Suite 600
Birmingham, AL 35203

John M. Bolton III, Esq.
Charlanna White Spencer, Esq.
SASSER, BOLTON, STIDHAM & SEFTON, P.C.
P. O. Box 116
Montgomery, AL 36101

George Beck, Jr., Esq.
CAPELL & HOWARD, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

Ronald G. Davenport, Esq.
Rushton Stakely Johnston & Garrett P.C.
P. O. Box 270
Montgomery, AL 36101-0270

_____
OF COUNSEL