IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DAVID WARREN, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 3:06-CV-1113-WKW |

## ORDER

It is ORDERED that Plaintiffs' Motion for Leave to File Reply in Support of Their Objections to Memorandum Opinion and Order (Doc. # 204) is GRANTED. The plaintiffs shall file **on or before June 23, 2008**, exact duplicates of the Reply Brief and exhibit that are attached to their motion for leave to file. No further briefing will be permitted.

DONE this 19th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE