IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.*, ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon review of the plaintiffs' appeal of the discovery order of the Magistrate Judge (Doc. # 195) and the filings related to the deferred portions of the plaintiffs' motions to compel (Docs. # 106, # 134 & # 135), it is obvious to the undersigned that discovery and other pretrial rulings by the Magistrate Judge will very likely result in further appeals, delay, and undue expenditure of resources of the parties and of the court. Accordingly, it is ORDERED that reference of discovery motions to the Magistrate Judge is withdrawn until further order of the court.

DONE this 23rd day of June, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE