IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **HOPE FOR FAMILIES & COMMUNITY SERVICES, INC., et al.,** | ) ) ) |
| **PLAINTIFFS,** | ) ) ) |
| v. | ) CASE NO.: 3:06-cv-01113-WKW-WC ) |
| **DAVID WARREN, in his Official Capacity as the SHERIFF OF MACON COUNTY, et al.,** | ) ) ) ) |
| **DEFENDANTS.** | ) ) |

**CORRECTED NOTICE OF APPEARANCE**

COMES NOW the undersigned counsel and enters his appearance as additional counsel for the Defendant Milton McGregor.

                                         s/ Doy Leale McCall, III (ASB-0325-C57D)
                                         One of the Attorneys for Milton McGregor


OF COUNSEL:

**HILL, HILL, CARTER FRANCO, COLE & BLACK, PC**
John M. Bolton, III jbolton@hillhillcarter.com
Charlanna White Spencer cspencer@hillhillcarter.com
Doy Leale McCall, III dlmccall@hillhillcarter.com
425 S. Perry Street
Montgomery, AL 36104
334-834-7600 (telephone)
334-262-4389 (facsimile)

**HASKELL SLAUGHTER YOUNG & REDIKER, LLC**
William M. Slaughter wms@hsy.com
Patricia C. Diak pcd@hsy.com
Peter J. Tepley pt@hsy.com
Khristi Doss Driver kdd@hsy.com
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
205-251-1000 (telephone)
205-324-1133 (facsimile)

**WHITE, ARNOLD & DOWD**
John Mark White mwhite@waadlaw.com
Augusta S. Dowd adowd@waadlaw.com
Rebecca DePalma rdepalma@waadlaw.com
Hope Marshall hmarshall@waadlaw.com
2025 Third Avenue North, Suite 600
Birmingham, AL 35203
205-323-1888 (telephone)
205-323-8907 (facsimile)

**CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of the foregoing Notice of Appearance on the following counsel of record by filing a copy of it through the Court's electronic filing system on this 24th day of June, 2008.

James H. Anderson
Ryan Wesley Shaw
Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, AL 36102
janderson@beersanderson.com
wshaw@beersanderson.com

Fred D. Gray, Sr.
Fred D. Gray, Jr.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239
fgray@glsmgn.com
fgrayjr@glsmgn.com

Robert K. Spotswood
Michael T. Sansbury
Spotswood, Sansom & Sansbury, L.L.C.
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
rks@spotswoodllc.com
msansbury@spotswoodllc.com

W. Lewis Garrison
Stephen D. Heninger
Heninger Garrison Davis, L.L.C
2224 Ist Avenue North
Birmingham, AL 35203
wlgarrison@hgdlawfirm.com
steve@hgdlawfirm.com

George Beck, Jr.
Capell Howard, PC
P.O. Box 2069
Montgomery, AL 36102-2069
glb@chlaw.com

Ronald G. Davenport
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101
rgd@rsjg.com

                                                      s/ Doy Leale McCall, III
                                                      OF COUNSEL