United States District Court
Middle District of Alabama

Hope for Families & Community Service Inc,
Plaintiffs

v.

David Warren, et AL,
Jonathan Lee Riches, intervenor,
Defendants

Civ. No: 3:06 CV 1113 WKW WO

RECEIVED
2008 JUL 14 A 11:28
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

---

Motion to Intervene as Defendant under Fed R. Civ P rule 24(A)2
Motion For Joinder of Parties intervention rule 20 & 23
Motion to Amend complaint

---

Comes now the intervenor, Jonathan Lee Riches, in pro-se, Moves this Honorable Court to intervene as a defendant in this case pursuant to Fed R Civ P rule 24(A)2 - As a Matter of right. I have a financial and Personal interest in this case for grounds to intervene. I have a defense to Plaintiff's claims of 18 USC 1962. My defense presents questions of Law and Fact that are common in this Action, and to protect the reputation of the defendants and the University of Electronic Bingo Systems. I have information, documents, exhibits, and newly discovered Evidence related to this case. I can be reached or called at the below Address. I move this Honorable court to Amend this complaint to back the defendants defense. I pray this court will grant me rule 24(A)2 intervention as relief.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

Respectfully,

[signature]
7-8-08