IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HOPE FOR FAMILIES & COMMUNITY SERVICE, INC., *et al.,* ) ) ) | |
| Plaintiffs, ) | |
| v.  ) | CASE NO. 3:06-CV-1113-WKW |
| ) | |
| DAVID WARREN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of Jonathan Lee Riches's motion to intervene, motion for joiner, and motion to amend complaint (Doc. # 210), it is ORDERED that the motion is DENIED. The court has considered the four criteria that must be met under Rule 24 of the Federal Rules of Civil Procedure to allow a party to intervene as a matter of right, *see Chiles v. Thornburgh,* 865 F.2d 1197, 1213 (11th Cir.1989), as well as the criteria that must be met for permissive intervention. The movant has not established *any* of the criteria as he must in order to become an intervenor. It is further ORDERED that the motion for joinder and the motion to amend are DENIED as MOOT.

DONE this 22nd day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE